VIRGINIA:

## IN THE CIRCUIT COURT OF THE CITY OF HAMPTON

| | |
|---|---|
| JOANN WRIGHT HAYSBERT | * |
| Plaintiff, | * |
| v. | * Civil Case No: CL20-1427 |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, et al. | * |
| Defendants. | * |

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given, pursuant to U.S.C. § 1332(a) and U.S.C. § 1446(d) that the Defendants Bloomin' Brands, Inc. and Outback Steakhouse of Florida, LLC, have filed a Notice of Removal of the above captioned case to the United States District Court for the Eastern District of Virginia, Newport News Division, on this 31st day of July, 2020. A copy of the Notice of Removal has been attached hereto and this matter proceed hereafter in the United States District Court for the Eastern District of Virginia, Newport News Division.

**BLOOMIN' BRANDS, INC.**
**OUTBACK STEAKHOUSE OF FLORIDA, LLC**
By Counsel

Exhibit C

1

BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703)385-1000 Telephone
(703)385-1555 Facsimile

_____
John D. McGavin, VSB No: 21794
jmcgavin@bmhjlaw.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Notice of Removal** was emailed and mailed, postage prepaid, on this 31st day of July, 2020, to:

Stephen Teague, Esquire
P.O. Box 706
Newport News, VA 23607
contact@teaguelawoffice.com

Nazareth M. Haysbert, Esquire
James L. Moultrie, III, Esquire
4640 Admiralty Way, Suite 500
Marina Del Ray, CA 90292
nazareth@hmlaw.la
james@hmlaw.la

_____
John D. McGavin

2