# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

| | |
|---|---|
| **JOANN WRIGHT HAYSBERT**, | ) Case No.: 4:20-cv-0012-RBS-DEM |
| Plaintiff, | ) **DISCOVERY MATTER** |
| | ) Assigned to |
| v. | ) Magistrate Judge Douglas E. Miller |
| **BLOOMIN' BRANDS, INC., et al.** | ) [PROPOSED] ORDER ON |
| | ) PLAINITFF'S MOTIONS TO |
| Defendants. | ) COMPEL AND TO DETERMINE |
| | ) SUFFICIENCY OF RESPONSES |
| | ) TO REQUEST FOR ADMISSION |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**FOR GOOD CAUSE SHOWN**, after review of Plaintiff's Motions to Compel Responses to Interrogatories and Production of Documents by Defendants and to Determine the Sufficiency of Response to Requests for Admission by Defendants, the Court **GRANTS** Plaintiff's Motion and **ORDERS** Defendants' compliance as follows:

1. Produce all documents responsive to Plaintiffs' Requests for Production of Documents, Set One, Nos. 1-15, without objection;

2. Provide all answers responsive to Plaintiff's Interrogatories, Set One, Nos. 1-22, without objection;

3. Provide sufficient answers to Plaintiff's Requests for Admissions, Set One, Nos. 1-30, without objection

4. Produce any and all recordings of the incident, including but not limited to any video, closed circuit television and/or security camera footage, without objection.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                           The Honorable Douglas E. Miller
                                                                           United States District Court
                                                                           Magistrate Judge