# Civil Minutes

Time Set:       10:30 a.m.
Start Time:     10:32 a.m.
End Time:       12:52 p.m.

| Joann Wright Haysbert | Civil Case Number: | 4:20cv121 |
|---|---|---|
| ( x ) Plaintiff  (   ) Government | Date: | 3/30/2021 |
| vs. | Presiding Judge: | Douglas E. Miller |
| | Court Reporter | Heidi Jeffreys, OCR |
| Bloomin' Brands, Inc., et al. | Courtroom Deputy: | C. Dodge |
| Defendant(s) | | |

Proceedings:    Matter came on for hearing on pending motions (#34) to quash, (#37) to amend the complaint, (#38) to remand, (#40) to expedite hearing, (#41) to compel, (#42) for sanctions, (#43) to compel. Present via zoom were David McKelvey and Nazareth Haysbert on behalf of the plaintiff and John McGavin on behalf of the defendant.

The Court ruled the motion to quash (#34) as moot based on the passage of time.

The motion to expedite the hearing (#40) is granted in part, as a hearing is now being held.

The Court heard argument on the motions to amend the complaint (#37) and to remand (#38) and will issue a report and recommendation.

The Court directed counsel to provide additional factual proffers as to the motion for sanctions (#42) and will issue an opinion following supplemental submissions.

Argument was heard on the motions to compel (#41) and (#43). Motion to compel (#43) was GRANTED. Motion to compel (#41) was GRANTED IN PART and DENIED IN PART. Rulings made on the record and discovery deadlines continued 60 days.

A revised scheduling order will be entered.

Hearing adjourned.