UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| JOANN WRIGHT HAYSBERT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLOOMIN' BRANDS, INC., et al. ) <br> ) <br> Defendants. ) <br> ) <br> _____) | Case No.: 4:20-cv-00121-RBS-DEM ) <br> Assigned to Senior United States <br> District Judge Rebecca Beach Smith |

## ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES AND SET TRIAL AND RELATED DATES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**FOR GOOD CAUSE SHOWN,** after review of the Parties' Joint Stipulation to Continue Trial and Pretrial Dates, the Court **GRANTS IN PART** the relief requested therein and Orders as follows:

1. The identification of expert witnesses shall be continued from April 19, 2021 to May 19, 2021.

2. Initial expert witness disclosures shall be continued from May 17, 2021 to June 16, 2021.

3. Plaintiff's fact discovery cut-off date shall be continued from June 7, 2021 to July 7, 2021.

1

4. Rebuttal expert witness disclosures shall be continued June 15, 2021 to July 15, 2021.

5. Further rebuttal expert witness disclosures shall be continued July 2, 2021 to August 2, 2021.

6. Defendants' fact discovery cut-off shall be continued from July 6, 2021 to August 5, 2021.

7. The expert discovery cut-off shall be continued from July 12, 2021 to August 11, 2021.

8. Pretrial disclosures should be shall from July 13, 2021 to August 12, 2021.

9. Objections to pretrial disclosures shall be continued from July 20, 2021 to August 19, 2021.

10. The attorneys' conference shall be continued from July 26, 2021 at 2:00 p.m. to October 26, 2021 at 2:00 p.m.

11. Plaintiff's deadline to distribute a proposed final draft pretrial order shall be set for November 18, 2021.

12. The final pretrial conference shall be set for November 22, 2021.

13. The deadline to file proposed voir dire and jury instructions shall be set for November 29, 2021.

14. The trial in this matter shall begin on December 7, 2021, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: 4/23/2021

/s/ Douglas E. Miller
United States Magistrate Judge

Douglas E. Miller,
United States Magistrate Judge