UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| JOANN WRIGHT HAYSBERT, | |
| Plaintiff, | Case No.: 4:20-cv-00121-RBS-DEM |
| v. | **DISCOVERY MATTER**<br>Assigned to |
| BLOOMIN' BRANDS, INC., et al. | Magistrate Judge Douglas E. Miller |
| Defendants. | [Filed concurrently with Declaration of Nazareth M. Haysbert and Exhibits thereto; [Proposed] Order] |

## PLAINTIFF'S MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINES

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Joann Wright Haysbert ("Plaintiff") hereby moves this Court for an Order extending all expert discovery deadlines by twenty-one (21) days.

**Local Rule 7(E) Certification**

This Motion is brought following discussions with Defendants' counsel via email between May 18 and May 19, 2021. Plaintiff has notified Defendants via email

i

of Plaintiff's intention to file this Motion, which Defendants have indicated they will oppose.

This Notice of Motion and Motion are based upon the separate Memorandum of Points and Authorities and the files and records in this case.

DATED: May 19, 2021  **CRANDALL & KATT**

By: /s/ D. Adam McKelvey, Esq.
D. Adam McKelvey, Esq. (75174)
CRANDALL & KATT
366 Elm Avenue, SW
Roanoke, VA 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527
dmckelvey@crandalllaw.com

*Attorneys for Plaintiff JoAnn Wright Haysbert*

DATED: May 19, 2021  **HAYSBERT | MOULTRIE, LLP**

Nazareth M. Haysbert [CA SBN 294431]
(admitted pro hac vice)
nazareth@hmlaw.la
4640 Admiralty Way, Suite 500
Marina Del Rey, California 90292
Tel: (310) 496-5796
Fax: (310) 760-4083

*Attorneys for Plaintiff JoAnn Wright Haysbert*

ii