# MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINES

This case arises from an incident which occurred at Outback Steakhouse in Chesapeake, Virginia on May 23, 2019. Plaintiff, Dr. Joann Wright Haysbert ("Dr. Haysbert"), sustained injury when she slipped and fell in the dining room of the restaurant as a result of Defendants' negligence. Plaintiff seeks compensation for her injuries and pain and suffering.

Since April 14, 2021, Plaintiff and Defendants have been engaged in scheduling and conducting depositions of Defendants' current and former employees. *See* Dkt. No. 90-1, Declaration of Nazareth M. Haysbert in Support of Motion to Compel Depositions. Plaintiff sought to depose individuals with information regarding Plaintiff's slip and fall and the subsequent response and investigation, which in some respects yielded relevant information held by other individuals and also demonstrated serious safety and oversight issues which led to an unsafe environment creating the dangerous condition that caused Plaintiff's injury. As such, the need for clear information on Defendants' safety policies and procedures is paramount.

In order to frustrate Plaintiff's efforts to seek relevant discovery through depositions, Defendants filed four motions between May 5 and May 17, 2021. *See* Dkt. Nos. 78-79, 81-82, and 84-89. In response, Plaintiff has been forced to oppose

1

each motion and submit multiple briefs of her own, including a motion to compel depositions, a supplemental briefing in further support of Plaintiff's motion to compel Defendants' incident report and claim notes and motion for sanctions due to spoliation of evidence.

Plaintiff has attempted to seek redress from the Court and Defendants to achieve the purpose of the instant motion.

On May 18, 2021, Plaintiff's counsel emailed the Court's courtroom deputy to inquire if the Court would be willing to grant an extension of expert discovery given the onslaught of recent filings by Defendants, the resulting motions to be filed by Plaintiff, Plaintiff's own pending motions, and Plaintiff's inability to retain and identify experts with the limited testimonial record related to all pending motions. Declaration of Nazareth M Haysbert in Support of Motion for Extension of Expert Discovery ("Haysbert Decl."), ¶ 2, **Ex. A.** The courtroom deputy responded promptly, indicating that Plaintiff would need to file a formal motion if the issue had not been resolved. *Id.* Shortly after receiving the courtroom deputy's response, Plaintiff's counsel emailed Defendants' counsel to request that Defendants stipulate to extending expert discovery deadlines by twenty-one (21) days to accommodate. *Id.*, ¶ 3, **Ex. B.**

Defendants' counsel responded indicating that they would not stipulate, necessitating the instant motion. *Id.*, ¶ 4, **Ex. C.**

2

The parties' deadline to identify expert witnesses is currently set for May 19, 2021. *See* Dkt. No. 75. Given the plethora of disputes before the Court at this juncture, the resulting delay of Plaintiff's noticed depositions, and the limited evidentiary record even after some of Defendants' depositions, Plaintiff is requesting that the Court extend all expert discovery deadlines by twenty-one (21) days to accommodate briefing and hearings on the aforementioned motions.

Good cause exists to grant a limited extension of expert discovery given the onslaught of filings from Defendants designed to delay and obstruct depositions in this matter. Even after conducting several depositions, Plaintiff still lacks sufficient information concerning Defendants' safety policies and procedures and other information to be able to retain and identify expert witnesses. Moreover, Plaintiff is not prepared to provide its experts with such a limited evidentiary record and allow them to prepare expert reports by the deadline of June 16, 2021. *See* Dkt. No. 75. Even if the Court can hear the multiple pending motions within two weeks, it will leave only two additional weeks for Plaintiff to conduct any additional depositions allowed by the Court before Plaintiff's expert reports are due. Defendants have placed substantial pressure on this already tight timeline such that Plaintiff will be prejudiced if required to produce expert reports without a fully developed testimonial record.

For all the foregoing reasons, Plaintiff respectfully requests that this Court GRANT Plaintiff's Motion and extend all expert discovery deadlines by twenty-one (21) days.

RESPECTFULLY SUBMITTED,

DATED: May 19, 2021      **CRANDALL & KATT**

By: /s/ D. Adam McKelvey, Esq.
D. Adam McKelvey, Esq. (75174)
CRANDALL & KATT
366 Elm Avenue, SW
Roanoke, VA 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527
dmckelvey@crandalllaw.com

DATED: May 19, 2021      **HAYSBERT | MOULTRIE, LLP**

Nazareth M. Haysbert [CA SBN 294431]
(admitted pro hac vice)
nazareth@hmlaw.la
4640 Admiralty Way, Suite 500
Marina Del Rey, California 90292
Tel: (310) 496-5796
Fax: (310) 496-5701

*Attorneys for Plaintiff JoAnn Wright Haysbert*

## CERTIFICATE OF SERVICE

*JOANN WRIGHT HAYSBERT v. BLOOMIN' BRANDS, INC., et al.,* Case No.: 4:20-cv-00121-RBS-DEM

  I hereby certify that on this May 19, 2021, a true and accurate copy of the foregoing was sent via email:

I served this document on the persons below:

John D. McGavin, VSB No. 21794
jmcgavin@bmhjlaw.com
BANCROFT, McGAVIN, HORVATH & JUDGKINS, P.C.
9990 Fairfax Blvd., Suite 400
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
*Counsel for Defendant*

DATED: May 19, 2021  **CRANDALL & KATT**
            By: /s/ D. Adam McKelvey, Esq.
            D. Adam McKelvey, Esq. (75174)
            366 Elm Avenue, SW
            Roanoke, VA 24016
            Telephone: (540) 342-2000
            Facsimile: (540) 345-3527
            dmckelvey@crandalllaw.com

            *Attorneys for Plaintiff JoAnn Wright Haysbert*

DATED: May 19, 2021  NAZARETH M. HAYSBERT, ESQ. [CA SBN 294431] (admitted *pro hac vice*)
            *nazareth@hmlaw.la*
            **HAYSBERT | MOULTRIE, LLP**
            4640 Admiralty Way, Suite 500
            Marina Del Rey, California 90292
            Tel: (310) 496-5796
            Fax: (310) 760-4083

            *Attorneys for Plaintiff JoAnn Wright Haysbert*