UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| **JOANN WRIGHT HAYSBERT**, | Case No.: 4:20-cv-00121-RBS-DEM |
| Plaintiff, | |
| | **DISCOVERY MATTER** |
| v. | Assigned to |
| | Magistrate Judge Douglas E. Miller |
| **BLOOMIN' BRANDS, INC., et al.** | |
| | [Filed concurrently with Memo of |
| Defendants. | Points & Authorities; Declaration |
| | of Nazareth M. Haysbert and Exhibits |
| | thereto; [Proposed] Order] |

**PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Joann Wright Haysbert ("Plaintiff") hereby moves this Court for an Order continuing Plaintiff's discovery deadline by twenty-one (21) days.

///

///

///

1

DATED: June 3, 2021              **CRANDALL & KATT**

                                               By: /s/ D. Adam McKelvey, Esq.
                                               D. Adam McKelvey, Esq. (75174)
                                               CRANDALL & KATT
                                               366 Elm Avenue, SW
                                               Roanoke, VA 24016
                                               Telephone: (540) 342-2000
                                               Facsimile: (540) 345-3527
                                               dmckelvey@crandalllaw.com

*Attorneys for Plaintiff JoAnn Wright Haysbert*

DATED: June 3, 2021              **HAYSBERT | MOULTRIE, LLP**

                                               Nazareth M. Haysbert [CA SBN 294431]
                                               (admitted pro hac vice)
                                               nazareth@hmlaw.la
                                               4640 Admiralty Way, Suite 500
                                               Marina Del Rey, California 90292
                                               Tel: (310) 496-5796
                                               Fax: (310) 496-5701

*Attorneys for Plaintiff JoAnn Wright Haysbert*

# CERTIFICATE OF SERVICE

*JOANN WRIGHT HAYSBERT v. BLOOMIN' BRANDS, INC., et al.,* Case No.: 4:20-cv-00121-RBS-DEM

I hereby certify that on this June 3, 2021, a true and accurate copy of the foregoing was sent via email:

I served this document on the persons below:

John D. McGavin, VSB No. 21794
jmcgavin@bmhjlaw.com
BANCROFT, McGAVIN, HORVATH & JUDGKINS, P.C.
9990 Fairfax Blvd., Suite 400
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
*Counsel for Defendant*

DATED:    June 3, 2021        **CRANDALL & KATT**
By: /s/ D. Adam McKelvey, Esq.
D. Adam McKelvey, Esq. (75174)
366 Elm Avenue, SW
Roanoke, VA 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527
dmckelvey@crandalllaw.com

*Attorneys for Plaintiff JoAnn Wright Haysbert*

DATED:    June 3, 2021        NAZARETH M. HAYSBERT, ESQ. [CA SBN 294431] (admitted *pro hac vice*)
nazareth@hmlaw.la
**HAYSBERT | MOULTRIE, LLP**
4640 Admiralty Way, Suite 500
Marina Del Rey, California 90292
Tel:    (310) 496-5796
Fax:    (310) 496-5701

*Attorneys for Plaintiff JoAnn Wright Haysbert*