# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

| | |
|---|---|
| **JOANN WRIGHT HAYSBERT**, | ) Case No.: 4:20-cv-00121-RBS-DEM |
| Plaintiff, | ) Assigned to<br>) Magistrate Judge Douglas E. Miller |
| v. | ) [Filed concurrently with Memo of<br>) Points & Authorities; Declaration of |
| **BLOOMIN' BRANDS, INC., et al.** | ) Nazareth M. Haysbert and Exhibits<br>) thereto; Declaration of Randall Atlas; |
| Defendants. | ) [Proposed] Order] |

## PLAINTIFF'S MOTION TO RE-OPEN FACT DISCOVERY AND EXTEND EXPERT DISCOVERY DEADLINES

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff Joann Wright Haysbert ("Plaintiff") hereby moves this Court to re-open Plaintiff's fact discovery period for a reasonable amount of time to conduct specific, limited discovery regarding the work order document produced by Defendants in June 2021, and to extend Plaintiff's deadline for disclosure of liability experts and expert reports accordingly with the re-opened discovery period.

1

This Motion is based on the Memorandum of Points and Authorities, the Declaration of Nazareth M. Haysbert, and Exhibits thereto, the [Proposed] Order, the files and records in this case, and any evidence and oral argument as may be presented at the hearing on this Motion.

DATED: July 30, 2021              **CRANDALL & KATT**

By: /s/ D. Adam McKelvey, Esq.
D. Adam McKelvey, Esq. (75174)
CRANDALL & KATT
366 Elm Avenue, SW
Roanoke, VA 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527
dmckelvey@crandalllaw.com

DATED: July 30, 2021              **HAYSBERT | MOULTRIE, LLP**

Nazareth M. Haysbert [CA SBN 294431]
(admitted pro hac vice)
nazareth@hmlaw.la
4640 Admiralty Way, Suite 500
Marina Del Rey, California 90292
Tel: (310) 496-5796
Fax: (310) 496-5701

*Attorneys for Plaintiff JoAnn Wright Haysbert*

# CERTIFICATE OF SERVICE

*JOANN WRIGHT HAYSBERT v. BLOOMIN' BRANDS, INC., et al.,* Case No.: 4:20-cv-00121-RBS-DEM

I hereby certify that on this July 30, 2021, a true and accurate copy of the foregoing was sent via email:

I served this document on the persons below:

John D. McGavin, VSB No. 21794
jmcgavin@bmhjlaw.com
Nicholas J. Lawrence, VSB No. 76964
nlawrence@bmhjlaw.com
Anna G. Zick VSB No. 86057
azick@bmhjlaw.com
BANCROFT, McGAVIN, HORVATH & JUDGKINS, P.C.
9990 Fairfax Blvd., Suite 400
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
*Counsel for Defendant*

DATED:   July 30, 2021          **CRANDALL & KATT**
                                By: /s/ D. Adam McKelvey, Esq.
                                D. Adam McKelvey, Esq. (75174)
                                366 Elm Avenue, SW
                                Roanoke, VA 24016
                                Telephone: (540) 342-2000
                                Facsimile: (540) 345-3527
                                dmckelvey@crandalllaw.com

DATED:   July 30, 2021          NAZARETH M. HAYSBERT, ESQ. [CA SBN 294431] (admitted *pro hac vice*)
                                nazareth@hmlaw.la
                                **HAYSBERT | MOULTRIE, LLP**
                                4640 Admiralty Way, Suite 500
                                Marina Del Rey, California 90292
                                Tel:   (310) 496-5796
                                Fax:   (310) 496-5701

*Attorneys for Plaintiff JoAnn Wright Haysbert*

1