## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

JOANN WRIGHT HAYSBERT,

       Plaintiff,

v.                                           Action No. 4:20cv121

BLOOMIN' BRANDS, INC., et al.,

       Defendants.

## O R D E R

The final pretrial conference in this matter is scheduled for 10:00 a.m. on November 22, 2021. In keeping with the guidance delineated in General Order No. 2020-16, Case No. 2:20mc7, and because of the public health emergency posed by COVID-19 and the Delta variant, the Court has determined that this proceeding should be conducted remotely, using the zoomgov.com platform.[1] To permit the Court the ability to make rulings on any objections during the conference, the parties are **DIRECTED** to submit to the chambers of the undersigned, no later than **November 18, 2021**, the following:

1.      A proposed Final Pretrial Order signed by both parties.

2.      A copy of all exhibits to which the parties have objections that were not able to be resolved. The exhibits should be submitted in binders and marked in accordance with their designation in the proposed Final Pretrial Order.

3.      Copies of any *de bene esse* depositions to which the parties have made objections. The deposition designations, counter-designations, and any objections and the bases therefor

---

[1] Counsel will be provided with the necessary information to permit remote access to the conference.

should be specifically delineated in the Final Pretrial Order. To facilitate the Court's review of

deposition objections, the plaintiffs' objections to designated testimony shall be highlighted in one

color, and the defendants' objections in another color.

The Clerk shall forward a copy of this Order to all counsel of record.

/s/

Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
November 16, 2021