IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT,

    Plaintiff,

v.                                          Action No. 4:20cv121

BLOOMIN' BRANDS, INC., et al.,

    Defendants.

## ORDER

The Court held a final pretrial conference in this matter at 11:00 a.m. on July 29, 2022. Plaintiff JoAnn Wright Haysbert ("Haysbert") was represented at the hearing by Nazareth M. Haysbert, Esq., and David A. McKelvey, Esq. Defendants Bloomin' Brands, Inc., and Outback Steakhouse of Florida, LLC, were represented by John D. McGavin, Esq. The court reporter was Paul McManus.

During the hearing, in addition to the rulings made on the record, the Court ordered the parties to do the following:

1. Counsel for the parties are to meet and confer today, July 29, 2022, concerning plaintiff's exhibits 9–16 and identify only the pertinent answers that Haysbert seeks to use at trial. The parties are then to submit to the chambers of the undersigned by email no later than 12:00 p.m. on August 3, 2022, a copy of the revised exhibit(s), and a supplemental final pretrial order referencing the revised exhibit(s). The revised exhibit(s), should, if possible, be combined into a single exhibit, and contain

the caption, relevant interrogatories, and relevant answers, with removal and redaction of all irrelevant interrogatories, answers, and other information, including objections, home addresses, and witness phone numbers.

2. The defendants are to provide to Haysbert copies of the two videos they intend to use at trial by 12:00 p.m. on August 1, 2022. Thereafter, the parties are to meet and confer concerning the objections to the two videos listed on page 10 of the final pretrial order.

3. Haysbert is to provide to defendants a copy of any demonstratives and/or summary exhibits she intends to use at trial pertaining to plaintiff's exhibits 3 and 7, as well as a full copy of plaintiff's exhibit 7, by 12:00 p.m. on August 1, 2022.

4. The parties may renumber their remaining exhibits, as necessary, to reflect that some exhibits have been withdrawn and in light of the Court's rulings.

The Clerk shall forward a copy of this Order to all counsel of record.

/s/
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
July 29, 2022