UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| JOANN WRIGHT HAYSBERT, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:20-cv-00121-RBS-DEM |
| BLOOMIN' BRANDS, INC., and OUTBACK STEAKHOUSE OF FLORIDA, LLC, | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR ADDITIONAL TECHNOLOGY AND LEAVE TO PRESENT SELECT LIVE PLAINTIFF WITNESSES VIA ZOOM

COME NOW Plaintiff, JoAnn Wright Haysbert, for her additional technology and remote witness request, and hereby submits the attached.

JOANN WRIGHT HAYSBERT
By Counsel

RESPECTFULLY SUBMITTED,

DATED: August 6, 2022

**CRANDALL & KATT**

By: /s/ D. Adam McKelvey, Esq.
D. Adam McKelvey, Esq. (75174)
CRANDALL & KATT
366 Elm Avenue, SW
Roanoke, VA 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527
dmckelvey@crandalllaw.com

DATED: August 6, 2022        **HAYSBERT | MOULTRIE, LLP**

                                                Nazareth M. Haysbert [CA SBN 294431]
                                                (admitted pro hac vice)
                                                nazareth@hmlaw.la
                                                4640 Admiralty Way, Suite 500
                                                Marina Del Rey, California 90292
                                                Tel: (310) 496-5796
                                                Fax: (310) 496-5701

                                       *Attorneys for Plaintiff JoAnn Wright Haysbert*

## CERTIFICATE OF SERVICE

*JOANN WRIGHT HAYSBERT v. BLOOMIN' BRANDS, INC., et al.,* Case No.: 4:20-cv-00121-RBS-DEM

I hereby certify that on this August 6, 2022, a true and accurate copy of the foregoing was sent via email:

I served this document on the persons below:

John D. McGavin, VSB No. 21794
jmcgavin@bmhjlaw.com
Nicholas J. Lawrence, VSB No. 76964
nlawrence@bmhjlaw.com
Anna G. Zick VSB No. 86057
azick@bmhjlaw.com
BANCROFT, McGAVIN, HORVATH & JUDGKINS, P.C.
9990 Fairfax Blvd., Suite 400
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
*Counsel for Defendant*

DATED:   August 6, 2022   **CRANDALL & KATT**
By: /s/ D. Adam McKelvey, Esq.
D. Adam McKelvey, Esq. (75174)
366 Elm Avenue, SW
Roanoke, VA 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527
dmckelvey@crandalllaw.com

DATED:   August 6, 2022   NAZARETH M. HAYSBERT, ESQ. [CA SBN 294431] (admitted *pro hac vice*)
nazareth@hmlaw.la
**HAYSBERT | MOULTRIE, LLP**
4640 Admiralty Way, Suite 500
Marina Del Rey, California 90292
Tel:   (310) 496-5796
Fax:   (310) 496-5701

*Attorneys for Plaintiff JoAnn Wright Haysbert*