# PLAINTIFF'S ADDITIONAL TECHNOLOGY AND REMOTE WITNESS REQUEST

## I. INTRODUCTION

The Plaintiff respectfully requests to bring extra equipment to the courtroom and use additional technology during trial in order to facilitate four remote witnesses during Plaintiff's case-in-chief. Plaintiff also requests the allowance of remote testimony via Zoom for four witnesses during trial, three of whom are expert witnesses with other scheduled trials and/or previously scheduled vacations.

## II. ARGUMENT

Eastern District of Virginia Local Civil Rule 83.3 states:

> (A) **General** . . . A judge may . . . permit (1) the use of electronic or photographic means for the presentation of evidence or the preservation of a record; and (2) the photographing, recording, broadcasting, or transmitting of . . . proceedings. . ..
>
> (C) **Remote Participation:** Any person remotely participating in any court proceeding may not record or cause to be recorded any such proceeding *without the express consent of the presiding judge*.
>
> VA R USDCTED Local Civil Rule 83.3 (emphasis added)

Federal Rules of Civil Procedure Rule 43 states the following with respect to remote testimony allowance:

> "(a) In Open Court. At trial, the witnesses' testimony must be taken in open court unless a federal statute, the Federal Rules of Evidence, these rules, or other rules adopted by the Supreme Court provide otherwise. *For good cause in compelling circumstances and with appropriate safeguards*, the court may permit testimony in open court by contemporaneous transmission from a different location."

  Fed. R. Civ. P. 43 (emphasis added)

  Here, the Plaintiff requests permission to bring the following additional equipment into the courtroom for use with Plaintiff's four remote witnesses:

1. Laptops: attorney and trial tech (4)
2. 1 Matrix Switcher
3. 2 USB Monitors
4. 2 Splitters
5. Laser Pointers
6. Headphones
7. Associated Cabling
8. Webcam
9. Microphone
10. Router

  Plaintiff requests the use of a cell phone for the following needs since Plaintiff's counsel is based in California and will be the only person present at trial from counsel's office:

1. For emergency purposes (i.e., Plaintiff's counsel has three dogs, one of whom was just hospitalized and medicated due to illness);
2. to get in touch with Plaintiff's counsel's office in Marina Del Rey, CA regarding anything the court might need addressed at trial on an expedited basis;
3. to monitor witnesses that Plaintiff has subpoenaed for trial and to make sure they are available to take the stand at the time called;
4. to get in touch with impeachment witnesses and ensure they timely appear to provide evidence; and
5. as a personal WIFI unit for Plaintiff's counsel since the phone will be used to download folders/files, court requested briefs, final jury instructions and verdict forms, etc. when needed, especially if no internet is available in the courtroom.

  Plaintiff also requests the allowance of remote testimony from four witnesses, three expert witnesses, and one impeachment witness, an investigator who resides in California. The names of the witnesses are the following:

1. Dr. Huma Haider, Plaintiff's expert neurologist and life care planner, who resides in Texas, and has two other trials scheduled for next week;

2. Dr. Aaron Filler, Plaintiff's Neuroimaging expert, who resides in California, and has other scheduled court appearances next week;

3. Dr. Joel Feigenheimer, Plaintiff's liability expert, who resides in Florida, is on a previously scheduled cruise, and is having an internet package installed in order to testify from the ship; and

4. Kristina Perry, Plaintiff's private investigator, who resides in California, and requested to testify via Zoom due to Covid and travel concerns.

Additional good cause exists due to the concerns of these witnesses regarding the ongoing Covid-19 epidemic, the Monkeypox epidemic, and additional concerns regarding flight delays and cancellations related to the multiple epidemics, and summer vacation travel during the busiest month for vacations. Accordingly, good cause exists to allow remote testimony from the four witnesses.

### III.     CONCLUSION

For the reasons set forth above, Plaintiff respectfully request that the Court to allow additional technology during trial and the remote testimony of the four aforementioned witnesses.

RESPECTFULLY SUBMITTED,

DATED: August 6, 2022    **CRANDALL & KATT**
　　　　　　　　　　　　　　By: /s/ D. Adam McKelvey, Esq.
　　　　　　　　　　　　　　D. Adam McKelvey, Esq. (75174)
　　　　　　　　　　　　　　CRANDALL & KATT
　　　　　　　　　　　　　　366 Elm Avenue, SW
　　　　　　　　　　　　　　Roanoke, VA 24016
　　　　　　　　　　　　　　Telephone: (540) 342-2000
　　　　　　　　　　　　　　Facsimile: (540) 345-3527
　　　　　　　　　　　　　　dmckelvey@crandalllaw.com

DATED: August 6, 2022    **HAYSBERT | MOULTRIE, LLP**
　　　　　　　　　　　　　　Nazareth M. Haysbert [CA SBN 294431]
　　　　　　　　　　　　　　(admitted pro hac vice)
　　　　　　　　　　　　　　nazareth@hmlaw.la
　　　　　　　　　　　　　　4640 Admiralty Way, Suite 500
　　　　　　　　　　　　　　Marina Del Rey, California 90292
　　　　　　　　　　　　　　Tel: (310) 496-5796
　　　　　　　　　　　　　　Fax: (310) 496-5701

*Attorneys for Plaintiff JoAnn Wright Haysbert*

## CERTIFICATE OF SERVICE

*JOANN WRIGHT HAYSBERT v. BLOOMIN' BRANDS, INC., et al.,* Case No.: 4:20-cv-00121-RBS-DEM

I hereby certify that on this August 6, 2022, a true and accurate copy of the foregoing was sent via email:

I served this document on the persons below:

John D. McGavin, VSB No. 21794
jmcgavin@bmhjlaw.com
Nicholas J. Lawrence, VSB No. 76964
nlawrence@bmhjlaw.com
Anna G. Zick VSB No. 86057
azick@bmhjlaw.com
BANCROFT, McGAVIN, HORVATH & JUDGKINS, P.C.
9990 Fairfax Blvd., Suite 400
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
*Counsel for Defendant*

DATED:   August 6, 2022   **CRANDALL & KATT**
By: /s/ D. Adam McKelvey, Esq.
D. Adam McKelvey, Esq. (75174)
366 Elm Avenue, SW
Roanoke, VA 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527
dmckelvey@crandalllaw.com

DATED:   August 6, 2022   NAZARETH M. HAYSBERT, ESQ. [CA SBN 294431] (admitted *pro hac vice*)
nazareth@hmlaw.la
**HAYSBERT | MOULTRIE, LLP**
4640 Admiralty Way, Suite 500
Marina Del Rey, California 90292
Tel:   (310) 496-5796
Fax:   (310) 496-5701

*Attorneys for Plaintiff JoAnn Wright Haysbert*