# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

| | |
|---|---|
| **JOANN WRIGHT HAYSBERT**, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:20-cv-00121-RBS-DEM |
| **BLOOMIN' BRANDS, INC.,** and **OUTBACK STEAKHOUSE OF FLORIDA, LLC,** | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE LAWRENCE LEONARD

COMES NOW Plaintiff, JoAnn Wright Haysbert, for her Plaintiff's Notice of Non-Consent to United States Magistrate Judge Lawrence Leonard, hereby submits the attached.

JOANN WRIGHT HAYSBERT
By Counsel

RESPECTFULLY SUBMITTED,

DATED: August 8, 2022

**CRANDALL & KATT**
By: /s/ D. Adam McKelvey, Esq.
D. Adam McKelvey, Esq. (75174)
CRANDALL & KATT
366 Elm Avenue, SW

                                        Roanoke, VA 24016
                                        Telephone: (540) 342-2000
                                        Facsimile: (540) 345-3527
                                        dmckelvey@crandalllaw.com

DATED: August 8, 2022        **HAYSBERT | MOULTRIE, LLP**
                                        Nazareth M. Haysbert [CA SBN 294431]
                                        (admitted pro hac vice)
                                        nazareth@hmlaw.la
                                        4640 Admiralty Way, Suite 500
                                        Marina Del Rey, California 90292
                                        Tel: (310) 496-5796
                                        Fax: (310) 496-5701

                                       *Attorneys for Plaintiff JoAnn Wright Haysbert*

# **PLAINTIFF'S NOTICE OF NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE LAWRENCE LEONARD**

Plaintiff, JoAnn Wright Haysbert, does **NOT** consent to the referral of the instant case to Magistrate Judge Lawrence Leonard for trial purposes.

## **CERTIFICATE OF SERVICE**

*JOANN WRIGHT HAYSBERT v. BLOOMIN' BRANDS, INC., et al.,* Case No.: 4:20-cv-00121-RBS-DEM

I hereby certify that on this August 8, 2022, a true and accurate copy of the foregoing was sent via email:

I served this document on the persons below:

John D. McGavin, VSB No. 21794
jmcgavin@bmhjlaw.com
Nicholas J. Lawrence, VSB No. 76964
nlawrence@bmhjlaw.com
Anna G. Zick VSB No. 86057
azick@bmhjlaw.com
BANCROFT, McGAVIN, HORVATH & JUDGKINS, P.C.
9990 Fairfax Blvd., Suite 400
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
*Counsel for Defendant*

DATED: August 8, 2022 **CRANDALL & KATT**
By: /s/ D. Adam McKelvey, Esq.
D. Adam McKelvey, Esq. (75174)
366 Elm Avenue, SW
Roanoke, VA 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527
dmckelvey@crandalllaw.com

DATED: August 8, 2022 NAZARETH M. HAYSBERT, ESQ. [CA SBN 294431] (admitted *pro hac vice*)
nazareth@hmlaw.la
**HAYSBERT | MOULTRIE, LLP**
4640 Admiralty Way, Suite 500
Marina Del Rey, California 90292
Tel: (310) 496-5796
Fax: (310) 496-5701

*Attorneys for Plaintiff JoAnn Wright Haysbert*