UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT,

        Plaintiff,

v.                                           CIVIL NO. 4:20cv121

BLOOMIN' BRANDS, INC., et al.,

        Defendants.

## ORDER

This matter comes before the court on Plaintiff's "Motion for Additional Technology and for Witnesses to Appear Via Zoom" ("Motion"), filed August 8, 2022. ECF No. 257. In the Motion, Plaintiff requested "to bring extra equipment to the courtroom and use additional technology during trial in order to facilitate four remote witnesses during Plaintiff's case-in-chief." ECF No. 257-1 at 1. As the August 9, 2022, trial date has been removed from the docket to be later reset, the Motion, ECF No. 257, is now **MOOT**.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties. The Clerk is **FURTHER DIRECTED** to note on the docket that the Motion is no longer pending before the court.

    **IT IS SO ORDERED.**

                                /s/
                                Rebecca Beach Smith
                                Senior United States District Judge

                       Rebecca Beach Smith
              Senior United States District Judge

August 15 , 2022