# COURTHOUSE ENTRANCE REQUIREMENTS AND SECURITY POLICY

The following security policy shall be in effect at all United States District Courthouses in the Eastern District of Virginia:

**I. Persons Entering United States Courthouses.**

All persons must enter the courthouse through the building's main entrance and will be required to pass through a magnetometer. All associated items and bags must be screened by x-ray machine or similar device. At the discretion of the court security officer, the initial screening process may include the passing of a hand-held wand across the body of a person seeking entry.

**II. Proof of Identification.**

All persons seeking entry into the courthouse will be required to present a photo ID issued by a government agency, such as a driver's license or a voter identification card with picture. Other forms of identification may be used at the court security officer's discretion.

**III. Prohibition on Personal Electronic Devices.**

Cell phones, pagers, PDAs, laptop computers, cameras, tape recorders, and any device capable of voice recording or image photography are **prohibited** from entry into the courthouse without prior authorization from a judge of that court. **No lockers will be provided in U.S. District courthouses to store these items while visiting the building.**

**IV.     Authorization for Attorneys to Bring Electronic Devices into Building**.

Attorneys requiring laptop computers or any type of personal electronic device for court presentations or appearances must receive prior authorization from the judge. Such authorization must include the specific dates, proceedings, and courtroom or location in which such device is permitted to be used.  All electronic devices must be cleared by a member of the court's Information Technology ("IT")  staff before the proceeding begins each day, unless this provision is waived in writing by the judge.  A sample authorization request is attached.

**V.     Proof of Authority to Bring Electronic Devices into Building**.

Persons receiving authorization to bring electronic equipment into the courthouse should have proof of such authorization readily available if requested by a Deputy U.S. Marshal or court security officer.  Unless otherwise directed by the court, any electronic equipment for which no judicial authorization can be produced may be confiscated by the U.S. Marshals Service.

**THIS POLICY WILL TAKE EFFECT APRIL 4, 2016.**

# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): David "Adam" McKelvey

Electronic Device(s): laptop

Purpose and Location Of Use: for use at trial in the Norfolk Division Courthouse

Case No.: 4:20cv121

Date(s) Authorized: March 14, 2023 through March 20, 2023

IT Clearance Waived: _____(Yes)   _____(No)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
IT Staff Member                                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Request to Use the Court's Evidence Presentation System

I hereby request the use of the court's evidence presentation system and permission to bring a laptop computer into the courthouse to utilize with the system. I acknowledge that I have read, understand, and agree to follow all of the guidance available to me on the court's website regarding usage of the presentation system and my computer, as well as those items specifically addressed below:

- If necessary, I will schedule an orientation to ensure that I have all equipment necessary and understand how the system operates. I must obtain written authorization from chambers to bring a laptop computer to the scheduled orientation. Orientation provides instruction on use of the court's evidence presentation system and an opportunity for testing my laptop computer connections. Practicing presentations and preparing witnesses are not authorized without court approval.

- The court does not provide any equipment for in-court presentations such as scanned documents, animations, graphics, audio and video files from VHS, CD, DVD, Blu-ray, or external drives like a USB thumb drive. All files must be presented from my laptop computer.

- I am responsible for operating the evidence presentation system, and court employees are not authorized to operate my laptop computer. My staff, litigation support contractors, and I are not authorized to remove, relocate, or reconfigure any of the court's evidence presentation system equipment.

- Wi-Fi or any other wireless access to data, webcams, and any recording capabilities on my laptop computer must be disabled while in the courthouse. Visible evidence, such as red tape, may be placed over the webcam to prevent video recording.

- Internet service is not provided by the court in the courtroom.

I further agree, as directed by the court, to make any approved system available for, and assist with, inspection by court staff.

_____          _____
(Signature)                                        (Date)

_____          _____
(Typed or Printed Name)                            (VA Bar Number)