IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JOANN WRIGHT HAYSBERT<br>Plaintiff,<br>v.<br><br>BLOOMIN' BRANDS, INC.,<br>and<br>OUTBACK STEAKHOUSE OF<br>FLORIDA, LLC,<br>Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 4:20-cv-00121-RBS-DEM<br>)<br>)<br>)<br>)<br>) |

### EMERGENCY MOTION TO CONTINUE THE TRIAL DATE, OR TO PERMIT DE BENE ESSE DEPOSITION TESTIMONY OF A WITNESS

COMES NOW the defendant, Outback Steakhouse, and hereby moves this court for emergency relief to either continue the trial date or to permit a de bene esse deposition of Dr. Neil Pugach. In support of this motion, defendant relies upon his Memorandum attached.

Counsel for the defendant has contacted counsel for the plaintiff to determine their position on the Motion and have not received a response.

BLOOMIN' BRANDS, INC.<br>
and OUTBACK STEAKHOUSE<br>
OF FLORIDA, LLC<br>
By Counsel

_____/s/_____
John D. McGavin, VSB 21794
MCGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:   (703) 385-1555
jmcgavin@mbbtklaw.com
Counsel for Bloomin' Brands Inc.
and Outback Steakhouse of Florida, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022 the following was e-filed and emailed to the following:

David A. McKelvey, Esq.
Crandall & Katt
366 Elm Ave, SW
Roanoke, Virginia 24016

Nazareth M. Haysbert, Esquire
James L. Moultrie, III, Esquire
4640 Admiralty Way, Suite 500
Marina Del Ray, CA 90292

_____/s/_____
John D. McGavin, VSB 21794