UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT,

      Plaintiff,

v.                                 CIVIL ACTION NO. 4:20cv121

BLOOMIN' BRANDS, INC., et al.,

      Defendants.

## ORDER

This matter comes before the court on Defendants' Motion to Continue the Trial Date, or to Permit De Bene Esse Deposition Testimony of a Witness ("Motion"), ECF No. 263, and accompanying Memorandum of Law, ECF No. 264, to which the Plaintiff has no objections, ECF No. 267. Accordingly, the Motion is **GRANTED**; it is **ORDERED** that the jury trial is continued to August 8, 2023, at 11:00 A.M. in Norfolk, a date upon which all parties agree. ECF No. 267 at 3.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

IT IS SO ORDERED.

                                              /s/ Rebecca Beach Smith
                                              Senior United States District Judge

                                              REBECCA BEACH SMITH
                                  SENIOR UNITED STATES DISTRICT JUDGE

March 1, 2023