UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT,

    Plaintiff,

    v.                                      CASE NO. 4:20cv121

BLOOMIN' BRANDS, INC.,
and
OUTBACK STEAKHOUSE OF
FLORIDA, LLC,

    Defendants.

## ORDER

This matter is set for a jury trial beginning on August 8, 2023, at 11:00 A.M. in Norfolk, Virginia. Upon review of the file, the court is of the opinion that a substantial number of rulings remain outstanding from the Final Pretrial Conference and resulting Final Pretrial Order, ECF No. 243, as supplemented by the Supplemental Final Pretrial Order, ECF No. 254. Accordingly, the court **DIRECTS** the Calendar Clerk to schedule a Supplemental Final Pretrial Conference with counsel for the parties, to take place after July 25, 2023. Given the historic difficulty of scheduling matters in this case, if a mutually agreeable date for counsel that comports with the court's calendar cannot be reached, the court will set the date and time of the Supplemental Final Pretrial Conference on its own volition. There will be no remote participation permitted, and any counsel, including pro hac vice

admission(s), who wish to participate in the trial must be present in-person at the Supplemental Final Pretrial Conference.

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

June 30, 2023