IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JOANN WRIGHT HAYSBERT )<br>    Plaintiff, )<br>v. )<br>                            )<br>BLOOMIN' BRANDS, INC., et al. )<br>                            )<br>    Defendants.        - ) | Case No.: 4:20-cv-00121-RBS-RJK |

### **DEFENDANTS' OBJECTION AND MOTION TO QUASH A WITNESS SUBPOENA**

COMES NOW, the defendants Outback Steakhouse of Florida, LLC and Bloomin Brands, Inc. and hereby submit their objection and motion to quash a witness subpoena served on Nick Seifert, and in support thereof state as follows:

1. On August 4, 2023, Plaintiff signed a subpoena for service to Mr. Seifert, no copy provided to counsel for the defense.

2. On August 7, 2023, the day before trial, the subpoena was served on Mr. Seifert. The subpoena was not accompanied by the witness fee or mileage fee.

3. Mr. Seifert asked the serving person if a witness fee or mileage fee was included, the process server said he did not know, and does not do this regularly and Mr. Seifert could get the fees later.

4. The subpoena comes too late, is not timely, was not properly served, and does not comply with the rules.

5. Plaintiff is serving witness subpoenas too late, last minute and has not prepared this case as if it is actually going to trial. Issuing witness subpoenas at the last minute to Dr. Haider

(an unenforceable subpoena in Texas from a Virginia Court on August 4, 2023, a subpoena to Mr. Seifert on August 4, 2023 served on August 7, 2023) come too late.

6.     The court should quash the subpoena to Mr. Seifert.

WHEREFORE, the foregoing considered, Defendants object to the untimely subpoena to Mr. Seifert and the absence of witness fees and mileage fees, and move to quash the subpoena.

                                                                                            **BLOOMIN' BRANDS, INC. and OUTBACK STEAKHOUSE OF FLORIDA, LLC**
                                                                                            By Counsel

McGAVIN, BOYCE, BARDOT,
  THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone:   (703) 385-1000
Facsimile:    (703) 385-1555


 /s/ John D. McGavin
John D. McGavin (VSB 21794)
Emily K. Blake (VSB 90562)
jmcgavin@mbbtklaw.com
eblake@mbbtklaw.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2023, a true and accurate copy of the foregoing was sent via the CM/ECF system to:

David A. McKelvey, Esq.
Crandall & Katt
366 Elm Ave, SW
Roanoke, Virginia 24016
dmckelvey@crandalllaw.com

Nazareth M. Haysbert, Esquire
James L. Moultrie, III, Esquire
4640 Admiralty Way, Suite 500
Marina Del Ray, CA 90292
nazareth@hmlaw.la

Counsel for Plaintiff

          /s/ John D. McGavin
          John D. McGavin, VSB 21794