# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

August 8, 2023

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT:** THE HONORABLE Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Armstrong              Reporter: Jody Stewart, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended: 4:30 p.m. |
|---|---|---|
| 4:20cv121 | Joann Wright Haysbert v. Bloomin' Brands, Inc. and Outback Steakhouse of Florida, LLC | |

David McKelvey and Nazareth Monoah Haysbert present with plaintiff, Joann Wright Hasbert.

John McGavin and Emily Blake present on behalf of defendants.

Matter came on for jury trial. Motions heard prior to jury trial. (ECF #274 – Plaintiff's Motion for Leave to Present Dr. Huma Haider via Zoom and ECF #283 – Defendant's Motion to Quash a Witness Subpoena)

Argument of counsel.

The Court took Plaintiff's Motion for Leave to Present Dr. Huma Haider via Zoom under advisement pending further information. (ECF #274)

The Court denied Defendant's Motion to Quash a Witness Subpoena. (ECF #283)

Counsel and parties excused until 11:00 a.m. on August 9, 2023, to begin jury trial.

Court adjourned.

**Defendant's Exhibits:**

#1 – National Brain Injury Institute Deposition and Trial Fees and Payment Terms

#2 – Curriculum Vitae of Huma Haider, MD

**Court's Exhibits:**

#1 – FedEx Proof of Delivery dated 8/8/2023

#2 – FedEx Detailed Tracking dated 8/8/2023

#3 – Emails re Dr. Aaron Filler's travel (SEALED)

Lunch:  2:25 p.m. – 3:30 p.m.