# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

August 9, 2023 (Day 2)

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT: THE HONORABLE** Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Armstrong                Reporter: Jody Stewart, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended: 5:00 p.m. |
|---|---|---|

| 4:20cv121 | Joann Wright Haysbert<br>v.<br>Bloomin' Brands, Inc. and Outback Steakhouse of Florida, LLC |
|---|---|

David McKelvey and Nazareth Monoah Haysbert present with plaintiff, Joann Wright Hasbert.

John McGavin and Emily Blake present on behalf of defendants.

Matter came on for trial by jury.

For reasons stated on the record and out of the presence of the jury, the Court finds that ECF #274 (Plaintiff's Motion for Leave to Present Dr. Huma Haider Via Zoom) and ECF #289 (Defendant's Motion to Quash) are MOOT.

Petit jurors were sworn, examined on voir dire and from said panel came a jury (8 jurors) who were duly sworn. Jurors not serving excused subject to call.

Out of the presence of the jury, the plaintiff raised a Batson challenge. Argument of counsel heard and the court overruled the motion.

The court directed that the witnesses be separated.

Opening statements of counsel heard.

Jurors, counsel, and parties excused until 10:00 a.m. on August 10, 2023.

Court adjourned.

Lunch: 1:00 p.m. – 1:30 p.m.