# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
#### NORFOLK DIVISION

August 10, 2023 (Day 3)

MINUTES OF PROCEEDINGS IN  Open Court

PRESENT: THE HONORABLE  Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Eubanks                    Reporter: Jody Stewart, OCR

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended: 5:55 p.m. |
|---|---|---|
| 4:20cv121 | Joann Wright Haysbert v. Bloomin' Brands, Inc. and Outback Steakhouse of Florida, LLC | |

David McKelvey and Nazareth Monoah Haysbert present with plaintiff, Joann Wright Hasbert.

John McGavin and Emily Blake present on behalf of defendants.

Matter came on for continuation of trial by jury.

All jurors (8) present.

Stipulation of Facts read into the record.

Out of the presence of the jury, defendant moved to strike the testimony of Dr. Aaron Filler, MD, PhD, FRCS.

Plaintiff presented evidence.

Defendant renewed motion to strike the testimony of Dr. Aaron Filler, MD, PhD, FRCS.

Jurors excused until 10:30 a.m. on August 11, 2023.

The Court directed remaining witnesses subpoenaed for today to arrive by 11:00 a.m. on August 11, 2023, with the exception of Ninevah Haysbert (to report by 10:30 a.m. on August 11, 2023.)

Counsel and parties excused until 10:30 a.m. on August 11, 2023.

Lunch:  1:05 p.m. - 2:00 p.m.