## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

_____

_____

|  |  |
|---|---|
| **JOANN WRIGHT HAYSBERT**, ) | Case No.: 4:20-cv-00121-RBS-DEM |
| ) | |
| Plaintiff, ) | Assigned to |
| ) | District Court Judge |
| ) | Rebecca Beach Smith |
| v. ) | |
| ) | |
| **BLOOMIN' BRANDS, INC., et al.** ) | |
| ) | |
| Defendants. ) | |

_____)

## DECLARATION OF NAZARETH M. HAYSBERT IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' TRIAL BRIEF [DKT. NO. 294] REGARDING THE ADMISSIBILITY OF DR. AARON FILLER

I, Nazareth M. Haysbert, declare as follows:

1.    I am an attorney licensed in the State of California. I am licensed to appear *pro hac vice* in the State of Virginia. I am counsel of record for Plaintiff Joann Wright Haysbert in the above-captioned case. I have personal knowledge of the following facts, and, if called as a witness, I could and would testify thereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Rule 26(a)(2) Disclosure of Dr. Aaron Filler ("Disclosure"), which attached his Neuroimaging, Neuroradiographic, Diffusion Tensor Imaging Report (CD of scans previously provided to Defendants), Curriculum Vitae and List of Publications and Testimonies, and Fee Schedule/Statement of Compensation thereto.

1

3.    Attached hereto as **Exhibit B** is a true and correct copy of the relevant portions of the trial testimony, Excerpt of Proceedings (Testimony of Aaron Filler, Ph.D.), Day 3, August 10, 2023.

I declare under penalty of perjury under the laws of the State of Virginia and the United States of America, that the foregoing is true and correct.

Executed on August 13, 2023, at Norfolk, Virginia.

_/s/ Nazareth M. Haysbert_
Nazareth M. Haysbert, Esq.

2

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

_____

|  |  |  |
|---|---|---|
| **JOANN WRIGHT HAYSBERT**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:20-cv-00121-RBS-DEM |
| | ) | |
| v. | ) | |
| | ) | |
| **BLOOMIN' BRANDS, INC., et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF MEDICAL EXPERT WITNESSES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE THAT Plaintiff JoAnn Wright Haysbert ("Plaintiff"), hereby makes the following medical expert witness disclosures pursuant to the Court's Order (Dkt. No. 126) of June 17, 2021, and in accordance with Rules 26(a)(2) and 26(e) of the Federal Rules of Civil Procedure:

**RETAINED EXPERTS:**

1. <u>Dr. Aaron Filler, M.D., PhD, FRCS</u>: Neurography Institute, 2716 Ocean Park Blvd., Suite 1007B, Santa Monica, California, 90405. Phone (310) 314-6410. Neuroimaging, Neuroradiographic, Diffusion Tensor Imaging Report (CD of scans previously provided to Defendants), Curriculum Vitae and List of Publications and Testimonies, and Fee Schedule/Statement of Compensation, attached as **Exhibit A**.

2. <u>Dr. Huma Haider, M.D.</u>: National Brain Injury Institute, 6065 Hillcroft Street, Suite 202, Houston, TX 77081. Phone (866) 983-3167; info@nationalbii.com. jguerra@nationalbii.com. Neurological Assessment Battery and Diffusion Tensor Imaging Report, Life Care Plan, Curriculum Vitae and Publications, Fee Schedule, and List of Published Testimonies, attached as **Exhibit B**.

3. <u>Enrique Vega, MS, CRC, CDMS</u>: Vocational Economics, Inc., 20700 Ventura Boulevard, Suite 220, Woodland Hills, California 91364. Phone (818) 346-3300; Fax (559) 439-0918. enriquev@vocecon.com, jackiey@vocecon.com; Vocational Economic Assessment Report and Medical Care Cost Summary Report/Economist Valuation for JoAnn Wright Haysbert, Curriculum Vitae, Fee Schedule/Statement of Compensation, and List of Published Testimonies, attached as **Exhibit C**.

**TREATING PHYSICIANS / NON-RETAINED EXPERTS:**

1. <u>Dr. Lind Chinniry, MD.</u>: Divine Health Care LLC., 2100 Executive Drive, Suite B, Hampton, Virginia, 23666, Phone (757) 826-1600; Dr. Chinnery will be able to testify within the scope of the treatment he rendered to Plaintiff,

based on what he learned during actual treatment of Plaintiff, and he will offer opinions formed during the care and treatment of Plaintiff's injuries.

2. <u>Dr. Huma Haider, M.D.:</u> National Brain Injury Institute, 6065 Hillcroft Street, Suite 202, Houston, TX 77081. Phone (866) 983-3167; info@nationalbii.com. jguerra@nationalbii.com; Dr. Haider will be able to testify within the scope of the treatment she rendered to Plaintiff, based on what she learned during actual treatment of Plaintiff, including that Plaintiff suffered neurocognitive deficits, and she will offer opinions formed during the care and treatment of Plaintiff's injuries.

3. <u>Dr. Amir Vokshoor, M.D., F.A.A.N.S.:</u> The Spine Institute, 2811 Wilshire Blvd., Suite 850, Santa Monica, California 90402; Phone (310) 574-0400; Fax: (310) 574-0485; Dr. Vokshoor will be able to testify within the scope of the treatment he rendered to Plaintiff, based on what he learned during actual treatment of Plaintiff, and he will offer opinions formed during the care and treatment of Plaintiff's injuries.

4. <u>Dr. Wilson P. Daughtery, M.D., Ph.D.:</u> Sentara Neurosurgery Specialists, 301 Riverview Ave., Suite 202, Norfolk, VA 23510; Phone (844) 615-1237; Dr. Daughtery will be able to testify within the scope of the treatment he rendered to Plaintiff, based on what he learned during actual treatment of Plaintiff, and he will offer opinions formed during the care and treatment of Plaintiff's injuries.

5. <u>Dr. Katherine Rachon, O.D.:</u> Virginia Eye Consultants, 2234 Cunningham Drive, Hampton, VA 23666, Phone (757) 742-3902; Dr. Rachon will be able to testify within the scope of the treatment she rendered to Plaintiff, based on

what she learned during actual treatment of Plaintiff, and she will offer opinions formed during the care and treatment of Plaintiff's injuries.

## OBJECTION TO DISCLOSURE:

Plaintiff objects to the disclosure of medical expert witnesses at this time and intends to file a Motion for Reconsideration of the Magistrate Judge's ruling on Plaintiff's Motion for an Order Extending Expert Discovery Deadlines. (*See* Dkt. Nos. 92, 93, 126). Should the District Court ultimately grant Plaintiff's pending Motion for Reconsideration, this document shall be immediately withdrawn.

Additionally, the timing to select and retain key medical experts is still premature as not all necessary witnesses have been deposed or medical records obtained. Therefore, not all experts have been identified therein or formally retained by Plaintiff at this time. Accordingly, Plaintiff expressly reserves the right to supplement the disclosure of medical expert witnesses once pending discovery issues and filings have been resolved and she is able to finalize these medical expert witnesses.

## RESERVATION OF RIGHT TO SUPPLEMENT:

Should new information become known to Plaintiff after this date which shall necessitate supplementing these disclosures, Plaintiff hereby expressly reserves the right to file and serve said supplement(s) consistent with Rules 26(a)(2)(E) and 26(e) of the Federal Rules of Civil Procedure. The absence of any information herein shall

4

not prohibit Plaintiff from filing said supplements at a later date and shall not

foreclose Plaintiff from offering that information in the form of evidence at trial, so

long as Plaintiff properly supplements as allowed under the Federal Rules of Civil

Procedure.

DATED: June 23, 2021          **CRANDALL & KATT**

                              By: /s/ D. Adam McKelvey, Esq.
                              D. Adam McKelvey, Esq. (75174)
                              CRANDALL & KATT
                              366 Elm Avenue, SW
                              Roanoke, VA 24016
                              Telephone: (540) 342-2000
                              Facsimile: (540) 345-3527
                              dmckelvey@crandalllaw.com


DATED: June 23, 2021          **HAYSBERT | MOULTRIE, LLP**

                              Nazareth M. Haysbert [CA SBN 294431]
                              (admitted pro hac vice)
                              nazareth@hmlaw.la
                              4640 Admiralty Way, Suite 500
                              Marina Del Rey, California 90292
                              Tel: (310) 496-5796
                              Fax: (310) 760-4083


                              *Attorneys for Plaintiff JoAnn Wright Haysbert*

EXHIBIT A



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

## DIFFUSION TENSOR IMAGING

**Patient Name: Haysbert, JoAnn**
**Date of Birth: 09/22/1948**
**MR#: HJ50647**
**Date of Injury: 05/23/2018**
**Date of Study: 09/18/2020**
**Requesting Physician:** Huma Haider, MD
**Site Name and Equipment:** Medical Imaging of Southern California, Beverly Hills, CA, 3T, Siemens MRI Scanner

**INDICATION:** This is a 71-year-old woman who on 05/23/2018 was at a restaurant and when she got up from the table, she slipped and fell on what was described as a slippery floor, impacting her head, with some loss of consciousness and the onset of neurologic symptoms, a number of which have persisted.

## STUDY: MRI OF THE BRAIN WITH DIFFUSION TENSOR IMAGING

**METHODS:** These images demonstrate the detailed anatomy of the brain with supplemental analysis through evaluation of fractional anisotropy and diffusion tensor imaging tractography.

The report is provided in
three segments:

1) Tractography from diffusion tensor imaging (DTI)
2) Fractional Anisotropy analysis from diffusion tensor imaging (DTI)
3)     General brain imaging with Susceptibility Weighted Imaging (SWI).

Diffusion tensor imaging (DTI) was obtained in a 3-Tesla Siemens imager using thirty directions of diffusion. The fractional anisotropy and tractographic analysis were processed using FDA approved NORDIC Brain Ex clinical workstation software.

## DTI TRACTOGRAPHY REPORT AND ANALYSIS:

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

**TRACTOGRAPHI
C REPORT:**

TECHNICAL: These images were obtained with 30 directions of diffusion gradients on a **Siemens 3-Tesla imager**, there are no significant artifacts impairing image interpretation.

The tractographic analysis is carried out by adjusting the fractional anisotropy threshold as well as the degrees of angulation and tractographic segment length as inputs to the FACT tractographic algorithm for tract analysis in order to identify areas of tractographic deficits and continuities.

Loss of tractographic continuity does not demonstrate a complete loss of connections; rather it is the effect of a decrease of coherently directed fractional anisotropy along the course of a tract. Such a drop off halts the progress of the tractographic reconstruction process so that the remainder of the tract does not appear. These have clinical significance because they represent clinically relevant interference with transmission of neurological information from one part of the brain to another. The presence of such drop off point does not represent complete loss or obstruction, but rather detects the presence of a relative drop off that affects the normal function of a major tract.

**FINDINGS:** The tractographic analysis reveals losses bilaterally in the frontal lobe with expected effects of impairment of multistep planning, map-based planning and emotional control release functions. There are losses additionally appreciated bilaterally in the supra-callosal cingulum which would have the expected effects of increased anxiety and depression. Losses are appreciated in the left parietal lobe in the area of the angular gyrus and in this right-handed individual this would be expected to have the effects of impairment of word finding and some effects on calculation ability. Losses are seen bilaterally in the arcuate fasciculus. The right side arcuate fasciculus losses can affect the prosody or flow of speech and the left arcuate fasciculus losses can affect a variety of more complex speech functions. Note is additionally made of some losses in the mid-portion of the corpus callosum which can suggest some degree of diffuse axonal injury with general cognitive impairment. There are losses appreciated in the pillars of the fornix on the left side and the crus of the fornix on the right side which can have effects on impairing new memory formation. The right parietal lobe is generally normal in appearance. The temporal lobes are generally normal in appearance, right and left. The right and left occipital lobes are

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

generally normal in appearance. No abnormalities are appreciated in the area of the middle cerebellar peduncle, right or left side.

Three dimensional 360 degree rotations are provided in the DICOM data set for visualization of these findings.

**TRACTOGRAPHY IMPRESSION**: **Bilateral losses in the frontal lobes affecting particularly the area of the superior, middle and inferior frontal gyri with expected effects on multistep planning, map-based planning and emotional control release functions. There are losses on the left side in the parietal lobe extending into the area of the angular gyrus with expected effects of impairment of word finding and calculation ability. Losses are appreciated bilaterally in the arcuate fasciculus which would be expected to have effects on conversation such as impairment of prosody or flow of speech as to the right side and more complex variety of conversational speech impairments associated with the left side abnormality. There are losses in the area of the mid-portion of the corpus callosum which is indicative of diffuse axonal injury that may affect cognition more generally. There are losses bilaterally in the supra-callosal cingulum with expected effects of increased anxiety and depression. Losses appreciated in the right crus of the fornix and the left pillar of the fornix on detailed formal tractographic evaluation of the fornix and the limbic system reveal abnormalities which will have the expected effects of impairment of new memory formation. Overall, these findings demonstrate multiple abnormalities with expected effects on cognition, emotional behavior and neurologic functions as identified above. The degree of injury appreciated in the images would be expected to result in clinically significant symptoms. The locations and types of injury are consistent with the mechanics of the trauma as described.**

**FRACTIONAL ANISOTROPY (FA) REPORT AND ANALYSIS:**

These images demonstrate the analytical level information concerning brain structure. The fractional anisotropy measurements are objective assessments of brain regions either obtained for standardization measurements or comparing right and left structures. Data is obtained with 30 directions of diffusion in a 3Tesla **Siemens scanner.**

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

VOLUMES OF INTEREST (VOI's): In all cases the volumes of interest (VOI's) that were measured are selected areas, entirely in white matter, of the highest intensity for fractional anisotropy as visualized by a fractional anisotropy overlay method. This method results in measurements of highest levels of fractional anisotropy in an anatomically recognizable brain white matter structure in the regions assessed. Data is provided with the size in cubic millimeters of the VOI, as well as the mean, minimum and maximum of FA values in the VOI with standard deviation calculated. Histograms are provided for each VOI that can reveal any unwanted bimodal distribution. Image captures were obtained demonstrating the location and size of each VOI measured as shown in three imaging planes. Further, the histograms provided show the variability of anisotropy among the voxels measured within each VOI. Significant right/left asymmetries in fractional anisotropy are considered clinically relevant on a prima facie basis. For a given level of anisotropy, a smaller size of a VOI – that is otherwise bilaterally symmetric – will reveal a reduced volume of that tract and this size difference also has clinical significance in many situations.

CLINICAL BASIS (Scientific Model): This fractional anisotropy analysis is carried out according to the method and clinical concept of Brander et al: *Diffusion Tensor Imaging of the Brain in a Healthy Adult Population: Normative Values and Measurement Reproducibility at 3 T and 1.5 T*; Acta Radiologica (2010), Volume 7 pages 800-807, in which VOI's are measured for fractional anisotropy using the Splenium of the Corpus Callosum as a baseline measure to be compared with other individuals as well as an internal references to assess relative FA drop off in other brain regions. The data provided in articles such as the Brander study show expected relative fractional anisotropy measures using the Splenium of the Corpus Callosum as the standard, because this will tend to have the highest fractional anisotropy in the brain and can therefore provide a cross reference to other imaging subjects as well as provide a basis for assessing the degree of drop-off present to any given brain region associated in a relative to a comparative, standardized set of findings from large numbers of normal individuals.

There are more than 15,000 high quality peer reviewed publications showing the utility and clinical relevance of DTI and only one or two publications written by professional defense experts that attempt to formally raise concerns about utility (e.g. *Wintermark, et*

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

*al (2015), Imaging Evidence and Recommendations for Traumatic Brain Injury: Advanced Neuro- and Neurovascular Imaging Techniques* AJNR 36:E1-E11) mostly by pointing out that the vast majority of publications use groups of patients (usually required for all published studies) but that legal cases focus on individuals. However, Wintermark provided an unreliable biased assessment because he improperly omitted excellent studies showing high clinical and legal utility of DTI data for individuals such as *Yuh et al (2014): Diffusion Tensor Imaging for Outcome Prediction in Mild Traumatic Brain*

*Injury: A TRACK-TBI Study*, Journal of Neurotrauma 31:1457-1477; and *Mustafi et al: Acute White-Matter Abnormalities in Sports-Related Concussion: A Diffusion Tensor Imaging Study from the NCAA-DoD CARE Consortium*. Journal of Neurotrauma, ePub 2017.

CLINICAL BASIS (Report Methodology): By viewing an FA overlay on a high resolution, co-registered MP-RAGE three dimensional brain MRI acquisitions, asymmetries and drop-offs can be identified as to identified anatomical brain structures. For these VOI locations, the mean and standard deviation data can be used to assess the statistical significance of any different in overall FA for a VOI compared with either the FA of the Splenium or with the FA of a similar VOI on the opposite side. Only a single combined FA for right and left Fornix is obtained in some cases because of its small size if it is not possible to obtain usable measures for each side.

SCIENTIFIC BASIS: Fractional anisotropy is expressed as fraction between 0 and 1 and reflects the degree to which fibers within a given voxels or group of voxels measured and assessed in the volume of interest, tend to share a coherent single direction and high health with good quality within the measured volume. A loss of fractional anisotropy is correlated with a decrease of function or transmission to a given white matter tract area. When two different tracts pass through each other having different directions, incorrectly low FA levels can be obtained, but this is controlled for here by selecting well recognized white matter brain structures that have a coherent single direction. Additionally, matching the same structure right to left corrects for this



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

directional diversity issue. As for comparisons with the Splenium FA values, the data from the Brander et al article provides a useful well documented clinical framework that corrects for the directional diversity issue.

**RESULTS (STANDARDIZATION):** The splenium of the corpus callosum has a fractional anisotropy of 0.78, which is well within normal range, and this is used as a baseline for comparison with other individuals and for comparison with other structures for this individual's brain.

**RESULTS (FINDINGS):**   The splenium is commented on above. The genu of the corpus callosum is at 0.81, also within the normal range. The right corona radiata, measured at the genu of the internal capsule is at 0.68, within the normal range, and left corona radiata measured at the level of the internal capsule is at 0.76, also within the normal range. The right to left difference is not statistically significant.  On the right side at the stem of the white matter for the superior, middle and inferior frontal gyri, the fractional anisotropy is 0.22, which is quite low. The left side measures at 0.32.  The right to left difference is not quite statistically significant.  The overall level is quite low however and suggestive of problems which will result in impairment of multistep planning, map-based planning and emotional control release functions.  The right parietal lobe measures at 0.46, just within the normal range.  The left parietal lobe is at 0.34. The right to left difference is statistically significant and is essentially in the area of the angular gyrus, which in this right-handed individual would be expected to have effects of impairment of word finding and calculation ability.   The right occipital lobe is at 0.52.  The left occipital lobe measures at 0.36, which is low. The right to left difference here is statistically significant. This might be expected to result in some impairment of processing of visual information arising on the right side of the body.  The right temporal lobe is at 0.48 and within normal range.  The left temporal lobe is at 0.41, just within the normal range for someone of this age, despite the relatively good numbers for the splenium of the corpus callosum.  The right uncinate fasciculus measures at 0.54 and the left uncinate fasciculus measures at 0.33. The right to left difference is not statistically significant because of  variability of the left side. The right arcuate fasciculus is at 0.28 and the left arcuate fasciculus is at 0.28.  These are both low numbers and would be consistent with problems with conversational speech affecting primarily prosody or flow of speech as to the right side and more general conversational speech functions as to the left side in this right-handed individual.  The right hippocampal cingulum is at 0.32, and that is moderately low.  The left hippocampal cingulum is at 0.29, which is also moderately low. The right to left difference is not statistically significant.  Overall, these are moderately low numbers and may reflect problems with attention.  The right fimbria of the fornix and stria terminalis is at 0.60, within the normal range.  The left fimbria of the fornix and stria terminalis is at 0.49, within the normal range.  The anterior fornix in the area of the pillars is at 0.37.  The posterior fornix at the level of the crus is at 0.24. Particularly for the posterior

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

fornix this is a low number and the anterior to posterior difference is statistically significant and this would be expected to have effects of impairment of new memory formation. The right middle cerebellar peduncle measures at 0.60 and the left middle cerebellar peduncle is at 0.77. This is a low number for the right middle cerebellar peduncle and the right to left difference is statistically significant. Impairment for the right middle cerebellar peduncle would be expected to have the effects of some vertigo, problems with balance, sometimes some auditory processing and smooth pursuit motions problems. The right medial lemniscus is at 0.52. The left medial lemniscus is at 0.42. The right to left difference is not statistically significant. Overall, these are moderately low numbers. The medial lemniscus is a general sensory tract and may reflect impairment in the mid-brain area because of this location of abnormality. These would impact functions such as eye movement, convergence, and the underlying symptoms such as photophobia.

**<u>FRACTIONAL ANISOTROPY IMPRESSION</u>: Low numbers for the frontal lobe bilaterally, at the stem of the white matter base for the superior, middle and inferior frontal gyri with expected effects of impairment as to multistep planning, map-based planning and emotional control release functions. Low number for the left parietal lobe in the area of the angular gyrus with expected effects on this right-handed individual for problems with word finding and calculation ability. Losses in the left occipital lobe which impair processing of visual information arising on the right side of the body. Low numbers for the uncinate fasciculus and inferior frontal occipital fasciculus may reflect impairments such as flattening of affect and loss of emotional drive and impairment of some visual recognition phenomena. However, given the variability, it is not clearly statistically significant as to the contralateral side. The arcuate fasciculus bilaterally with low numbers which will affect aspects of conversational speech. Low numbers for the hippocampal cingulum which will have expected effects on attention. Low numbers for the posterior fornix with expected problems with new memory formation. Low number for the right middle cerebellar peduncle with expected effects such as vertigo, balance problems, impairment of smooth pursuit motions and some types of auditory processing. A somewhat low number for the left medial lemniscus which would expect to be associated with some midbrain function impairment such as problems with eye movement, pupillary accommodation, convergence and may be associated with symptoms such as photophobia. Overall, these findings demonstrate multiple appearance with effects on cognition, emotional behavior and neurologic functions. The degree of abnormality appreciated in the images would be consistent with clinically significant symptoms. The locations and types of injury are consistent with the mechanics of the trauma as described.**

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

**FA Measurements and Statistical Calculations:**

These images demonstrate data collection and analysis in addition to the measured VOI's for the medial lemniscus and the full data set. A full set of VOI measures appears in the image DICOM data file.

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504





www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

## Voi statistics

| VOI | Series | Mean | StDev | Min | Max | Volume (mm^3) |
|-----|--------|------|-------|-----|-----|---------------|
| Splenium C | Axial | 168.7 | 8.979 | 156 | 184 | 96.47 |
| Genu CC | Axial | 174 | 5.215 | 167 | 181 | 36.87 |
| R Corona r | Axial | 132.2 | 6.459 | 123 | 142 | 117.5 |
| L Corona ra | Axial | 122.4 | 2.066 | 118 | 124 | 72.6 |
| R Superior | Axial | 117.1 | 8.544 | 102 | 127 | 92.98 |
| L Superior | Axial | 109.3 | 11.96 | 94 | 131 | 129.9 |
| R Parietal L | Axial | 120.8 | 7.581 | 108 | 135 | 115 |
| L Parietal L | Axial | 113.1 | 5.154 | 102 | 121 | 166.2 |
| R Occipital | Axial | 144.6 | 5.457 | 137 | 152 | 71.39 |
| L Occipital | Axial | 124.3 | 16.5 | 108 | 160 | 81.62 |
| R Temporal | Axial | 142.6 | 7.648 | 129 | 150 | 110.1 |
| L Temporal | Axial | 111.4 | 11.57 | 95 | 129 | 81.62 |
| R Uncinate | Axial | 135.9 | 5.54 | 125 | 143 | 76.5 |
| L Uncinate | Axial | 109.7 | 8.062 | 98 | 122 | 101.4 |
| R Arcuate F | Axial | 97.5 | 2.345 | 96 | 102 | 120.5 |
| L Arcuate F | Axial | 117 | 12.84 | 98 | 135 | 98.48 |
| R Hippocam | Axial | 112.9 | 6.342 | 103 | 126 | 144.7 |
| L Hippocam | Axial | 111.1 | 5.092 | 102 | 120 | 108.1 |
| R Fimbria F | Axial | 138 | 15.32 | 114 | 156 | 73.25 |
| L Fimbria Fr | Axial | 126.5 | 27.09 | 85 | 180 | 117.9 |
| Ant Fornix | Axial | 251.1 | 36.93 | 206 | 322 | 57.56 |
| Post Fornix | Axial | 282.3 | 59.58 | 200 | 363 | 82 |
| R Mid Cerel | Axial | 120 | 11.37 | 105 | 134 | 88.36 |
| L Mid Cere | Axial | 131.6 | 6.762 | 125 | 143 | 78.16 |
| R Medial Ce | Axial | 166.5 | 12.7 | 145 | 184 | 117.2 |
| L Medial Ce | Axial | 189.7 | 20.12 | 142 | 210 | 1699 |

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

## Voi statistics

| VOI | Series | Mean | StDev | Min | Max | Volume (mm^3) |
|---|---|---|---|---|---|---|
| Splenium C | FA | 0.7844 | 0.07784 | 0.664 | 0.923 | 96.47 |
| Genu CC | FA | 0.8063 | 0.02488 | 0.775 | 0.836 | 36.87 |
| R Corona r: | FA | 0.6756 | 0.08229 | 0.519 | 0.796 | 117.5 |
| L Corona r: | FA | 0.7593 | 0.02573 | 0.709 | 0.79 | 72.6 |
| R Superior | FA | 0.2178 | 0.02771 | 0.168 | 0.261 | 92.98 |
| L Superior | FA | 0.3181 | 0.07297 | 0.147 | 0.397 | 129.9 |
| R Parietal L | FA | 0.4594 | 0.05188 | 0.353 | 0.52 | 115 |
| L Parietal L | FA | 0.3395 | 0.05547 | 0.232 | 0.41 | 166.2 |
| R Occipital | FA | 0.5223 | 0.04209 | 0.453 | 0.575 | 71.39 |
| L Occipital | FA | 0.3576 | 0.06931 | 0.256 | 0.49 | 81.62 |
| R Temporal | FA | 0.477 | 0.01883 | 0.444 | 0.507 | 110.1 |
| L Temporal | FA | 0.414 | 0.148 | 0.213 | 0.599 | 81.62 |
| R Uncinate | FA | 0.5383 | 0.04432 | 0.471 | 0.618 | 76.5 |
| L Uncinate | FA | 0.3296 | 0.1252 | 0.14 | 0.477 | 101.4 |
| R Arcuate F | FA | 0.284 | 0.06804 | 0.185 | 0.365 | 120.5 |
| L Arcuate F | FA | 0.2761 | 0.03146 | 0.207 | 0.315 | 98.48 |
| R Hippocan | FA | 0.3214 | 0.0713 | 0.209 | 0.424 | 144.7 |
| L Hippocam | FA | 0.2888 | 0.072 | 0.148 | 0.394 | 108.1 |
| R Fimbria F | FA | 0.6039 | 0.04842 | 0.527 | 0.659 | 73.25 |
| L Fimbria F | FA | 0.4939 | 0.07688 | 0.35 | 0.595 | 117.9 |
| Ant Fornix | FA | 0.3707 | 0.07296 | 0.276 | 0.476 | 57.56 |
| Post Fornix | FA | 0.2384 | 0.04371 | 0.177 | 0.294 | 82 |
| R Mid Cerel | FA | 0.6042 | 0.05796 | 0.524 | 0.67 | 88.36 |
| L Mid Ceret | FA | 0.7738 | 0.03675 | 0.717 | 0.819 | 78.16 |
| R Medial Le | FA | 0.5238 | 0.07205 | 0.368 | 0.61 | 117.2 |
| L Medial Le | FA | 0.4193 | 0.105 | 0.195 | 0.537 | 109.9 |

**Histogram**    ADC

**Intensity curves**    AX DWI_30 (split)

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504





www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504





www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



**Routine Brain and SWI MRI FINDINGS:** These images demonstrate the brain anatomy at 3-Tesla and using a number of image sequences and image planes. The brain images are obtained in coronal, axial, and sagittal planes and include the following the coronal T2 MP GRE HEMO and or SWI (SWAN) sequence for micro bleeds, sagittal T2 FLAIR, axial T2 FLAIR, axial T2, axial T1 MP RAGE, coronal T2 FLAIR FS, as well as a variety of analytical evaluations including susceptibility-weighted imaging (SWI) and maximum intensity projection SWI in the coronal plane. Susceptibility weighted imaging accentuates the effect of elemental iron deposited in a brain location by bleeding or "micro-hemorrhages" in the past.

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

IMAGE FINDINGS:  The routine brain imaging shows generally normal gyral-to-sulcal proportions for age and just some very slight generalized atrophy.  The ventricles are generally normal in size, shape and position, with just some slight dilatation, particularly in the posterior occipital horn on the left side, which may reflect some tissue loss such as an atrophy process, perhaps possibly prior stroke or congenital right to left difference.  The cerebellar tonsils are normal in position.  The pineal region generally is normal. The FLAIR imaging demonstrates extensive FLAIR abnormalities which are expected for age.  These are of unclear clinical significance.  They are distributed bilaterally through posterior parietal lobe, occipital, and frontal lobes.  These may reflect microvascular abnormalities, infectious abnormalities, they can reflect trauma.  The general and diffuse distribution tends to suggest chronic, perhaps asymptomatic basis.  The clinical significance is unclear. The susceptibility-weighted imaging does not demonstrate any clear areas of microhemorrhage. There is no mass effect or midline shift. There are no extra axial collections of fluid or blood. The sella and parasellar regions are normal. The posterior fossa is normal. The mastoid cells are clear. The sinuses and orbits are normal.

**IMPRESSION and OVERALL IMPRESSION:  Overall impression is generally normal routine brain imaging with some expansion of the left occipital horn of the lateral ventricle which may reflect some prior volume loss.  Extensive FLAIR abnormalities of unclear clinical significance, not specifically related in location to the areas of fractional anisotropy losses.  The fractional anisotropy analysis and the tractographic analysis both demonstrate problems in the frontal lobe associated with the white matter stem of the superior, middle and inferior frontal gyri with expected effects of impairment of multistep planning, map-based planning and emotional control release functions.  Both demonstrate problems in the angular gyrus in the left parietal lobe which for this right-handed individual would be expected to have the effect of impairment of word finding and calculation ability.  Losses appreciated both in both evaluations with regard to the arcuate fasciculus which can affect prosody or flow of speech as well as the other aspects of speech processing.  There are losses in the fornix which would be expected to have the effect of impairment of new memory formation. The tractographic analysis additionally demonstrates problems bilaterally in the supra-callosal cingulum which would have the expected effects of increased anxiety and depression.  The fractional anisotropy analysis additionally demonstrates some low numbers for the occipital lobe on the left which may reflect impairment of processing of visual information arising on the right side of the body.  Some low numbers for the left uncinate fasciculus and inferior frontal occipital fasciculus, not quite statistically significant, but may reflect problems such as flattening of affect and loss of emotional drive and some types of visual recognition phenomena.  There are low numbers in the left hippocampal cingulum and to a lesser extent in the right hippocampal cingulum which may reflect problems with attention, and some low numbers on the medial lemniscus, particularly on the left side, which may reflect impairments associated with the midbrain such as difficulties with pupillary accommodation, eye movement, convergence, and possible associated with symptoms such as photophobia.  Overall, these findings demonstrate**

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

multiple abnormalities which would be expected to have effects on cognition, emotional behavior and neurologic functions as detailed above. The severity of the abnormalities appreciated in the imaging would be expected to have clinically significant symptoms. The locations and types of injury are consistent with the mechanics of the trauma as described.

Signed:



Aaron Filler, MD, PhD
Neurography Institute Medical Associates

Diplomate, American Board
of Neurological Surgery

Fellow of the Royal College of
Surgeons of England

Fellow of the Intercollegiate Board in
Surgical Neurology of England,
Ireland, Edinburgh & Glasgow

Fellowship in Complex Spinal Surgery
- UCLA

Fellowship in Peripheral Nerve
Surgery-
LSU

Director, Institute for Nerve

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

Medicine, Santa Monica, CA


Director, Center for Advanced
Spinal Neurosurgery, Santa
Monica, CA



**NATIONAL BRAIN INJURY INSTITUTE**

®*America's Leader in the Diagnosis & Treatment of Traumatic Brain Injury*

# Curriculum Vitae

June 25, 2020

## Aaron G. Filler, MD, PhD, FRCS, JD

President (2015-16) & General Counsel - Society for Brain Mapping and Therapeutics
Diplomate, American Board of Neurological Surgery
Fellow of the Royal College of Surgeons of England
Fellow of the Intercollegiate Board in Surgical Neurology of England, Ireland,
    Edinburgh & Glasgow
Fellowship in Complex Spinal Surgery - UCLA
Fellowship in Peripheral Nerve Surgery - Louisiana State University, New Orleans, LA
Fellowship in Neuroimaging - University of London
Director, Institute for Nerve Medicine, Santa Monica, CA
Director, Center for Advanced Spinal Neurosurgery, Santa Monica, CA
Medical Director, Neurography Institute, Santa Monica, CA
Section Editor for Peripheral Nerve,
            Youmans & Winn Textbook of Neurological Surgery
Lieutenant Colonel, US Army Reserve, Medical Corps, Retired
Commander, 1466th Med Team, Neurosurgery, United States Army Reserve, Retired
Course founder: Biomechanics & Comparative Primate Anatomy, Harvard University
Joint Guidelines Committee, American Association of Neurological Surgeons &
            Congress of Neurological Surgeons – Washington Committee
Guidelines Committee, Disorders of Spine & Peripheral Nerve Section - AANS & CNS
Spinal Fusion Guidelines Reviewer - American Association of Neurological Surgery &
            Congress of Neurological Surgery – Washington Committee (2013)
Course Director - Billing and Coding: Medicine and Law
            - American Society for Peripheral Nerve 2013-2014
Course Faculty - Peripheral Nerve Surgical Anatomy and Dissection Course for
            for Neurosurgery Senior Residents (2014)
            Neuroscience Research and Education Fund, AANS, Baltimore, MD
Cedars Sinai Medical Staff, Continuing Education Committee Member (2014 to 2016)
State Bar of California No. 302956, President - Tensor Law, P.C.

## Office Address

California:
    Institute for Nerve Medicine
    900 Wilshire Blvd., Suite 310
    Santa Monica, CA 90405           E-Mail:   afiller@nervemed.com
        Phone: (310) 314-6410        Web:      www.nervemed.com
        Fax: (310) 314-2414          Web:      www.backpain-guide.com

## Date of Birth

October 21, 1956

## Place of Birth

Washington, D.C.

Aaron G. Filler                                                                    June 25, 2020

## Education

High School                  Walt Whitman H.S., Bethesda, MD     (9/71 – 6/74)

BA '77 with honors           University of Chicago, Chicago, IL     (9/74 – 6/77)
                                 Date of Diploma: June 20, 1977

MA '79                       University of Chicago, Chicago, IL     (9/77 – 6/79)
                                 Date of Diploma: December 17, 1979

MD '86                       University of Chicago, Chicago, IL
                                                         (9/77 – 6/79 & 6/84 – 6/86)
                                 Date of Diploma: June 13, 1986

PhD '86                      Harvard University, Cambridge, MA     (8/79 – 6/86)
                                 Date of Diploma: June 5, 1986

Neurosurgical Residency      University of Washington, Seattle, WA (6/86-6/94)

FRCS (SN) '94                 Intercollegiate Board in Surgical Neurology
                                 Royal Colleges of Surgeons,
                                 England, Glasgow, Edinburgh, and Ireland

FRCS '07                     Fellow of the Royal College of Surgeons of England

JD '14                       Concord Law School, Kaplan University (9/10-12/14)
                                 Date of Diploma: January 2, 2015

## Post-Graduate Medical Education

6/86 – 6/94       Neurosurgical Residency
                          Department of Neurological Surgery
                          University of Washington, Seattle, WA
                                  General Surgery Rotating Internship        (6/86-6/87)
                                  Neurosurgical Resident & Chief Resident     (7/87-6/94)
                                      Univ. of Washington Hospitals and Clinics
                                      Harborview Medical Center, Seattle, WA
                                      Seattle Veterans Administration Hospital
                                      Children's Hospital Medical Center, Seattle, WA
                                      Atkinson Morley's Hospital, London, U.K. &
                                      St. George's Hospital Med School, London, UK
                                          Including 18 months MRI Basic Science
                                          & Research 12/90 to 5/92

6/94 – 6/95       Wellcome Trust Clinical Fellow in Magnetic Resonance Nerve Imaging
                          CRC Magnetic Resonance Research Group
                          Div. of Biochemistry, St. George's Hosp. Med. School,
                          & Departments of Neurosurgery and Neuroradiology

Aaron G. Filler                                                                                     June 25, 2020

Atkinson Morley's Hospital, London, U.K.

| | |
|---|---|
| 7/95 – 6/96 | Spine Fellow |
| | Professors Ulrich Batzdorf, J. Patrick Johnson, Duncan McBride |
| | Complex Spine Reconstruction and Syringomyelia |
| | Division of Neurosurgery |
| | University of California Los Angeles |
| | UCLA Medical Center, Los Angeles, CA |
| | |
| 3/96 – 6/96 | Peripheral Nerve Fellow |
| | Professor David Kline |
| | Department of Neurosurgery |
| | Louisiana State University |
| | New Orleans, LA |

## Legal Education

| | |
|---|---|
| 2/2015 | California Bar Exam 2/24/15 - 2/26/15 |
| | - passed at first opportunity |
| | |
| 9/7/2010 –12/2014 | JD - Concord Law School (12/12/14) |
| | Los Angeles, California |
| | Date of Diploma 1/3/15 |
| | |
| 10/2011 | FYLSE – State Bar of California (October 25, 2011) |
| | First Year Law Students Examination |
| | – passed exam at first opportunity |
| | |
| 11/2013 | MPRE - Multistate Professional Responsibility Exam |
| | - passed exam at first opportunity |
| | |
| 11/2013 - present | Certified Law Student - California Sate Bar |
| | PTLS - Practical Training of Law Students |
| | California Rules of Court 9.42 |
| | Certification #: 34114 |
| | |
| 9/2010 – present | California Bar Association |
| | Student File # 403403 |

Serving All 50 States  *  866-983-3167  *  Nationalbii.com

Aaron G. Filler                                                    June 25, 2020

## Academic and Faculty Positions

| | |
|---|---|
| 2008 - 2009 | Section Editor - Peripheral Nerve Surgery - Youman's<br>Textbook of Neurological Surgery, 6th Edition<br>Elsevier. (in press). Richard Winn, Editor in Chief |
| 2005 - 2008 | Director, Peripheral Nerve Surgery Program<br>Cedars Sinai Medical Center &<br>Neurosurgical Residency Program<br>Cedars Sinai Medical Center, Los Angeles, CA |
| 2001 - 2005 | Director, Peripheral Nerve Surgery Program<br>Century City Hospital, Los Angeles, CA |
| 1996 - 2001 | Assistant Professor of Neurosurgery, UCLA<br>Co-Director, UCLA Peripheral Nerve Surgery Program<br>Co-Director, UCLA Interventional MRI Program<br>Director, UCLA Pediatric & Obstetric Brachial Plexus<br>Injury Program<br>Associate, Comprehensive Spine Program<br>Faculty, Neurosurgical Spine Surgery Fellowship Prog.<br>Division of Neurosurgery<br>UCLA Medical Center<br>Los Angeles, CA |
| 1995 - 2001 | Clinical Assistant Professor<br>Department of Neurological Surgery<br>University of Washington, Seattle |
| 2000 | Faculty, Review Course for Board Certification<br>American Association of Neurological Surgeons |
| 1995 - 1996 | Clinical Instructor<br>Division of Neurosurgery<br>UCLA Medical Center |
| 1994 - 1995 | Wellcome Trust Lecturer<br>Division of Clinical Neuroscience<br>& Division of Biochemistry<br>St. George's Hospital Medical School<br>University of London, London, U.K. |
| 1992 - 1994 | Acting Instructor in Neurological Surgery<br>Department of Neurological Surgery<br>University of Washington, Seattle |

Serving All 50 States * 866-983-3167 * Nationalbii.com

Aaron G. Filler                                                                    June 25, 2020

| | |
|---|---|
| 1991 - 1992 | Clinical Lecturer - NeuroImaging<br>Division of Biochemistry &<br>Clinical Neuroscience Unit<br>St. George's Hospital Medical School |
| 1990 - 1991 | Visiting Research Fellow<br>Division of Biochemistry<br>Department of Cell & Molecular Science<br>St. George's Hospital Medical School<br>London, U.K. |
| 1980 - 1983 | Research Advisor for Undergraduates<br>Biological Anthropology<br>Harvard University |
| 1980 - 1982 | Special Lecturer<br>- Biomechanics & Comparative Primate Anatomy<br>- Laboratory Methods Course<br>Biological Anthropology<br>Harvard University |
| 1979 - 1983 | Teaching Fellow<br>- General Ed., Biology & Biological Anthropology<br>Harvard University<br>Cambridge, MA |
| 1977 - 1978 | Research Fellow,<br>Department of Anatomy,<br>University of Chicago |

## Research Support

| | |
|---|---|
| June '77 - August '77 | University of Chicago School of Medicine,<br>Medical Student Research Stipend<br>Department of Anatomy, University of Chicago<br>"Morphometric Analysis of Macropodid Skulls" |
| Feb. '81 - Feb. '84 | NIH PHS Musculo-Skeletal Training Grant<br>Department of Biology, Harvard University<br>NIH PHS #5 T32 GM07117-09 0011<br>"Evolution of the Mammalian Spine" |
| Feb. '88 - Sept. '88 | NIH Neurosurgery Training Grant<br>Dept. of Neurol. Surg., Univ. of Washington Seattle<br>5T32 NS-07144-09<br>"Imaging of Axonal Transport" |

Serving All 50 States * 866-983-3167 * Nationalbii.com

Aaron G. Filler                                                                June 25, 2020

| | |
|---|---|
| Jan. '91 - May '92 | Neurosciences Research Foundation<br>Atkinson Morley's Hospital,<br>Harrison Clinical Lectureship<br>Division of Clinical Neuroscience,<br>St. George's Hosp. Med. School, Univ. of London<br>"MR Imaging of Axonal Transport" ($80,000) |
| Oct. '91 - May '92 | Nycomed Imaging, AS, Oslo, Norway<br>  - Academic Investigator Support<br>Div. of Biochemistry,<br>St. George's Hospital Medical School, University of<br>London. Principle Investigator. " Axonal Transport of<br>Ferrite MR Contrast Agents" ($25,000) |
| May '94 - June '95 | Wellcome Trust Clinical Fellowship<br>Division of Clinical Neuroscience<br>& Division of Biochemistry<br>St. George's Hospital Med. School, Univ. of London<br>"MR Imaging of Neural Tracts" ($75,000) |
| July '95 - June '96 | UCLA Department of Radiological Sciences<br>Pilot Assessment of MR Neurography for Cervical and<br>Lumbar Spinal Imaging |
| Sept. '97 - Nov. '97 | Nycomed Imaging, AS, Oslo, Norway - Black blood<br>contrast agents for enhancement of Neurography -<br>pilot study. ($10,000) |
| Jan. '98 - June '99 | U.K. Dept of Trade and Industry - SynGenix LTD,<br>Targeted Drug Delivery to the CNS. ($100,000) |
| Jan. '99 - Dec. '01 | SynGenix LTD<br>Axonal Transport for Drug Delivery ($1.3 million) |
| Sept. '01 - Sept. '03 | SynGenix LTD<br>Axonal Transport for Drug Delivery ($8 million) |

## Academic Meeting Session Chairman

| | |
|---|---|
| 3/20/2010 | Filler AG. MRI Imaging. 2nd Chongqing International<br>Clinical Neuroscience Forum & International<br>NeuroDrug Conference, Chongqing,<br>People's Republic of China,<br>2010重庆国际神经病学论坛 |

Aaron G. Filler                                                      June 25, 2020

| | |
|---|---|
| 6/25/2010 | Filler AG. MRI Imaging. NeuroTalk BIT 1st Annual Congress, Singapore. June 25, 2010. |
| 3/15/2012 | Filler AG. Neuroscience Imaging. International Neuroscience Conference – Omori Medical Center, Toho University, Tokyo, Japan, 東邦大学医療センター大森病院 |
| 5/14/2013 | Filler AG. Multi-modality Imaging. Society for Brain Mapping & Therapeutics, 10th Annual World Congress. Baltimore Convention Center, Baltimore, MD |
| 1/11/2014 | Filler AG and Malessy MJ. General Scientific Session. American Society for Peripheral Nerve, Maui, Hawaii |
| 1/12/2014 | Filler AG. Medical and Legal Aspects of Coding and Billing for Peripheral Nerve Surgery. American Society for Peripheral Nerve, Maui, Hawaii |
| 3/7/2015 | Filler AG. Peripheral Nerve Session I Society for Brain Mapping and Therapeutics, Los Angeles Convention Center, Los Angeles, California |
| 4/8/2016 | Filler AG. Policy, Ethics and the Law in Neuroscience: Society for Brain Mapping and Therapeutics, Miami Florida. |

## Medical & Board Certifications

| | |
|---|---|
| 1987 | Diplomate National Board of Medical Examiners of U.S.A. NBME # 214994 |
| 1994 | Diplomate American Board of Neurological Surgeons, Primary Exam for Board Eligibility |
| 1994 | Diplomate Neurological Surgery Residency Training Department of Neurological Surgery University of Washington, Seattle, WA |

Serving All 50 States * 866-983-3167 * Nationalbii.com

Aaron G. Filler                                                      June 25, 2020

1994                        Diplomate
                            Intercollegiate Board in Surgical Neurology
                                of the Royal Colleges of Surgeons of
                                    Edinburgh, Glasgow, England, and Ireland.
                                    (equivalent to FRCS {SN})

1999                        Diplomate
                            American Board of Neurological Surgeons,
                                Oral Exam for Board Certification
                                ABNS Cert. #99073, 11/17/99 to 12/31/2009
                                Recertification #17043, expiration 12/31/2019

**Medical Licensure**
                        California State
                            Physician & Surgeon G81778 7/
                            1995 - current

                        California State
                            Fluoroscopy Supervisor and Operator: RHC 145535
                            11/1998 - current

                        Florida
                            Medical License #: ME 118548
                            1/17/14 - current

                        Indiana
                            License #: 01070287A
                            9/29/2011 to current

                        Massachusetts
                            License #:245500
                            4/4/2012 to current

                        Michigan
                            Medical Doctor #:4301104352
                            12/3/2013 to current

                        New York State
                            License # - 254556
                            8/19/2009 to current

                        Nebraska
                            License # 26935
                            8/24/2012 to current

                        Ohio
                            License #: 35098599
                            2/5/2012 to current

-8-

Aaron G. Filler                                                                                      June 25, 2020

Pennsylvania State
    Medical Physician & Surgeon MD423086
      10/03 – current

Utah State
    Medical License 5267292-1205
      1/27/2004 to 1/31/2006

Virginia
    Medicine & Surgery License #0101252705
      9/6/12 to current

Washington State
    Physician and Surgeon License #MD00025619
    6/30/88 - 10/21/06

U.K. General Medical Council
    Medical Practitioner Limited Registration: 89/1233
      12/89 - 5/95

U.K. General Medical Council
    Medical Practitioner Full Registration: 4439398
      7/97 - current

DEA: BF0683777
      6/88 – current

**Bar Admissions**

State Bar of California
    Bar Membership # 302956
    May 18, 2015

Federal District Court,
    Central District of California
    June 17, 2015

Court of Appeals for the Federal Circuit
    July 7, 2015

Court of Federal Claims
    January 30, 2019

Serving All 50 States * 866-983-3167 * Nationalbii.com

Aaron G. Filler                                                  June 25, 2020

## Advanced Cardiac Life Support Certification

3/06 - present                      Advanced Cardiovascular Life Support (ACLS)

3/06 - present                      Basic Life Support (BLS)

2/13 - present                      Pediatric Advanced Life Support (PALS)

## Medical Staff Privileges

6/94 – 6/96                      University of Washington Medical Center, Seattle, WA

6/94 – 6/96                      Harborview Medical Center, Seattle, WA

6/96 – 6/97                      Madigan Army Medical Center, Seattle, WA

6/96 – 6/97                      Olive View-UCLA Medical Center, Los Angeles, CA

7/96 – 7/09                      UCLA Medical Center, Los Angeles, CA

5/01 – 7/05                      Century City Hospital, Los Angeles, CA

1/04 – present                      Midway/Olympia Hospital Med Center, Los Angeles, CA

7/01 - present                      Cedars Sinai Medical Center, Beverly Hills, CA

10/03 – present                      St. John's Health Center, Santa Monica, CA

## Membership in Professional Societies

Society for Brain Mapping & Therapeutics

International Society for Magnetic Resonance in Medicine

Society for Neuroscience

Los Angeles County Medical Association

California Medical Association

American Medical Association

American Association for the Advancement of Science

North American Spine Society

Serving All 50 States * 866-983-3167 * Nationalbii.com

Aaron G. Filler                                                          June 25, 2020

American Association of Neurological Surgeons

Congress of Neurological Surgeons

Joint Section for Peripheral Nerve & Spine of the
    AANS and CNS

Society of British Neurological Surgeons

## Visiting Professorships

University of London
    Atkinson Morley's Hospital
    St. George's Hospital Medical School
    Department of Neurosurgery
    London, England, U.K. 10/21/97

Harvard University
    Beth Israel/Deaconess Hospital
    Harvard Medical School
    Department of Anesthesia
    Cambridge, Massachusetts 11/2/99 –11/3/99

## Academic Honors and Awards

Pioneer in Medicine Award (2016) for invention of
    Diffusion Tensor Imaging (DTI)
    Society for Brain Mapping & Therapeutics

SMART Award. UK Department of Trade and Industry
    Highly competitive national award in UK for
    technology in SynGenix LTD  (1997)

Wellcome Trust Clinical Fellowship
    (5/94) Division of Clinical Neuroscience
    & Division of Biochemistry
    St. George's Hospital Medical School
    University of London

Harrison Clinical Lecturer in Neuroscience
    (1/91-5/92) Division of Clinical Neuroscience
    St. George's Hospital Medical School
    University of London

Serving All 50 States  *  866-983-3167  *  Nationalbii.com

Aaron G. Filler                                                                                            June 25, 2020

NIH PHS Musculo-Skeletal Training Grant
(2/81-2/84) Department of Biology,
Harvard University

Faculty Search Committee,
Department of Anthropology,
Harvard University (9/82-9/83)

Bachelors Degree with Honors, (1977)
University of Chicago

Howell Murray Award, (1977)
University of Chicago

## Technical Course Certifications

Midas Rex Bone Dissection 4/93 - current

Oratec Intradiscal Electrothermal Therapy 12/98 - current

## Academic Symposia

11/98                        Fifth Workshop on Obstetric Brachial Plexus Lesions
Atrium MC, Heerlen, Netherlands

## Editorial Appointments

7/08 – present               Youmans Neurological Surgery
Section Editor – Peripheral Nerve

## Peer Scientist Reviewer for Academic Journals

3/95 - present               JMRI, (Journal of Magnetic Resonance Imaging)

9/04 – present               Journal of Human Evolution, Harvard University

10/06 - present              Neuroradiology

Serving All 50 States * 866-983-3167 * Nationalbii.com

Aaron G. Filler                                                    June 25, 2020

| 4/07 – present | Journal of Neuroimaging |
| 6/09 – preset | NeuroImage |
| 7/09 - present | Clinical Anatomy |
| 4/10 – present | PLOS One |
| 9/10 - present | Journal of Neurological Sciences |
| 11/10 - present | Neurosurgery |

## University Committees

| 9/82 - 9/83 | Faculty Search Committee, Department of Anthropology, Harvard University |
| 2004 | Examiner for Doctoral Thesis School of Medicine University of London |

## Consultant Appointments

| 11/97 – 11/98 | General Electric Medical Systems IntraOperative MRI Medical Advisory Board |

## Business Positions

| 7/15 – present | Managing Partner Tensor Law, P.C. 2716 Ocean Park Blvd., #3082 Santa Monica, CA 90405 Phone: 310 450-9689 www.tensorlaw.com |
| 11/93 – 3/04 | Co-Chief Scientific Officer, Director, & Co-Founder SynGenix Ltd. (English Reg. # 2740120) Babraham Hall Babraham Cambridge, CB2 4AT, UK Phone: (011 44 1223) 496-093 Fax:   (011 44 1223) 496-018 |

-13-

Aaron G. Filler                                                          June 25, 2020

1/04 – present            CEO and Co-Founder, Director
                          Molecular Synthetics Inc.
                          2716 Ocean Park Blvd., Suite 3082
                          Santa Monica, CA 90405
                          Phone 310 314-6410
                          Fax:   310 314-2414
                          Babraham, Cambridge, UK Office
                          Phone: (011 44 1223) 496-121
                          www.molecularsynthetic.com

12/98 - present           CEO and Co-Founder, Director
                          NeuroGrafix, Inc.
                          2716 Ocean Park Blvd., Ste. 3035
                          Santa Monica, CA 90405
                          Phone: (310) 664-3944
                          Fax: (310) 664-3949
                          www.neurography.com

4/2008 – 10/2008          Host – The Pain Free Hour – CBS Radio/KLSX
                          with Kerri Kasem and Shirlee Jackson


## Event Management

9/75 - 6/78               Chairman and Founder: Major Activities Board
                          University of Chicago
                          Booking, marketing and staging for concerts

9/77 - 4/78               Chairman: Festival of the Arts
                          University of Chicago
                          Booking, marketing, scheduling, advertising

9/73 - 9/74               International Vice President
                          United Synagogue Youth
                          Convention Planning, Budget Planning

9/73 - 4/74               Chairman: Conference on American Civilization
                          National Association of Student Councils
                          Booking, scheduling, supervision of committee staffs

-14-

Aaron G. Filler                                                        June 25, 2020

## Non-Technical Writing

9/75 - 6/77                 *Chicago Maroon* (University of Chicago)
                            General reporting

6/77 - 10/79                *Chicago Reader*
                            Freelance feature writer

## Technical Theater Experience

3/74 - 5/74                 Stage Manager
                            Walt Whitman High School Talent Show

6/75 - 9/75                 Technical Lighting and Construction Assistant
                            Court Theatre, Chicago

9/75 - 6/78                 Technical Manager, Stage Manager, Director
                            University Theatre, University of Chicago

1/75 - 6/78                 Technical Manager, Stage Manager, Director
                            Blackfriars, University of Chicago

## Athletic Leadership

9/73 - 6/74                 Co-Team Captain
                            Walt Whitman High School Track and Field Team

9/73 - 6/74                 Varsity Letterman
                            Cross Country Team, Walt Whitman High School
                            Track and Field Team, Walt Whitman High School

11/10 - 6/11                Referee Coordinator
                            AYSO Pacific Palisades All Stars Soccer

## Military Service

7/94 - 2/97                 Commander
                            1466th Med. Detachment, Neurosurgery
                              and Major, Medical Corps
                            United States Army Reserve
                            Fort Lawton, Bldg. S-544
                            Seattle, WA  98199
                            Phone: 206 281-3081, Fax: 206 281-3499

Serving All 50 States  *  866-983-3167  *  Nationalbii.com

Aaron G. Filler                                                                 June 25, 2020

| | |
|---|---|
| 3/97 - 08/01 | Major, United States Army Reserve, Medical Corps Independent Ready Reserve |
| 08/01 – 10/02 | Lieutenant Colonel, United States Army Reserve, Medical Corps Independent Ready Reserve |
| 10/02 – present | Lieutenant Colonel, United States Army Reserve, Medical Corps, Retired. |

**Serving All 50 States  *  866-983-3167  *  Nationalbii.com**

## Publications

<u>Published Articles</u>

Filler AG, Bell BA. Axonal transport and nerve compression. *Brit. J. Neurosurg.* 6:(4) 293-295 (1992).
(PMID: 1382450)

Howe FA, Filler AG, Bell BA, Griffiths JR. Magnetic resonance neurography. *Magn. Reson. Med.* 28: 328-338 (1992).
(PMID: 1461131)

Filler AG, Howe FA, Hayes CE, Kliot M, Winn HR, Bell BA, Griffiths JR, Tsuruda JS. Magnetic resonance neurography. *Lancet* 341:659-661 (1993).
(PMID: 8095572)

Filler AG. Reverse transcriptase microassay. *Matrix Application Notes, Packard Instrument Company*. PAN0035/MAN-016:1-8 (1993).

Filler AG. Axonal transport and MRI: prospects for contrast agent development. *JMRI* 4:259-267 (1994).
(PMID: 7520308)

Howe FA, Saunders D, Filler AG, McLean MA, Heron C, Brown MM, Griffiths JR. Magnetic resonance neurography of the median nerve. *Brit. J. Radiol.* 67:1169-1172 (1994).
(PMID: 7874414)

Filler AG, Britton JA, Uttley D, Marsh HT. Adult post-repair myelo-meningocoele & tethered cord syndrome: Good surgical outcome after abrupt neurological decline. *Brit. J. Neurosurg.* 9:659-666 (1995).
(PMID: 8561939)

Britz GW, Dailey AT, West GA, Kuntz C, Grant GA, Filler AG, Tsuruda JS, Goodkin R, Haynor DR, Maravilla K, Kliot M. Magnetic resonance imaging in the evaluation and treatment of peripheral nerve problems. *Perspectives in Neurosurgery* 6:53-66 (1995).

Dailey AT, Tsuruda JS, Goodkin R, Haynor DR, Filler AG, Hayes CE, Kliot M. Magnetic resonance neurography for cervical radiculopathy: a preliminary report. *Neurosurgery* 38:488-492 (1996).
(PMID: 8837800)

Filler AG, Kliot M, Hayes CE, Howe FA, Saunders DE, Bell BA, Winn HR, Griffiths JR, Tsuruda JS. Application of magnetic resonance neurography in the evaluation of patients with peripheral nerve pathology. *Journal of Neurosurgery* 85:299-309 (1996).
(PMID: 8755760)

Kuntz C, Blake L, Britz G, Filler A, Goodkin R, Tsuruda J, Hayes C, Maravilla K, Kliot M. Magnetic resonance neurography of peripheral nerve lesions in the lower extremity. *Neurosurgery* 39:750-757 (1996).
(PMID: 8880769)

Filler AG, Lever AML. Effects of cation substitution on reverse transcriptase and on human immunodeficiency virus production. *AIDS Research and Human Retroviruses* 13:291-299 (1997).
(PMID: 9071428)

Hayes CE, Tsuruda JS, Mathis CM, Maravilla KR, Kliot M, and Filler AG. Brachial plexus: MR imaging with a dedicated phased array surface coils. *Radiology* 203:286-289 (1997).
(PMID: 9122409)

Dailey A, Tsuruda JS, Filler AG, Maravilla K, Goodkin R, Kliot M. Magnetic resonance neurography of peripheral nerve degeneration and regeneration. *Lancet* 350: 1221-1222 (1997).
(PMID: 9652565)

Johnson, JP, Ahn SS, Choi WC, Masciopinto JE, Kim KD, Filler AG, DeSalles AAF. Thoracoscopic sympathectomy: techniques and outcomes. *Neurosurgical Focus* 4 (2): Article4 (1998).
(PMID: 17206769)

Johnson JP, Filler AG, McBride DC, Batzdorf U. Anterior cervical foraminotomy for unilateral radicular disease. *Spine* 25 (8): 905-909 (2000).
(PMID: 10767800)

Johnson JP, Filler AG, McBride DC. Endoscopic thoracic discectomy. *Neurosurg. Focus* 9(4): Article 11 (2000).
(PMID: 16833241)

Filler AG, Maravilla KR, Tsuruda JS. MR Neurography and muscle MR imaging for image diagnosis of disorders affecting the peripheral nerves and musculature. *Neurologic Clinics* 22(3):643-682, (2004).
(PMID: 15207879)

Filler AG, Haynes J, Jordan S, Prager J, Villablanca JP, Farahani K, McBride DQ, Tsuruda JS, Morisoli B, Batzdorf U, Johnson JP. Sciatica of Non-Disk Origin & Piriformis Syndrome: Diagnosis by MR Neurography and Interventional MRI with Outcome Study of Resulting Treatment. *Journal of Neurosurgery – Spine* 2:99-115 (2005).
(PMID: 15739520)

Filler AG. The emergence and optimization of upright posture among hominiform hominoids and the evolutionary pathophysiology of back pain. *Neurosurgical Focus* 23(1):E4 (2007).
(PMID: 17961059)

Aaron G. Filler                                                    June 25, 2020

Filler AG. The first recorded neurosurgical operation – An historical hypothesis: Isis, Osiris, Thoth & the origin of the djed cross spinal symbol. *Neurosurgical Focus* 23(1):E6 (2007).
(PMID: 17961051)

Filler AG. Homeotic evolution in the Mammalia: Diversification of Therian axial seriation and the morphogenetic basis of human origins. PLOS ONE 2(10): e1019, (2007).
(PMID: 17925867)

Filler AG. Diagnosis and management of pudendal nerve entrapment syndromes: Impact of MR Neurography and open MR-guided injections. Neurosurgery Quarterly 18:1-6 (2008).

Filler AG. Piriformis and related entrapment syndromes: Diagnosis and management. Neurosurgery Clinics of North America. 19:609-622, (2008).
(DOI: 10.1016/j.nec.200907.029) (PMID: 19010285)

Filler AG. Diagnosis and treatment of pudendal nerve entrapment syndrome subtypes: imaging, injections, and minimal access surgery. Neurosurg Focus 26 (2) E9: (2009).
(PMID: 19323602)

Filler AG. Minimal access nerve surgery and interventional MRI. Neurosurgery 65: (4 Suppl), pA212-A221 (2009).
(DOI: 10.1227/01.NEU.0000346253.89837.6C) (PMID: 19927071)

Filler AG. MR Neurography and Diffusion Tensor Imaging: Origins, history, & clinical impact of the first 50,000 cases with an assessment of efficacy and utility in a prospective 5,000 patient study group. Neurosurgery 65: (4 Suppl), pA29-A43 (2009).
(DOI: 10.1227/01.NEU.0000351279.78110.00) (PMID: 19927075)

Filler AG. The history, development and impact of computed imaging in neurological diagnosis and neurosurgery: CT, MRI, DTI. Internet Journal of Neurosurgery, 7:(1) (2010)
http://ispub.com/IJNS/7/1/12184

Filler AG, Lever AML, Bacon M, Munglani R, Abell C, Frederickson M, and Whiteside G. Tri-partite complex for axonal transport drug delivery achieves pharmacological effect. BMC Neuroscience 11:8 (2010).
(DOI: 10.1186/1471-2202-11-8) (PMID: 20085661)

## Granted Patents

Filler AG, Tsuruda JS, Richards TL, Howe FA. Image neurography and diffusion anisotropy imaging. PCT - US 93/02036 (filed 3/93), WO 93/18415 (1993). , *European Patent* EP0 630481 B1 issued 6/30/99. Japanese Patent #3457310 issued 8/1/03. *US Patent* #5,560,360 issued 10/1/96.
http://www.google.com/patents/US5560360

Serving All 50 States  *  866-983-3167  *  Nationalbii.com

Filler AG, Lever AML. Nucleic acid amplification using scandium and lanthanum
ions. Application: PCT - GB 92/01599 (filed 9/92), WO 93/05714 (1993).
*European Patent* EPO 601010 B1 issued 6/14/2000. *US Patent* #5,554,498
issued 9/10/96.  http://www.google.com/patents/US5554498

Filler AG, Lever AML. Particulates for antiviral therapy. Application PCT-
EP92/00021 (filed 1/4/92), WO 92/11846, priority date 1/91. *European Patent*
EP0 566590 B1 issued 3/19/97. *US Patent* #5,614,652 issued 3/25/97.
http://www.google.com/patents/US5614652

Filler AG, Howe FA. Focal neurographic MRI system. PCT - US 94/06337 (filed
6/94). *European Patent* EPO 737 319 B1, issued 4/22/98. *US Patent*
#5,706,813 issued 1/13/98.
http://www.google.com/patents/US5706813

Filler AG. Therapeutic pharmaceuticals for delivery by axonal transport. PCT -EP
91/01780 (filed 9/91), WO 92/04916 (1992). *European Patent* EPO 548157 B1
issued 5/20/1998. *US Patent* #5,948,384 issued 9/7/99.
http://www.google.com/patents/US5948384

Filler AG, Lever AML. Compositions comprising a tissue glue and therapeutic
agent. Divisional of PCT - EP 91/01780 (filed 1/91), WO 92/04916 (1992),
*European Patent* EPO 804153B1, issued 10/1/2003. (filed 12/01) US Patent
#6,919,067 issued 7/19/2005. http://www.google.com/patents/US6919067

Filler AG, Lever AML. Hydroxide-free ferrites (Ceramic particles and their
preparation). Divisional of PCT - GB 92/01703 (filed 9/92), WO 93/05815
(1993). *European Patent* EPO 640350 B1, issued 4/10/2002.
https://data.epo.org/publication-server/pdf-document?PN=EP0640350%20EP%200640350&iDocId=5279977&iepatch=.pdf

Filler AG, Lever AML. Synthetic transfection vectors. Divisional of PCT - GB
92/01703. *US Patent* # 6,153,598 issued 11/28/2000.
http://www.google.com/patents/US6153598

Filler AG. Drug Delivery via Axonal Transport. Divisional of PCT - EP 91/01780
(filed 9/91), WO 92/04916 (1992). US Patent 6,562,318, issued 5/13/2003.
http://www.google.com/patents/US6562318

Filler AG. Joint imaging system utilizing magnetic resonance imaging and
associated methods. *US Patent*# 6,560,477 issued 5/6/2003.
http://www.google.com/patents/US6560477

Filler AG. Needle Guide. US Provisional Application 60/546,664 filed 2/20/04. US
Patent Application Publication 20050187533A1. Filed 11/20/04. US 7,059,368.
Issued 6/13/2006. http://www.google.com/patents/US7059368

Serving All 50 States * 866-983-3167 * Nationalbii.com

## Patent Applications Pending

Filler AG.  Positron systems for energy storage, production and generation. USPTO Provisional Application #62/026707 (filed 7/21/2014).

Filler AG and Lever AMLL. Trivalent and Divalent Cations as Administerable Agents for Increased Processivity and Improved Fidelity of Reverse Transcriptase in Telomerase, and in Nucleic Acid Polymerases. USPTO Provisional Application #62/739,347 (filed 10/01/2018).

## Academic Book Chapters

Filler AG. Evolution of the sacrum in hominoids. In: *Surgical Disorders of the Sacrum*, JR Doty and SS Rengachary eds. Thieme Medical Publishers, New York pp.13-20 (1994).

Filler AG, Principles of MRI and other imaging techniques for studying peripheral nerve and muscle. . Ch. 37*: Neuromuscular Function and Disease: Basic, Clinical, and Electrodiagnostic Aspects*. Brown W., Bolton C., and Aminoff M., eds. W.B. Saunders, Philadelphia; p. 661-674, 2002.

Filler AG. Applications of MRI and other imaging techniques to the study of peripheral nerve and muscle diseases. Ch. 38*: Neuromuscular Function and Disease: Basic, Clinical, and Electrodiagnostic Aspects*. Brown W., Bolton C., and Aminoff M., eds. W.B. Saunders, Philadelphia; p.675-692, 2002.

Filler AG. Imaging of peripheral nerve. In: *Neuromuscular Disorders in Clinical Practice*, Katirji B, Kaminski H, Preston D, Ruff R, and Shapiro B eds. Butterworth Heinemann, Woburn MA, p266-282, 2002.

Filler AG. MR Neurography and Brachial Plexus Neurolysis in the Management of Thoracic Outlet Syndromes. *Advances in Vascular Surgery*. JST Yao & WH Pearce Eds., Precept Press, Chicago, IL p499-523, 2002.

Filler AG, Kline DG. General Principles in Evaluating and Treating Peripheral Nerve Pathology, Injuries, and Entrapments and Their Historical Context. Ch. 229, In: *Youmans Neurological Surgery*, 6th edition. Winn HR editor, Elsevier, Philadelphia, PA; Vol. 3, p2361-2367, 2011.

Campbell W, Filler AG. Peripheral Neuropathies Ch. 233, In: *Youmans Neurological Surgery*, 6th edition. Winn HR editor, Elsevier, Philadelphia, PA; Vol. 3, p2398-2409, 2011.

Filler AG. Imaging for peripheral nerve disorders. Ch. 235, In: *Youmans Neurological Surgery*, 6th edition. Winn HR editor, Elsevier, Philadelphia, PA; Vol. 3, p2413-2426, 2011.

Serving All 50 States * 866-983-3167 * Nationalbii.com

Aaron G. Filler                                                        June 25, 2020

Filler AG, Gilmer-Hill H. Piriformis syndrome, obturator internus syndrome, pudendal nerve entrapment and other pelvic entrapments. Ch. 238 , In: *Youmans Neurological Surgery*, 6th edition. Winn HR editor, Elsevier, Philadelphia, PA; Vol. 3, p2447-2455, 2011.

Tiel R, Filler AG. Nerve Injuries of the Lower Extremity Ch. 243, In: *Youmans Neurological Surgery*, 6th edition. Winn HR editor, Elsevier, Philadelphia, PA; Vol. 3, p2504-2517, 2011.

Filler AG. Imaging of the Peripheral Nerve Disorders. Ch. 196, In. *Schmidek & Sweet's Operative Neurosurgery*, 6th Edition, Elsevier, 2012.

Filler AG. Non-Extremity Nerve Entrapment Syndromes. In: *Sunderland's Nerves and Nerve Injuries*, Elsevier, 3rd Edition, Ed. Shane Tubbs, Elsevier, (2015).

Filler AG, Belzberg AJ, Malessy Martijn JA, Chen L. Overview and Controversies Evaluating and Treating Peripheral Nerve Pathology, Injuries, and Entrapments and Their Historical Context., In: *Youmans & Winn Neurological Surgery*, 7th edition. Winn HR editor, Elsevier, Philadelphia, PA; Vol. 3, p1961-1965, 2017.

Filler AG. Imaging for peripheral nerve disorders. Ch. 248, In: *Youmans & Winn Neurological Surgery*, 7th edition. Winn HR editor, Elsevier, Philadelphia, PA; Vol. 3, p2004-2018, 2017.

Filler AG. Thoracic Outlet Syndrome and Entrapments of the Brachial Plexus. Ch. 250 , In: *Youmans & Winn Neurological Surgery*, 7th edition. Winn HR editor, Elsevier, Philadelphia, PA; Vol. 3, p2032-2040, 2017.

Filler AG, Gilmer-Hill H. Piriformis syndrome, obturator internus syndrome, pudendal nerve entrapment and other pelvic entrapments. Ch. 251 , In: *Youmans & Winn Neurological Surgery*, 7th edition. Winn HR editor, Elsevier, Philadelphia, PA; Vol. 3, p2041-2050, 2017.

Filler AG, Maniker AH & Russell SM. Pain, Complications, and Iatrogenic Injury in Nerve Surgery. Ch. 259 , In: *Youmans & Winn Neurological Surgery*, 7th edition. Winn HR editor, Elsevier, Philadelphia, PA; Vol. 3, p2117-2123, 2017.

Filler AG. Piriformis Syndrome and Related Nerve Entrapments of the Posterior Pelvis. Neurosurgery Case Series – Peripheral Nerve, Oxford University Press (in prep – 2018 est.).

Filler AG. Imaging of the Peripheral Nerve Disorders. Ch. 196, In. *Schmidek & Sweet's Operative Neurosurgery*, Elsevier, 7th Edition (in prep – 2020 est.).

Filler AG. Diffusion Tensor Imaging and Tractography in Neurosurgery. In: *Youmans & Winn Neurological Surgery*, 8th edition. Winn HR editor, Elsevier, Philadelphia, PA; in prep (2020 est).

Serving All 50 States * 866-983-3167 * Nationalbii.com

## Academic/Professional Meeting Presentation Abstracts

Filler AG. Anatomical evidence for the "hylobatian" model of hominoid evolution. Amer. Assoc. Phys. Anthro, 49th Annual Mtg., Niagra Falls, NY; April 17, 1980 *Am. J. Phys. Anthro.* 52:226 (1980).

Filler AG. Anatomical specializations in the hominoid lumbar region. Amer. Assoc. Phys. Anthro, 50th Annual Mtg., Detroit, MI; April 24, 1981, *Am. J. Phys. Anthro.* 54:218 (1981).

Kramer M, Deacon T, Sokoloff A, Filler A. Organization of motorneurons innervating epaxial and hypaxial musculature in the frog, rat, and monkey. *Soc. Neurosci. Abs.* 13:526 (1987).

Filler AG, Britton JA, Uttley D, Marsh HT. Acute paraplegia as an extreme presentation of adult tethered cord syndrome in a post-myelomeningocoele patient. Presented 4/91, Society for British Neurological Surgeons. *J. Neurol. Neurosurg. Psych.* 55:81 (1992).

Filler AG, Winn HR, Howe FA, Griffith JR, Bell BA, Deacon TW. Axonal transport of superparamagnetic metal oxide particles: Potential for magnetic resonance assessments of axoplasmic flow in clinical neuroscience. Published (Aug. 10, 1991). In: Proceedings, Society of Magnetic Resonance in Medicine, 10th Annual Meeting, San Francisco, *Book of Abstracts,* 10:985 (1991).

Filler AG, Bell BA, Howe FA, Griffiths JR, Flowers M, Sharma H, Winn HR, Deacon TW. Imaging of Axonal Transport: Is the Axoplasmic Flow Clinically Relevant. Presented Sept. 19, 1991, Joint meeting of New England Neurosurgical Society and Society for British Neurological Surgeons. Queens Square National Neurological Hospital. *J. Neurol. Neurosurg. Psych.* 55:515-516 (1992).

Filler AG, Winn HR, Westrum LE, Sirrotta P, Krohn K, Deacon TW. Intramuscular injection of WGA yields systemic distribution adequate for imaging of axonal transport in intact animals. Presented November 15, 1991 *Soc. Neurosci. Abs.* 17:1480 (1991).

Howe FA, Filler AG, Bell BA, Griffiths JR. Magnetic resonance neurography: optimizing imaging techniques for peripheral nerve identification. In: Proceedings, Society of Magnetic Resonance in Medicine, 11th Annual Meeting, Berlin, *Book of Abstracts,* 11: 1701 (1992).

Aaron G. Filler                                                    June 25, 2020

Filler AG, Howe FA, Bell BA, Winn HR, Griffiths JR. Image neurography on standard gradient MR imagers, RSNA. *Radiology* 185(P): Suppl.:152 (1992).

Filler AG, Howe FA, Winn HR, Bell BA, Griffiths JR. Design considerations for axonal transport of intraneural MR contrast agents. Joint Section for Peripheral Nerve and Spine, AANS/CNS, 2/93, Tucson, Arizona, (1993).

Filler AG, Howe FA, Golden RN, Tsuruda JS, Winn HR. Magnetic resonance neurography for diagnosis of nerve compression. American Association of Neurological Surgeons 1993 Annual Meeting, 4/93. *J. Neurosurg.* 78:368A (1993).

Filler AG, Kliot M, Hayes CE, Tsuruda J, Howe FA. MR Neurography of peripheral nerve abnormalities. American Society for Neuroradiology, Proceedings of 31st Annual Meeting, 5/93, Vancouver, B.C., Canada; (1993).

Filler AG, Hayes CE, Howe FA, Tsuruda JS, Kliot M. MR Neurography for improved characterization of peripheral nerve pathology. In: Proceedings, Society of Magnetic Resonance in Medicine, 12th Annual Meeting, New York, *Book of Abstracts,* 12: 101 (1993).

Filler AG, Golden RN, Howe FA, Tsuruda JS, Richards TL. High resolution diffusion gradient imaging for neurography in human subjects. In: Proceedings, Society of Magnetic Resonance in Medicine, 12th Annual Meeting, New York, *Book of Abstracts,* 12: 602 (1993).

Howe FA, Saunders DE, McLean MA, Filler AG, Moddares H, Brown MM, Griffiths JR. Neurography of the median nerve. In: Proceedings, Society of Magnetic Resonance in Medicine, 12th Annual Meeting, New York, *Book of Abstracts,* 12: 102 (1993).

Kliot M, Filler A, Hayes CE, Howe FA, Goodkin R, Tsuruda JS. MRI of nerve and muscle in the evaluation and treatment of peripheral nerve problems. Congress of Neurological Surgeons, Vancouver, B.C. 10/93 Meeting (1993).

Filler AG, Tsuruda JS, Hayes CE, Kliot M. Magnetic resonance neurography reveals spin-spin relaxation rate (T2) changes correlated with onset and recovery from symptoms in traumatic & compressive neuropathy. *Soc. Neurosci. Abs.* 19:1486 (611.7) (1993).

Tsuruda JS, Filler AG, Hayes CE, Kliot M. Phased array neurography of peripheral nerve pathology. *Radiology* ;189(P)Suppl.328 (1993).

Peters RJ, Tsuruda JS, Hayes CE, Yuan C, Filler AG, M Kliot, Terry V, Echelard D. MR Neurography: A technologists perspective to nerve imaging. Society of Magnetic Resonance. 4/94

Serving All 50 States * 866-983-3167 * Nationalbii.com

Aaron G. Filler                                                          June 25, 2020

Blake LC, Tsuruda JS, Filler AG, Kliot M. Phased array MRI Neurography of the sacral plexus, the sciatic nerve, and its major branches. American Society for Neuroradiology, Proceedings of 32nd Annual Meeting, 5/94, Nashville, Tennessee; (1994).

Filler AG, Howe FA, Hayes CE, Griffiths JR, Bell BA, Tsuruda JS. MR Neurography of cervical roots and brachial plexus. 125th Meeting of the Society of British Neurological Surgeons, 9/94, Dundee, Scotland, U.K., J. Neurol. Neurosurg. Psych. 58:123, (1995).

Howe FA, Saunders DE, Filler AG, McLean MA, Heron C, Brown MM, Griffiths JR. An evaluation of fat-suppressed fast spin echo imaging of the median nerve in carpal tunnel syndrome. British Institute of Radiology: Progress in Magnetic Resonance. London, 10/94 (1994).

Kliot M, Filler A, Geil G, Schultz RA, Tsuruda J. Three-dimensional holographic representation of MR neurograms. Congress of Neurological Surgeons. Chicago, IL. 10/94 (1994).

Filler AG, Bell BA, Britton JA, Tsuruda JS, Kliot M, Hayes CE, Howe FA, Heron C, Foote S, Savy L, Griffiths JR, Clifton A. MR Neurography at 0.5 Tesla and 1.5 Tesla for imaging of cervical roots and brachial plexus. Ninth European Congress of Radiology. Vienna, 3/95. European Radiology 5(S):227, (1995).

Kliot M, Dailey A, Goodkin R, Filler A, McKhann G, Hayes C, Tsuruda J. MR Neurography for cervical radiculopathy: correlation with clinical and electrodiagnostic findings. Amer. Assoc. Neurol. Surgeons, 4/95, Orlando, Florida (1995).

Dailey AT, Filler AG, Hayes CE, Goodkin R, Tsuruda J, Kliot M. MR Neurography of degenerating, regenerating and grafted peripheral nerve. Amer. Assoc. Neurol. Surgeons, 4/95, Orlando, Florida (1995).

Kliot M, Filler A, Dailey A, Kuntz C, Goodkin R, McKhann G, Tsuruda J. Magnetic resonance neurography in evaluating and treating peripheral nerve problems. Amer. Assoc. Neurol. Surgeons, 4/95, Orlando, Florida (1995).

Howe FA, Saunders DE, Filler AG, McLean MA, Nussey SJ, Griffiths JR. Fat-suppressed fast spin echo imaging in carpal tunnel syndrome: a comparison of diabetic and non-diabetic patients. Society for Magnetic Resonance, 8/95, Nice, France (1995).

Grant GA, Britz GW, Slimp J, Goodkin R, Haynor DR, Robertson B, Kuntz C, Filler AG , Kliot M. Use of Magnetic Resonance Neurography (MRN) with preoperative and intraoperative elctrophysiological monitoring in evaluating

Serving All 50 States  *  866-983-3167  *  Nationalbii.com

peripheral nerve lesions. Congress of Neurological Surgeons, 45th Annual Meeting, San Francisco 10/95 (1995).

Filler AG, Farahani K, Harris Y, Lufkin RB, Johnson JP. Turbo spin echo for MR neurography. American Roentgen Ray Society, 1996 Annual Meeting, May 5-10, San Diego, CA (1996).

Farahani K, Filler A, Atkinson D, Johnson JP, Lufkin R. MR Neurography of the lumbar spine: application of 3D turbo spin echo imaging. International Society for Magnetic Resonance in Medicine, 4th Annual Meeting, April 27- May 3, 1996, New York, NY (1996).

Filler AG, Howe FA, Farahani K, Johnson JP, Griffiths JR, Kennedy A, Lufkin RB, Haynor DR, Maravilla K, Goodkin R, Hayes CE, Tsuruda JS, Kliot M. Diagnosis of brachial plexus pathology by MR Neurography. American Society for Neuroradiology, 34th Annual Meeting, June 21-27, 1996, Seattle, WA (1996).

Kliot M, Grant G, Kuntz C, Blake L, Hayes C, Goodkin R, Filler A, Tsuruda J, Maravilla K. Magnetic Resonance Neurography in the evaluation and surgical treatment of peripheral nerve tumors. American Society for Neuroradiology, 34th Annual Meeting, June 21-27, 1996, Seattle, WA (1996).

Filler AG, Johnson JP, Farahani K, Lufkin RB. Neurography of the lumbar and sacral spinal nerves: three dimensional turbo spin echo imaging with phased array coils. North American Spine Society, 11th Annual Meeting, October 23-26, 1996, Vancouver, BC (1996).

Filler AG, Jabour B, Kliot M, Lufkin RB, Johnson JP. MR Neurography: Imaging Characteristics of the Sciatic Nerve at the Level of the Pyriformis Muscle in Patients with Leg Pain. Joint Section on Disorders of the Spine and Peripheral Nerves, AANS/CNS, February 19-22, 1997, Newport Beach, CA, *J. Neurosurg*. 86:416A (1997).

Dailey AT, Tsuruda JS, Filler AG, Maravilla KR, Goodkin R, Kliot M. Magnetic Resonance Neurography of peripheral nerve degeneration and regeneration: A clinical case presentation. Joint Section on Disorders of the Spine and Peripheral Nerves, AANS/CNS, February 19-22, 1997, Newport Beach, CA, *J. Neurosurg*. 86:416A (1997).

Johnson JP, Filler AG, Pare LS, McBride DQ, Batzdorf U. Anterior cervical foraminotomy. Joint Section on Disorders of the Spine and Peripheral Nerves, AANS/CNS, February 19-22, 1997, Newport Beach, CA, *J. Neurosurg*. 86:417A (1997).

Johnson JP, Tabor EN, Filler AG, McBride DQ, Becker DP. Craniovertebral junction stabilization after transoral odontoidectomy. Annual Meeting of the

Serving All 50 States  *  866-983-3167  *  Nationalbii.com

Aaron G. Filler                                                        June 25, 2020

American Association of Neurological Surgeons, April 12-17, 1997 Denver, CO (1997).

Filler AG, Johnson JP, Machleder H, Jabour BA, Trent J, Kioumehr F, Villablanca P, Lufkin RB, Tsuruda JS, Hayes CE, Maravilla K, Kliot M. Image Findings With MR Neurography in Diagnosis of Thoracic Outlet Syndrome. International Society for Magnetic Resonance in Medicine, 5th Annual Meeting, April 12- 18, Vancouver, B.C. (1997).

Filler AG, Johnson JP, Machleder H, Trent J, Villablanca P, Lufkin RB, Tsuruda JS, Hayes CE, Maravilla K, Kliot M. MR Neurography in diagnosis of thoracic outlet syndrome. American Neurological Association, 122nd Annual Meeting, September 28 - October 1, San Diego, CA (1997).

Filler AG, Johnson JP, Machleder H, Villablanca P, Lufkin RB, Hayes CE, Maravilla K, Farahani K, Kliot M. MR Neurographic findings in diagnosis of thoracic outlet syndrome. Congress of Neurological Surgeons Annual Meeting, September 27 - October 2, New Orleans, LA. *Neurosurgery* 41:724 (1997).

Choi WW, Johnson JP, Filler AG, McBride DQ, Sandhu HS. Simultaneous versus staged anterior and posterior spinal reconstruction: a comparative study. Congress of Neurological Surgeons Annual Meeting, September 27 - October 2, New Orleans, LA. *Neurosurgery* 41:724  (1997).

Filler AG, Lufkin RB, Villablanca P, Farahani K, Prager J, Johnson JP. MR Neurography & interventional MRI in diagnosis and treatment of sciatica from piriformis syndrome. 2nd Interventional MRI Symposium. European Society for Magnetic Resonance in Medicine and Biology, October 17-18, Düsseldorf, Germany. *European Radiology* 7:1159-60 (1997).

Filler AG, Villablanca P, Lufkin RB, Prager J, Johnson JP. MR Neurography and open MRI in management of piriformis syndrome. 12th Annual Meeting, North American Spine Society. October 22-25, New York, NY. (1997).

Villablanca P, Filler AG, Haynes JA, Tarlo KS. Black blood contrast agents for improved neural selectivity in MR Neurography. American Society for Neuroradiology, 36th Annual Meeting. May 17-21. Philadelphia, PA. (1998).

Johnson JP, Ahn S, Choi W, Mascipinto J, Kim K, Filler A, DeSalles A. Thoracoscopic sympathectomy: techniques and outcomes. Congress of Neurological Surgeons 48th Annual Meeting. October 3-8. Seattle, WA. (1998).

Mascipinto JE, Kim K, Johnson JP, Filler A, Pare L, McBride D, Batzdorf U. Anterior cervical foraminotomy. Congress of Neurological Surgeons 48th Annual Meeting. October 3-8. Seattle, WA. (1998).

-27-

Aaron G. Filler                                                          June 25, 2020

Masciopinto JE, Kim KD, Johnson JP, Choi WW, Filler AG, Sandhu HS, McBride DQ, Gelabert H. Simultaneous versus staged anterior and posterior spinal reconstruction: A comparative study. North American Spine Society, 13th Annual Meeting. October 28-31. San Francisco, CA. (1998).

Johnson JP, Ahn SS, Kim KD, Filler AG, DeSalles AAF. Techniques and outcomes of thoracoscopic sympathectomy. American Association of Neurological Surgeons. April 1999.

Johnson JP, Ahn SS, Choi WW, Masciopinto JE, Kim KD, Filler AG, DeSalles AAF. Techniques and outcomes of thoracoscopic sympathectomy. Joint Section for Spine and Peripheral Nerve AANS/CNS. Orlando, Florida, February 1999.

Villablanca JP, Gupta R, Filler A. Experimental neurography in rats at 1.5T – compressive nerve injury model. American Association for Hand Surgery & International Society for Reconstructive and Microsurgery. Los Angeles, California, June 1999.

Johnson JP, Hahn MS, Obasi C, Choi W, Filler A, Sandhu V, McBride DQ, Gelabert H. Simultaneous versus staged anterior and posterior spinal reconstruction: a comparative study. Congress of Neurological Surgeons 43rd Annual Meeting, Boston, MA, November 1999.

Johnson JP, Hahn MS, Obasi C, Choi W, Filler AG, McBride DQ, Batzdorf U. Anterior cervical foraminotomy for unilateral radicular disease. Congress of Neurological Surgeons 43rd Annual Meeting, Boston, MA, November 1999.

Obasi C, Johnson JP, Filler A, Park J. Failure of Screw-Plate Fixation in Patients with Osteoporosis and 3-Column Instability. Danek: Spine, Science, Management, New Orleans, LA, November 19, 1999.

Filler AG, Tarlo KS, Haynes JA, Villablanca JP. Iron oxide black blood contrast agent improves nerve image selectivity in MR Neurography. Int. Society for Magnetic Resonance in Medicine, Annual Meeting, Denver, CO, April 2000.

Whiteside G, Bacon M, Filler AG, Frederickson M, Abell C, Munglani R, Lever AML. Treatment of neuropathic pain by axonal transport. Society for Neuroscience Annual Meeting, New Orleans, LA, November 7, 2000.

Filler AG, Haynes J, Villablanca JP, Prager J, McBride D, Batzdorf U, Johnson JP. Sciatica of Non-Disk Origin: Diagnosis by MR Neurography and Interventional MRI with Outcome Study of Resulting Treatment. Congress of Neurological Surgeons, San Diego, CA, October 2, 2001.

Filler AG, Haynes J. Brachial plexus neurolysis with adhesiolytic agents for neurogenic thoracic outlet syndrome patients diagnosed by MR Neurography:

Outcome study results. American Society for Peripheral Nerve. Cancun, Mexico, January 13, 2002.

Filler AG, Haynes J, Villablanca P, Prager J, McBride D, Farahani, K, Batzdorf U, Johnson, JP. Sciatica of Non-Disk Origin: Diagnosis by MR Neurography and Interventional MRI with Outcome Study of Resulting Treatment. American Society for Peripheral Nerve. Cancun, Mexico, January 13, 2002.

Filler AG, Whiteside G, Bacon M, Frederickson M, Abell C, Munglani R, & Lever AMLL. Treatment of neuropathic pain by axonal transport. Joint Section for Disorders of Spine and Peripheral Nerve, AANS/CNS. Orlando, Florida, March 3, 2002.

Filler AG. Brachial Plexus Neurolysis with Adhesiolytic Agents for Neurogenic Thoracic Outlet Syndrome Diagnosed by MR Neurography: Outcome Study Results. Joint Section for Disorders of Spine and Peripheral Nerve, AANS/CNS. Orlando, Florida, March 2002.

Filler AG. Minimally Invasive Surgical Approach for Decompression of the Sciatic Nerve at the Piriformis Muscle. Congress of Neurological Surgeons, 52nd Annual Meeting, Philadelphia, Pennsylvania, September 21-25, 2002.

Filler AG. MRI Demonstration of reinnervation of muscle by sprouting from a severed nerve in a human subject. 32nd Annual Meeting, Society for Neuroscience, Orlando, FL, November 4-7, 2002.

Tsuruda JS, Filler AG: MR Neurography findings of the bipartite piriformis muscle in the evaluation of sciatica. ASNR 2004.

Filler AG: The utility of MR Neurography in brachial plexus imaging. Joint Section for Disorders of Spine and Peripheral Nerve, AANS/CNS, 22nd Annual Meeting, Orlando, Florida, March 15, 2006

Filler AG. MR Neurography of the brachial plexus for identification of surgically responsive neurogenic thoracic outlet syndrome. Congress of Neurological Surgeons, 56th Annual Meeting, Chicago, IL October 7, 2006.

Filler AG. Real time optical guidance integrated with real time Open MRI for spine and nerve interventions. Congress of Neurological Surgeons, 56th Annual Meeting, Chicago, IL October 7, 2006.

Filler AG. Open MRI for diagnosis and therapeutic interventional procedures in nerve and spine related pain. Joint Section for Disorders of Spine and Peripheral Nerve, AANS/CNS, 23nd Annual Meeting, Phoenix, Arizona March 8, 2007.

Aaron G. Filler                                                            June 25, 2020

Filler AG. Diagnosis and management of pudendal neuralgia. American Association of Neurological Surgeons. 75th Annual Meeting. Washington, DC; April 17, 2007.

Filler AG, Lever AML. Molecular evidence for environmental trigger of mass evolutionary acceleration: An experimental model for the Cambrian explosion. American Association for the Advancement of Science, 88th Annual, Pacific Regional Meeting, Boise, Idaho. June 19, 2007.

Filler AG. A Humanian Model of Human Evolution: Evidence that habitual upright bipedality is a synapomorphy that defines a hominiform clade of hominoids including humans and all extant apes. American Association of Physical Anthropology, 77th Annual Meeting, Columbus, Ohio April 10, 2008. AJPA 135 (S46): p.96

Filler AG. Impact of Cycle Time in Minimal Access Nerve Surgery and Interventional MRI. International Brain Mapping & Intraoperative Surgical Planning Society – World Congress. 5th Annual Meeting. Los Angeles. August 26, 2008.

Filler AG. The anti-symmetric dyadic tensor model, the arctangent tractographic function and their role in the past & intra-operative future of diffusion tensor imaging. International Brain Mapping & Intraoperative Surgical Planning Society – World Congress. 6th Annual Meeting. Harvard Medical School, Boston, MA. August 29, 2009.

Filler AG. Fractional anisotropy and DTI tractography enhance nerve identification in MR Neurography of the lumbo-sacral plexus. Joint Section for Disorders of Spine and Peripheral Nerve, AANS/CNS, 26th Annual Meeting, Orlando, FL, February 18, 2010.

Filler AG. Fractional anisotropy and DTI tractography enhance nerve identification in MR Neurography of the brachial plexus. 2010 Annual Meeting, American Association of Neurological Surgeons, Philadelphia, PA, May 1-5, 2010.

Filler AG. Integration of High Field DTI Data with Real Time Intraoperative Low Field MRI for Millimeter Scale Guidance – When is High Field DTI Guidance Contra-Indicated? International Brain Mapping & Intraoperative Surgical Planning Society – World Congress. 7th Annual Meeting. Uniformed Services University of the Health Sciences, Bethesda, MD. May 24, 2010.

Filler AG. High Field DTI Data in the Setting of Real Time Intraoperative Low Field MRI for Millimeter Scale Guidance – Effects of Mechanical Tissue Distortion by Surgical Instruments. 8th International Interventional MRI Symposium. Leipzig, Germany, Sept. 24-25, 2010.

Serving All 50 States * 866-983-3167 * Nationalbii.com

Aaron G. Filler                                                      June 25, 2020

Filler AG. Interventional MRI Percutaneous Procedures for Extended Relief and
Cure of Thoracic Outlet Syndrome. International Brain Mapping &
Intraoperative Surgical Planning Society – World Congress. 8th Annual
Meeting. UCSF, San Francisco, CA. June 8-10, 2011.

Filler AG. Interventional MRI Percutaneous Procedures for Extended Relief and
Cure of Thoracic Outlet Syndrome. Congress of Neurological Surgeons,
Washington Convention Center, Washington, DC October 1-6, 2011.

Filler AG. Real time Open MRI Guidance for Percutaneous Nerve
Decompression. Society for Brain Mapping & Therapeutics, 10th Annual
World Congress. Baltimore Convention Center, Baltimore, MD. May 12-14,
2013.

## Presentations and Invited Lectures

Filler AG. Axial Function in Terrestrial Amniotes. The Amniote Seminar. Museum
of Comparative Zoology, Romer Library, Harvard University, 10/7/80.

Filler AG. Bipedal Apes Before the Dawn of Man. Presented at the Darwin Festival
(on Darwin's Birthday), Dept. of Biology, The Biology Society, Salem State
College, Salem, Mass. 2/12/82.

Filler AG. Evolutionary origins of the human upright spine. Presented at 5th
annual meeting, Joint Section for Peripheral Nerve and Spine, AANS/CNS,
2/12/89.

Filler AG. Imaging of Axonal Transport. Grand Rounds. Department of
Neurological Surgery, University of Washington Medical Center, Seattle, WA,
12/15/89.

Filler AG. Progress in the design of axonally transported intraneural contrast agents
for peripheral nerve imaging with MRI. Royal Post-Graduate Medical School,
NMR Unit, Hammersmith Hospital, London, UK. 9/24/90.

Filler AG. Mathematical analysis of multiple diffusion gradients for neuronal tract
tracing. Resident Research Rounds, Harborview Medical Center, Dept. of
Neurol. Surg., University of Washington, Seattle, WA, 8/7/91

Filler AG. Sir Richard Owen, Sir Arthur Keith, and the lost styloid process: Serial
homology and the evolution of the human spine. Section of Neurology, Royal
Society of Medicine, Registrar's Meeting, London, February 6th, (1992)

Filler AG. Spinel Ferrites and Superparamagnetism in MR Imaging. Division of
Biochemistry, Department of Cell & Molecular Biology, St. George's Hospital
Medical School, London, 3/15/92.

Aaron G. Filler                                                    June 25, 2020

Magnetism, Spinels, and the Design of Tracers for In Vivo Imaging of Axoplasmic Flow. Neuroscience Seminar, Department of Neurological Surgery, University of Washington, Seattle, 7/25/92.

Filler AG. Diffusion Anisotropy in Magnetic Resonance: Neurography and In Vivo Neural Tract Imaging. Neuroscience Seminar, Department of Neurological Surgery, University of Washington, Seattle, 12/30/92.

Filler AG. Axonal Transport of MR Contrast Agents. Nycomed Imaging, Oslo, Norway, 4/10/93.

Filler AG. MR Neurography in Clinical Medicine. Department of Neurology and Neurosurgery, Columbia University Neurologic Institute, New York, New York, 8/12/93

Filler AG. Evolution of the Axial Skeleton in the Hominoid Apes and Man. Department of Orthopedics, Harborview Medical Center, Seattle, WA, 10/16/93

Filler AG. MR Neurography for Peripheral Nerve Diagnosis. Department of Orthopedics, Harborview Medical Center, Seattle, WA, 1/19/94.

Filler AG. Diffusion Anisotropy and Axonal Transport in MR Imaging of Neural Structures. Neurology Study Unit, Seattle, WA, 2/8/94

Filler AG. Diffusion Anisotropy and MR Neurography. Department of Radiology, Addenbrooke's Hospital, Cambridge University, Cambridge, U.K., 11/17/94.

Filler AG. MR Neurography: Clinical Prospects. Presented at meeting of the South of England Neurosciences Association, London, 5/19/95.

Filler AG. Diffusion Anisotropy, Axonal Transport and Endoneurial Fluid in Clinical Magnetic Resonance Neurography. Section of Neurosurgery, Yale University, New Haven, CT, 12/20/95.

Filler AG. New Techniques in MR Imaging: MR Neurography. The role of MRI neurography in imaging of the brachial plexus. Medical Imaging Center of Southern California, Santa Monica, CA, 7/1/96.

Filler AG. Interpretation of MR Neurograms. Long Beach Memorial MRI Center. 11/11/96.

Filler AG. Diffusion Imaging and T2 Neurography in MR Diagnosis of Peripheral Nerve Pathology. UCLA Department of Neurology Outpatient Conference. 11/20/96.

Serving All 50 States  *  866-983-3167  *  Nationalbii.com

Aaron G. Filler                                                                                  June 25, 2020

Filler AG, Johnson JP, Farahani K, Lufkin RB. Neurography of the lumbar and sacral spinal nerves. Federation of Spine Associations, American Academy of Orthopaedic Surgeons, February 16, 1997, San Francisco, CA (1997).

Filler AG. Case Presentation: MR Neurography in the Diagnosis of Thoracic Outlet Syndrome in a Patient with Bilateral Hand Pain. Chairman's conference, UCLA Department of Neurology, 3/97.

Filler AG. The Role of Black Blood Contrast Agents and Intraneural Contrast Agents in Magnetic Resonance Neurography. Nycomed Torsten Almen Research Center (TARC), Wayne PA., 6/24/97.

Filler AG. Black Blood Contrast Agents and Intraneural Contrast Agents in Magnetic Resonance Neurography. Nycomed Imaging, Oslo, Norway. 10/14/97.

Filler AG. MR Neurography and Open MRI in the Diagnosis and Management of Extremity Pain. Atkinson Morley's Hospital, London, England, U.K. 10/21/97.

Filler AG. MR Neurography and Interventional MRI in the Diagnosis and Management of Spine and Peripheral Nerve Disorders. General Electric Medical Systems, IntraOperative MRI Medical Advisory Board. Chicago, IL 11/10/97.

Filler AG. MR Neurography for the Evaluation of Nerve Tumors and the Effects of Cancer on Nerves. UCLA Advances in Neurosurgery. 11/15/97.

Filler AG. Progress in the Use of MRI for Management of Peripheral Nerve Disorders. Department of Radiology, UCLA Medical Center. 5/1/98.

Filler AG. Magnetic Resonance Neurography: Application to the Study of Peripheral Nerve Pathology. American Association of Electrodiagnostic Medicine. Orlando, FL. 10/14/98.

Filler AG. MR Neurography and interventional MRI in the diagnosis of sciatica. Department of Surgery Grand Rounds, UCLA Medical Center, 11/18/98.

Filler AG. Imaging of peripheral nerve tumors. Symposium on Peripheral Nerve Tumors. 15th Annual Meeting. Joint Section on Disorders of the Spine and Peripheral Nerves of the AANS/CNS. Orlando, FL 2/11/99.

Filler AG. Open MRI in the management of spine and peripheral nerve pathology. UCLA iMR Program Presentation. Los Angeles, CA 2/17/99.

Filler AG. Imaging of brachial plexus lesions. XIIth Symposium on Brachial Plexus Surgery (A. Narakas Club). Barcelona, Spain 3/14/99.

Aaron G. Filler                                                                                    June 25, 2020

Filler AG. Magnetic Resonance Neurography for improved preoperative
evaluation of brachial plexus disorders. Brachial Plexus Symposium,
Obstetrical and Adult. American Association of Hand Surgery & International
Society for Reconstructive Microsurgery. Los Angeles, CA 6/22/99.

Filler AG. MR Neurography and open MRI in the management of spine and
extremity pain. Grand Rounds, Department of Orthopedics, UCLA Medical
Center, Los Angeles, CA 10/9/99.

Filler AG. MR Neurography and Open MRI in the Management of Spine and
Extremity Pain. Visiting Professor, Department of Anesthesia, Beth
Israel/Deaconess Hospital, Boston, MA 11/3/99.

Filler AG. Diffusion Anisotropy, CNS Tract Tracing and MR Neurography.
Research Meeting of Professor John Mazziotta's Brain Mapping Group,
December 8, 1999.

Filler AG. Nerve imaging. AANS/CNS Joint Section on Disorders of the Spine
and Peripheral Nerves, Annual Meeting, Indian Wells, CA 2/24/00.

Filler AG. Evolution of the human spine. UCLA Comprehensive Spine Program,
Joint Spine Conference, Los Angeles, CA 3/00.

Filler AG. MR Neurography & Open MRI for diagnosis and treatment of spine
and peripheral nerve pathology. American Association of Neurological
Surgeons, Annual Meeting, San Francisco, CA, 4/12/00.

Filler AG. Neurography for peripheral nerve diagnosis. Department of Neurology
Grand Rounds, West Los Angeles Veterans Administration Medical Center.
Los Angeles, CA 4/21/00.

Filler AG. MR Neurography, open MRI, and axonally delivered therapy.
Millenium Sir Wylie McKissock Neuroscience Lecture. Atkinson Morley's
Hospital, Wimbledon, UK. 11/24/2000.

Filler AG. Outcome study of diagnosis and treatment for sciatic of non-disk
origin. UCLA Comprehensive Spine Center, UCLA, Los Angeles, CA 3/5/01.

Filler AG. Advances in the diagnosis and treatment of nerve disorders.
Department of Surgery Grand Rounds, UCLA, Los Angeles, CA. 4/4/01.

Filler AG. MR Neurography in the diagnosis and treatment of thoracic outlet
syndromes. Medical staff grand rounds, Los Robles Regional Medical Center,
Thousand Oaks, CA, 5/4/01.

Filler AG. Advances in the diagnosis and treatment of nerve disorders. Medical
Center Grand Rounds, Daniel Freeman Memorial Hospital, Los Angeles, CA
6/4/01.

Serving All 50 States  *  866-983-3167  *  Nationalbii.com

Aaron G. Filler                                                                    June 25, 2020

Filler AG. Advances in the diagnosis and treatment of nerve disorders. UCLA Department of Surgery Third Year Medical Student Lecture Series, UCLA Medical Center, Los Angeles, CA 6/8/01.

Filler AG. MR Neurography for diagnosis of spine and peripheral nerve disorders. Institute for Spinal Disorders, Cedars Sinai Medical Center, Los Angeles, CA 8/16/01.

Filler AG. MR Neurography, Open MRI and Axonal Transport in Advanced Diagnosis and Treatment of Nerve Disorders. Grand Rounds, Department of Neurosurgery, Massachusetts General Hospital, Harvard University, Boston, MA, November 1, 2001.

Filler AG. Image diagnosis and surgical neurolysis for neurogenic thoracic outlet syndrome. Symposium on Advances in Vascular Surgery, Chicago, IL, December, 2001.

Filler AG. MR Neurography for the diagnosis of peripheral nerve disorders. Panel Discussion: Innovations in Peripheral Nerve Surgery, American Society for Peripheral Nerve, Cancun, Mexico, January 2002.

Filler AG. Failed lumbar spine surgery & sciatica of non-disk origin: Diagnosis, treatment & outcomes. Grand Rounds, Los Robles Regional Medical Center, Thousand Oaks, CA, June 21, 2002.

Filler AG. Image diagnosis and neuroplasty for neurogenic thoracic outlet syndrome. Dept. of Vascular Surgery Grand Rounds, Cedars Sinai Medical Center, Los Angeles, CA July, 2002.

Filler AG. Chaos and the evolutionary emergence of the human spinal design. Systems Biology Seminar, Santa Monica, CA August, 2002.

Filler AG. MSD Review of Potential for Neurography in Surgical Image Guidance. Philadelphia, PA, September 24, 2002.

Filler AG. MR Neurography and Open MRI in the Diagnosis and Treatment of Disorders Affecting the Spine and Nerves. Grand Rounds, Department of Neurosurgery, University of California Irvine, Orange, CA, April 22, 2003.

Filler AG. Intraneural Drug Delivery via Axonally Transported Molecular Carriers: Novel Pharmaceutical Designs for Intractable Pain Problems. Discovery Research Seminar. Purdue Pharma, Cranbury, New Jersey, September 12, 2003.

Filler AG. MR Neurography and Open MRI for Diagnosis and Treatment of Spine and Nerve Disorders. CME Spine Conference, Institute for Spinal Disorders, Cedars Sinai Medical Center, Los Angeles, CA, December 3, 2003.

Serving All 50 States  *  866-983-3167  *  Nationalbii.com

Aaron G. Filler                                                      June 25, 2020

Filler AG. Thoracic Outlet Syndrome Does Exist. Controversies in Peripheral Nerve. Joint Section on Spine and Peripheral Nerve AANS/CNS, San Diego, CA, March 20, 2004.

Filler AG. MR Neurography and Open MRI Guided Procedures for Diagnosis and Treatment of Nerve Disorders. Grand Rounds, University of California at San Diego, San Diego, CA, January 13, 2005.

Filler AG. New Developments in Nerve Imaging. Course 202. American Society for Peripheral Nerve, 14th Annual Meeting, Fajardo, Puerto Rico. January 16, 2005.

Filler AG. Diagnosis and Treatment of Sciatica from Piriformis Syndrome: The Impact of New Methods on 'Spine-Related' Peripheral Nerve Symptoms. Current Concepts in Spinal Disorders: Clinical Symposia Series, Cedars Sinai Institute for Spinal Disorders, February 9, 2005.

Filler AG. MR Neurography and Open MRI Guided Procedures for Diagnosis and Treatment of Nerve Disorders. San Diego Neurological Society, San Diego, CA, February 17, 2005.

Filler AG. Open MR Guided Injections in Spine, Nerve and Neuromuscular Disorders. American Society for Spine Radiology, Isla Verdes, Puerto Rico February 24, 2005.

Filler AG. MR Neurography and Open MRI Guided Procedures for Diagnosis and Treatment of Nerve Disorders. AANS Section on Peripheral Nerve, Special Symposium, New Orleans, LA 4-19-05 (2005).

Filler AG. MR Neurography and Open MRI Guided Procedures for Diagnosis and Treatment of Nerve Disorders. San Diego Academy of Neurological Surgery, San Diego, CA 5-25-05. (2005)

Filler AG. Evolution and Comparative Anatomy of Vertebrae in Reptiles and Mammals and the Emergence of Upright Posture in the Apes and Early Ancestors of Humans. Visiting Professor. Cedars Sinai Medical Center, Los Angeles, CA 6-1-05 (2005)

Filler AG. MR Neurography, Open MR Injections & Minimal Access Surgery in the Management of Thoracic Outlet Syndrome. Department of Neurosurgery Grand Rounds, University of California at Irvine, Orange, CA 8-3-05 (2005)

Filler AG. Nerve Imaging Techniques. American Society for Peripheral Nerve, Tucson, Arizona, 1-16-06 (2006)

Filler AG. New Advanced Imaging Techniques In the Diagnosis of Pain Syndromes – Update Session 402: Sciatica of Non-Disc Origin and Piriformis

Serving All 50 States  *  866-983-3167  *  Nationalbii.com

Aaron G. Filler                                                                 June 25, 2020

Syndrome. American Academy of Pain Medicine – Annual Meeting, San Diego, CA 2-25-06 (2006)

Filler AG. How to read an MR Neurography Image. Joint Section for Disorders of Spine and Peripheral Nerve, AANS/CNS, 22nd Annual Meeting, Orlando, Florida, 3-17-06 (2006)

Filler AG. Diagnosis and treatment of sciatica of non-disc origin and piriformis syndrome. In: Controversies in Peripheral Nerve Surgery: Piriformis syndrome – Is it real? American Association for Neurological Surgery, Annual Meeting, San Francisco, CA, 4-26-06, (2006)

Filler AG. MR Neurography, Open MR intervention, minimal access operations and physical exam for brachial and lumbo-sacral plexus disorders. Cedars Sinai Medical Center Neurosurgery Residents Lecture. Cedars Sinai Medical Center, Los Angeles, CA 1-26-07 (2007)

Filler AG. Advances in MR Neurography. ABCs of Peripheral Nerve Course, Joint Section for Disorders of Spine and Peripheral Nerve, AANS/CNS, 23rd Annual Meeting, Phoenix, Arizona 3-9-07, (2007)

Filler AG. MR Neurography – Assessment of the first 5,000 cases. The Kline Festschrift – an International Symposium on Nerve. LSU Health Sciences Center, New Orleans, Louisiana. 10-19-07. (2007)

Filler AG. Minimal access surgery for pelvic nerve entrapments and thoracic outlet syndrome. The Kline Festschrift – an International Symposium on Nerve. LSU Health Sciences Center, New Orleans, Louisiana. 10-20-07 (2007)

Filler AG. Diagnostic distinction – lumbo-sacral radiculopathy vs sciatica of non-disc origin: When to consider piriformis syndrome. Cedars Sinai Medical Center, Institute for Spinal Disorders, Clinical Symposium, Los Angeles, CA 2-13-08 (2008)

Filler AG. Piriformis Syndrome: Real or Not – David Cahill Memorial Controversies Session, Joint Section for Spine and Peripheral Nerve of AANS and CNS. Orlando, FL 3-1-08 (2008).

Filler AG. The Humanian Theory of Human Evolution. Evidence fore early homeotic origin of an upright bipedal hominiform lineage. Los Angeles, MENSA Society. Woodland Hills, CA 2-13-09 (2009).

Filler AG. MR Neurography, open MR guided injections, and minimal access surgery in the management of peripheral nerve disorders. Grand Rounds – University of California at Irvine, Department of Neurosurgery. Irvine, CA 10-14-09 (2009)

Serving All 50 States  *  866-983-3167  *  Nationalbii.com

Aaron G. Filler                                                                    June 25, 2020

Filler AG. The Role of MRI in Diagnosis of Traumatic Lesions and Entrapment
Syndromes. American Society for Peripheral Nerve. 2010 Annual Meeting,
Boca Raton, FL 1-10-10 (2010).

Filler AG. A historical hypothesis: The first recorded neurosurgical operation:
Isis, Osiris, Thoth & the Origin of the Djed Cross. 2nd Chongqing International
Clinical Neuroscience Forum & International NeuroDrug Conference,
Chongqing, People's Republic of China, 3-20-10, (2010).

Filler AG. Tri-partite complex for axonal transport drug delivery – Development
& demonstration of clinical efficacy. 2nd Chongqing International Clinical
Neuroscience Forum & International NeuroDrug Conference, Chongqing,
People's Republic of China, 3-20-10, (2010).

Filler AG. Diffusion tensor imaging (DTI) & Magnetic Resonance Neurography
(MRN): Origins, History & Clinical Impact. 2nd Chongqing International
Clinical Neuroscience Forum & International NeuroDrug Conference,
Chongqing, People's Republic of China, 3-20-10, (2010).

Filler AG. Diffusion Tensor Imaging (DTI) & Magnetic Resonance Neurography
(MRN): Origins, History, Physical Basis & Clinical Impact. NeuroTalk BIT
1st Annual Congress, Singapore. June 25, 2010.

Filler AG. MRI Neurography, Open MRI Surgery in the Peripheral Nerve Setting
& Minimal Access Proximal Plexus Surgery. Association of Extremity Nerve
Surgeons. Annual Meeting 2011, Las Vegas Nevada, November 2011

Filler AG. Neuroimaging – MR Neurography, Diffusion Tensor Imaging, and
Open MRI for Nerve and Neural Tract Imaging. American Society for
Peripheral Nerve – Annual Meeting 2012, Las Vegas, Nevada, January 2012

Filler AG. Diffusion Tensor Imaging, MR Neurography and High Resolution
Axonal MRI Techniques for Mapping the Human Connectome & Peripheral
Nervous System. International Neuroscience Conference – Omori Medical
Center, Toho University, Tokyo, Japan, March 2012

Filler AG. Diffusion Tensor Imaging, MR Neurography and High Resolution
Axonal MRI Techniques for Mapping the Human Connectome & Peripheral
Nervous System. 周围神经 － 核磁共振成像 － 扩散张量成像技术
International Neuroscience Conference – 2012 Shanghai International Forum
on Neuroscience. 8th People's Hospital, Shanghai, Peoples' Republic of China,
May 2012

Filler AG. Diffusion Tensor Imaging, MR Neurography and High Resolution
Axonal MRI Techniques for Mapping the Human Connectome & Peripheral
Nervous System. 周围神经 － 核磁共振成像 － 扩散张量成像技术

-38-

International Neuroscience Conference – 3rd Annual World Congress of NeuroTalk, Beijing, People's Republic of China, May 2012

Filler AG. Advances in Diffusion Anisotropy Imaging – New Mathematical Models: The Anti-symmetric Dyadic Tensor Model. Society for Brain Mapping & Therapeutics, 10th Annual World Congress. Baltimore Convention Center, Baltimore, MD. May 12-14, 2013.

Filler AG. Medical and Legal Aspects of Coding and Billing for Peripheral Nerve Surgery. American Society for Peripheral Nerve, Maui, Hawaii, January 12, 2014

Filler AG. Ultrasound and MRI in Nerve Injury. American Society for Peripheral Nerve, Paradise Island, Bahamas, January 24, 2015.

Filler AG. Open MRI Guided Percutaneous Nerve Treatments. Society for Brain Mapping and Therapeutics, Los Angeles Convention Center, Los Angeles, California, March 7, 2015.

Filler AG. Role of the G20+/N20+ Brain Mapping Initiative in the Future of Clinical Neuroscience – Invention and Innovation. Joint Session, Australian Parliament, Canberra, Australia, October 10, 2015

Filler AG. Welcoming Address Society of Brain Mapping 13th Annual Meeting – The Role of Technological Advance and Multi-Disciplinary Collaboration in the Future of Neuroscience. Miami, Florida, April 8, 2016.

Filler AG. Policy, Ethics and the Law: The Role of Daubert/Frye and Markman Type Evidentiary Hearings in the Application Neuroscience in the Courtroom. Society of Brain Mapping & Therapeutics, Miami, Florida, April 8, 2016.

Filler AG. From the Laboratory to the Technology Start-Up: Invention, Patents, and Entrepreneurship. Society of Brain Mapping & Therapeutics, Miami, Florida, April 9, 2016.

Filler AG. Role of the G20+/N20+ Brain Mapping Initiative in the Future of Clinical Neuroscience – Invention and Innovation. United States Congress, Brain Mapping Day, April 20, 2016.

Filler AG. Response to Michel Kliot – Diffusion Tensor Methods and Neurography for Imaging in Peripheral Nerve Management. American Association of Neurological Surgeons, Chicago, IL, May 3, 2016.

Filler AG. Role of the Society for Brain Mapping in the Future of Clinical Neuroscience – Invention & Innovation –通过N20 推进神经科学创新 - N20 Joint Meeting with Chongqing International Neuroscience Forum. Chongqing, People's Republic of China, September 3, 2016.

Filler AG. Diffusion Tensor Imaging & MR Neurography & High Resolution Axonal MRI Techniques for the Evaluation of Peripheral Nerve Entrapments. American Society for Peripheral Nerve, 2017 Annual Meeting, Kona Hawaii, January 13, 2017.

Filler AG. Methodology for Analysis of DTI Images in the Setting of Brain Injury with Memory Loss. Society for Brain Mapping and Therapeutics, 14th Annual Meeting, Los Angeles, CA; April 20, 2017

Filler AG. Surgical Treatment of Peripheral Pain: Lower Extremity Nerve Entrapments. Annual Meeting of the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves. Orlando, FL; March 14, 2018.

Filler AG. Methodology for Analysis of DTI Images in the Setting of Brain Injury with Photophobia or Vertigo. Society for Brain Mapping and Therapeutics, 15th Annual Meeting, Los Angeles, CA; April 14, 2018

## **Books**

Filler AG. *Apple Thesaurus* (technical text on Apple II microelectronics, lab interfaces, and machine level programming). Datamost, Chatsworth, California. pp. 893. (1984). For information on the book: http://www.amazon.com/Apple-Thesaurus-Aaron-Filler/dp/0881903469

Filler AG. *Do You Really Need Back Surgery: A Surgeon's Guide to Neck and Back Pain and How to Choose Your Treatment*. Oxford University Press. pp 352.(2004).
http://www.amazon.com/You-Really-Need-Back-Surgery/dp/019532708X
Hardcover 1st Edition May 2004
Paperback Edition May 2007
Paperback 2nd Edition January 2013

Filler AG. *The Upright Ape: A New Origin of the Species*. New Page Books, New Jersey, July 2007.
http://www.amazon.com/Upright-Ape-New-Origin-Species/dp/1564149331

Filler AG. *Axial Character Seriation in Mammals*: *An Historical and Morphological Exploration of the Origin, Development, Use, and Current Collapse of the Homology Paradigm*. Brown Walker Press, Boca Raton, FL, April 2007.
http://www.amazon.com/Axial-Character-Seriation-Mammals-Morphological/dp/1599424177

Filler AG. Smart Guide to Patents – SmartGuide Publications (September 2012)
http://www.amazon.com/Smart-Guide-Patents-Aaron-Filler/dp/098344210X

Aaron G. Filler                                                              June 25, 2020

Filler AG. Guide to Back Pain, Neck Pain and Nerve Disorders – Smart Guide
Series (in prep)

Filler AG. Guide to Medical Imaging for Patients – Smart Guide Series (in prep)

## Theses

Filler, AG. *Brain Size and Social Behavior in East African Bovids: Application of Multivariate Statistics, Eigenvectors and Factor Analysis to Relate Behavioral and Morphometric Data.* (BA, University of Chicago) (1977) (Human Behavior & Institutions)

Filler, AG. *Factor analysis and multivariate statistics for the evaluation of cranial morphometrics in Macropodids.* (Medical Student research project (1978) University of Chicago.

Filler AG. *Functional and Evolutionary Perspectives on Axial Anatomy in Hominoids*. (MA, University of Chicago) (1979).

Filler AG. *Axial Character Seriation in Mammals*: *An Historical and Morphological Exploration of the Origin, Development, Use, and Current Collapse of the Homology Paradigm.* (PhD, Harvard University) (1986).

## Blog Posts

| 1/29/2007 | *Oxford University Press Blog*<br>Is there an ethical crisis in spinal surgery?<br>http://blog.oup.com/2007/01/is_there_an_eth/ |
|---|---|
| 12/15/2007 | *Anthropology.net*<br>A human ancestor for the apes? – Morotopithecus & Homo sapiens vertebrae<br>http://anthropology.net/2007/12/15/a-human-ancestor-for-the-apes/morotopithecus-homo-sapiens-vertebrae/ |
| 12/24/2007 | *Oxford University Press Blog*<br>Redefining the word "Human" – Do some apes have human ancestors?<br>http://blog.oup.com/2007/12/human/ |
| 8/17/2009 | *Research Blogging*<br>Diagonal postures & The descent from human to ape<br>http://www.researchblogging.org/blogger/home/id/1142 |

Aaron G. Filler                                                              June 25, 2020

## Major Media Coverage of Academic Work

Print

| | |
|---|---|
| 3/16/93 | *New York Times* - Magnetic Resonance Gives Better Images of Nerves in the Body. Warren Leary. |
| 3/12/93 | *LA Times* - Nerve Imaging Could Revolutionize Treatment of Pain. Thomas Maugh. |
| 3/12/93 | *London Times* - 3D images improve cancer treatment. Nigel Hawkes. |
| 3/21/93 | *Die Welt* - NMR-Tomographie spürt Nervenstränge auf. Werner Schulz. |
| 3/12/93 | *Associated Press* - New method lets doctors see nerves more clearly. |
| 3/20/93 | *Science News* - Seeing the nerves within us |
| 9/28/96 | *Science News* - Imaging method really shows some nerve |
| 7/31/96 | *LA Times* - Report touts new nerve imaging technique. Thomas Maugh. |
| 9/7/96 | *Lancet News* - MRI simplifies diagnosis of peripheral nerve lesions. |
| 3/2001 | *Discover* - Pulling pain up by the roots. Paul D. Thacker page11. |
| 3/24/01 | *The Economist* - Magic bullet for pain-killers. Technology Quarterly, page 20 |

Internet

| | |
|---|---|
| 4/18/1997 | *CNN.com*<br>Enhanced MRI reveals nerves that cause pain<br>http://cnn.com/HEALTH/9704/18/nfm/pain/index.html |

-42-

11/8/2000        *BBC News*
                 A Step Forward in Killing Pain
                 http://news.bbc.co.uk/hi/english/health/newsid_1011000/1011780.stm

11/8/2000        *Web MD*
                 New Techniques Get at Pain Where It Hurts: Nerves Carry
                     Pain Medication Directly To Its Target
                 http://my.webmd.com/content/article/1728.63588

11/8/2000        *CBS Healthwatch*
                 New Drug Delivery Method May Target Pain Directly
                 http://cbshealthwatch.medscape.com/medscape/p/gcommunity/HN
                     ews/hnews.asp?RecID=226860&Channel=0

11/8/2000        *Reuters Health*
                 Axonal Transport System Targets Drug to Site of Neuropathic
                 Pain in Rat Model
                 http://www.reutershealth.com/archive/2000/11/08/professional/links/2
                     0001108scie002.html

11/8/2000        *New Scientist:*
                 Magic Bullet
                 http://www.newscientist.com/dailynews/news.jsp?id=ns9999156

11/8/2000        *Associated Press*
                 http://wire.ap.org/APnews/?SITE=JRC&FRONTID=HOME

11/8/2000        *Wired News*
                 Pain Relief's New Delivery System
                 http://www.wirednews.com/news/technology/0,1282,40125,00.html

1/31/2005        *Forbes.com*
                 New Clues for Sciatica Pain Relief
                 http://news.healingwell.com/index.php?p=news1&id=523726

7/15/2007        *Reuters*
                 Blame that bad back on your ancestors
                 http://uk.reuters.com/article/idUKN1427159120070715

10/10/2007       *MSNBC*
                 Human ancestors walked upright, study claims
                 http://www.msnbc.msn.com/id/21223189/wid/11915829/

5/20/2011        *Reuters Legal News*
                 Revenge of the Patent Holders
                 http://newsandinsight.thomsonreuters.com/Legal/NY/News/ViewNe
                     ws.aspx?id=16798&terms=%40ReutersTopicCodes+CONTAINS+

10/7/2019        *Bloomberg Law*

-43-

Aaron G. Filler                                                                June 25, 2020

Federal Circuit Reinstates Brainlab MRI Patent Dispute
https://news.bloomberglaw.com/health-law-and-business/fed-cir-reinstates-brainlab-mri-software-patent-dispute

| | | |
|---|---|---|
| 10/7/2019 | Law 360 | |

Federal Circuit Reverses Brainlab MRI Patent Win
https://www.law360.com/articles/1206835/fed-circ-reverses-brainlab-mri-patent-win

10/24/2019     *Patent Docs*
NeuroGrafix v. Brainlab, Inc (Fed. Cir. 2019)
https://www.patentdocs.org/2019/10/neurografix-v-brainlab-inc-fed-cir-2019.html

11/26/2019     *Lexology*
No Brainer: Summary Judgment Based on Non-Asserted
   Grounds Procedurally Improper
https://www.lexology.com/library/detail.aspx?g=0c98741c-f586-43e8-a65f-99bddbfa0589

10/24/2019     *Patent Docs*
NeuroGrafix v. Brainlab, Inc (Fed. Cir. 2019)
https://www.patentdocs.org/2019/10/neurografix-v-brainlab-inc-fed-cir-2019.html

## Television

3/12/93     *CNN* Headline News

11/8/96     *ABC* World News Tonight with Peter Jennings
http://www.aaronfiller.com/Video/AGF_Movie.html

4/18/97     *CNN* Headline News
http://www.aaronfiller.com/Video/AGF_Movie.html

3/1/05     Fox 11 News

7/31/05     Ivanhoe Science Productions
http://www.ivanhoe.com/science/story/2005/07/31a.html

11/3/2017     *Megyn Kelly - NBC*
   Is Harvey Weinstein About to Be Arrested

Serving All 50 States * 866-983-3167 * Nationalbii.com

Aaron G. Filler                                                                  June 25, 2020

https://www.today.com/video/is-harvey-weinstein-about-to-be-
arrested-1091195971711

11/7/2017     *Tucker Carlson - Fox News*
              Will Weinstein Case Go to a Grand Jury
              https://www.youtube.com/watch?v=AB9-xAwOUT4
              (at 33:20 of 44:14)

**Serving All 50 States  *  866-983-3167  *  Nationalbii.com**

**NATIONAL**
**BRAIN**
**INJURY**
**INSTITUTE**

®*America's Leader in the Diagnosis & Treatment of Traumatic Brain Injury*

*Aaron Filler, MD, Ph.D., J.D.*
*2716 Ocean Park Blvd, Suite 3082*
*Santa Monica, CA 90405*

*(310) 314-6410*
*Fax (310) 314-2414*

---

### Professional and Legal Fee Schedule for Aaron G. Filler, MD, Ph.D., J.D.

This is the fee schedule for expert witness and professional fees for service performed by Aaron G. Filler, MD, Ph.D., Director of the Institute for Nerve Medicine. Dr. Filler is board certified in Neurosurgery by the American Board of Neurological Surgery and also by the Board in Surgical Neurology of the Royal Colleges of Surgeons of England, Edinburgh, Glasgow, and Ireland. He has a MD from the University of Chicago and Ph.D. from Harvard University. He has staff privileges at Cedars Sinai, and St. John's Health Center where he performs clinical work. Dr. Filler is director of the Peripheral Nerve Program and director of the Spinal Disorders Program at the Institute for Nerve Medicine. The available fees for services are:

Medical record review, radiological studies, medical report preparation,
phone consultation hourly rate **\*Rush is completion in 1 week, or less at $2,000.00**)          $1,000.00

Independent Medical and Medical Examinations (with limited medical records) $675.00
    \*\*\*Note- **$6,000.00** charge applies to no call/no show fees for all IME's

\*Deposition testimony hourly rate (2 hours minimum charge applies)          $1,500.00

**\*Trial testimony \*or binding arbitration testimony** per **half day** (only in CA)          $7,500.00
**\*Trial testimony or binding arbitration Full day – and all out of state testimony**          $15,000.00

\*Travel for expert witness services hourly rate          $1,000.00 via airplane
\*this does not include airfare, hotel stays etc.          $1,500.00 via private car

\*Retainer fee for large cases (records over 9 hours, DTI, MRN requests etc.)          $20,000.00

\*\*\***Review for merit requests**: the minimum fee is <u>**$2,500.00 non-refundable**</u> plus any additional reports, references, exhibits, and lengthy medical records will be charged hourly.

Separately submitted supplemental records for review will be billed for medical record review. Miscellaneous expenses will be charged directly, such as, transcription services, specialized computer software, text or reference books obtained specifically for a given case, and any special media orders (overhead layouts, expanded picture blow-ups, etc.) Estimated expenses arising from airfares (business or first class seats), hotel fees, rental car and parking fees must be paid in advance or included in a retainer. \*Cancellations must be made 48 hours advance of the scheduled occurrence or the minimum fee will be applied. **\*\*\*We follow a strict NO REFUNDS policy without exception.**

\*\*\*All arbitration testimony and all trial testimony must be requested AT LEAST 30 days in advance of testimony, regardless of any prior issued or predicted trial commencement date.

NATIONAL
BRAIN
INJURY
INSTITUTE

®*America's Leader in the Diagnosis & Treatment of Traumatic Brain Injury*

Please respond in writing within 5 days if this fee schedule is not acceptable. After accepting the terms of this schedule, ***we adhere to the Code of Civil Procedure Section 2034, which specifies you will provide a copy of these fees to opposing counsel in your declaration.*** Furthermore, deposing counsel will be responsible for all time spent at the deposition, any additional time for counsel who is declaring Dr. Filler, as their expert shall pay deposition transcription review.

To schedule all consultations and depositions, contact me at (310) 314-6410. All correspondence, medical records and advanced fee retainer checks for Dr. Filler should be **sent to the address on this letterhead.** All signed original reports will be sent as soon as we receive payment, or an arrangement has been made in advance. **All charges are due upon scheduling, and payments for trial or deposition testimony are due in advance of scheduled testimony**. **\*Any late payments (beyond date of service) are subjected to a 20% (of total balance due) penalty, no exceptions.**

Sincerely,                                                                Approval Signature,

Jodean Petersen, CSO                              _____ Date_____

EXHIBIT B



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

## INITIAL COMPREHENSIVE EVALUATION VIA PHONE

**Patient Name: Haysbert, JoAnn**
**Date of Birth: 09/22/1948**
**MR#: HJ50647**
**Date of Injury: 5/23/2018**
**Date of Service: 09/18/20**

**MECHANISM OF INJURY:** Fall / Blow to the head

**HISTORY OF PRESENT ILLNESS:** The patient was with her daughter in the car going to dinner. They arrived at the Outback Steakhouse. The patient asked the hostess where the restrooms were. The hostess pointed in the direction of the restrooms. The patient took 1-2 steps forward towards the restroom, all of a sudden, she fell on her left side due to the slippery floor. Her head slammed on the slippery floor. She lost consciousness for a few seconds. When she regained consciousness, she saw people around her. She was unable to move. She was picked up by three people. She was confused and disoriented. The patient did not know where she was. The patient started experiencing immediate pain in her left temple and her head was spinning. She was dizzy and off balance. She had swelling and bruising of her left temple. She also had left wrist/shoulder pain and entire left sided pain and discomfort. The manager of the restaurant asked her if she should call an ambulance, but the patient told the manager to call her daughter who is outside. The patient was brought home with her daughter and went to sleep immediately due to the fear of dying. Her daughter iced her left side of the body for the swelling to go down. The swelling and the symptoms continued and a few days after the fall she went to an urgent care due to ongoing symptoms of headache, dizziness and vertigo. She had an Xray of her left hand done at the urgent care. There was no fracture but was told she had a contusion and a left-hand splint was placed.  and was told to follow up with the PCP. She followed up with the PCP who ordered an MRI of the brain. Patient is accompanied by her son.

- **LOC:** positive; loss of consciousness under 2 minutes.
- **Hit head:** positive.
- **Confusion/disorientation:** positive.
- **Dizziness/Balance:** positive.
- **Nausea/Vomiting:** denied.
- **ER visit info:** transported via personal vehicle, same week.
- **Disposition:** discharged with pain management medications and orders to follow-up with PCP.

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

Mrs. Haysbert was seen today for her initial comprehensive evaluation.. To assist in the quantification of her symptom severity, the Rivermead Post-Concussion Symptoms Questionnaire tool was utilized in the form of tick boxes in the related sections. Sections wherein the rating exceeds 'No More of a Problem' are considered abnormal. The following was reported by Mrs. Haysbert:

1. **Post-traumatic headaches**: On a scale of 1 to 10, Mrs. Haysbert reports headaches of 7 or 8/10 in intensity. Headaches are recurring 1-2 days per week /minimum of 2 with a duration of minimum of 2 hours to the majority of the day."but minimum of 2 hours. When she can't muster through the day to do anything like sitting up she has to be laying down. When she can't muster through the day due to headaches, then she has to go lie down". . Pain is described as throbbing, pulsating, and/or stabbing/piercing.  No stabbing or piercing, Pressure feeling, laying down is the only thing that works. Pain is most frequently located in the crown area. It feels like her whole head. No previous history of headaches/migraines is reported.  Associated symptoms include light, sound sensitivity, and dizziness. Alleviating factors include dark, quiet spaces and rest.  Light and sound are known exacerbating factors. Some days the headaches can get to a level of intensity scale. She would put a warm rag on her left ear. Ear cover that help with that and has had to compromise her appearance. If she feels air in her ear, she feels dizzy and does not feel stable.

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ |

2. **Sensitivity to light:** Sensitivity to light is endorsed. She has adapted by minimizing her exposure to bright lights in order to prevent an episode of sensitivity to light.

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ■ | ☐ | ■ | ☐ | ☐ |

3. **Sensitivity to sound:** Sensitivity to sound is endorsed.

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ |

4. **Vision:** She reports seeing white spots in her vision when she is staring off. Patient must close her eyes for a couple seconds for the dots to go away.

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ |

5. **Ringing in the ear(s):** If she sleeps on her side, she feels like something is draining or running.

6. **Dizziness:** Sudden quick movement such as standing up quickly, laying down quickly, or turning her head quickly will cause dizziness. She has adapted to doing things slowly, to prevent the episodes of dizziness.

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ |

7. **Balance:** Sudden quick movements such as standing up quickly, laying down quickly, or turning her head quickly will cause imbalance. She has adapted to doing things slowly, to prevent the episodes of imbalance.

8. **Speech:** Word-finding difficulties are endorsed. The patient has to focus before she can enunciate the words.

9. **Neurocognitive deficits**: Since the incident, Mrs. Haysbert has complained of neurocognitive dysfunction.

   a. **Memory:** She has experienced memory loss. Patient gave an example that one day she was speaking with her relative on the phone and told them she was looking for her phone. They then explained to her that she was speaking on her phone and she realized it was in her hand. Her daughter reported that she has noticed deficits in short term memory. She can't multitask and can only focus on one simple task at a time.

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ |

   b. **Processing Speed/ confusion:**

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ |

   c. **Attention problems:**



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ |

10. **Sleep:** Sleep has been unaffected thus far and normal sleep patterns are reported. She only gets up to go to the bathroom. She can rest well at night and still wake up tired.

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ |

11. **Fatigue/Sluggishness:** Fatigue persists and is unabated by rest.

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ |

12. **Nausea and/or weight change:** Nausea and/or emesis is presently denied.  Patient has noticed weight loss.

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ |

13. **Tremors:** Bilateral tremors were reported by the patient.

14. **Bodily pain(s)**: Patient reported body pain only in the left ear.

15. **Numbness/ Tingling:** Numbness and/or tingling is reported in her feet.

16. **Crying Spells/Emotional Regulation:** To date, crying spells absent known cause have not occurred and are not problematic. Emotions are self-regulated and reasonably controlled.

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ |

17. **Frustration and/or Irritability:** An exacerbation of irritability and or an increase in frustration are reported only when she feels tired.

**Initial Comprehensive Evaluation Via Phone for Haysbert, JoAnn | 4 of 27**
**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77081
**Dallas:** 7800 N. Stemmons Fwy, Ste. 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

| Not Experienced | No More of a Problem | A Mild Problem | A Moderate Problem | A Severe Problem |
|:---:|:---:|:---:|:---:|:---:|
| ☐ | ☐ | ■ | ☐ | ☐ |

18. **Depression/Anxiety:** Patient's son reported an heightened anxiety since the fall. To further evaluate for the presence of depression, the PHQ-9 was administered to Mrs. Haysbert; results are as below.

**Depression Screening Questionnaire (PHQ-9)**

| QUESTION | SCORE |
|---|---|
| Little interest or pleasure in doing things? | Not at all - 0 |
| Feeling down or hopeless? | Not at all - 0 |
| Trouble falling or staying asleep, or sleeping too much? | Several days - 1 |
| Feeling tired or having little energy? | More than half the days - 2 |
| Poor appetite or overeating? | Not at all - 0 |
| Feeling bad about yourself — or that you are a failure or have let yourself or your family down? | Not at all - 0 |
| Trouble concentrating on things, such as reading the newspaper or watching television? | Not at all - 0 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless than usual? | Not at all - 0 |
| Thoughts that you would be better off dead, or thoughts of hurting yourself in some way? | Not at all - 0 |
| **TOTAL SCORE =** 0 - 4 = No depression, presently ||



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

Based upon the above information, Mrs. Haysbert's overall score exceeds the parameters for normal; thus, disability is present. With reasonable medical probability, I believe said disability is a result of the incident described in the History of Present Illness section above and will likely result in residual and/or ongoing issues.

**PATIENT REPORTED PAST MEDICAL HISTORY:**
1. Hypothyroidism
2. Hypertension

**PATIENT REPORTED PAST SURGICAL HISTORY:**
1. Gallbladder removal
2. 2 c-sections

**PATIENT REPORTED ALLERGIES/SENSITIVITIES:**

1. NKDA

**MEDICATIONS:**

1. Tyrosine 500 MG Oral Capsule

**PATIENT REPORTED SOCIAL HISTORY:** Mrs. Haysbert lives with her daughter and mother. She is not a tobacco user and has no history of use. She does not use alcohol. She denies illicit drug use.

**PATIENT REPORTED OCCUPATION PRIOR TO INJURY:** College Administrator

**HANDEDNESS:** Mrs. Haysbert reports right-hand dominance.

**PATIENT REPORTED EDUCATIONAL HISTORY**: 20 years

**PATIENT REPORTED FAMILY HISTORY:**
1. Maternal: Hypertension
2. Paternal: Diabetes

**REVIEW OF SYSTEMS:**

**GENERAL/CONSTITUTIONAL:** As recorded in the History of Present Illness section above.



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

**HEAD, EYES, EARS, NOSE, AND THROAT:**

**Eyes**: The patient reports white spots in her field of vision but denies pain, redness, loss of vision, double or blurred vision, flashing lights, dryness, the feeling that something is in the eye and denies wearing glasses.

**Ears, nose, mouth, and throat:** The patient reports sensation of fluid discharge from her ear but denies ringing in the ears, loss of hearing, nosebleeds, loss of sense of smell, dry sinuses, sinusitis, post nasal drip, sore tongue, bleeding gums, sores in the mouth, loss of sense of taste and dry mouth.

**CARDIOVASCULAR:** The patient denies chest pain, irregular heartbeats, sudden changes in heartbeat or palpitations, shortness of breath, difficulty breathing at night, swollen legs or feet, heart murmurs, high blood pressure, cramps in Her legs with walking, pain in her feet or toes at night or varicose veins.

**RESPIRATORY:** The patient denies chronic dry cough, coughing up blood, coughing up mucus, waking at night coughing or choking, repeated pneumonias, wheezing or night sweats.

**GASTROINTESTINAL:** The patient denies decreased appetite, nausea, vomiting, vomiting blood or coffee ground material, heartburn, regurgitation, frequent belching, stomach pain relieved by food, yellow jaundice, diarrhea, constipation, gas, blood in the stool, black tarry stools or hemorrhoids.

**MUSCULOSKELETAL:** As recorded in the History of Present Illness section above.

**NEUROLOGIC:** As recorded in the History of Present Illness section above.

**PSYCHIATRIC:** As recorded in the History of Present Illness section above.

**ENDOCRINE:** The patient denies intolerance to hot or cold temperature, flushing, fingernail changes, increased thirst, increased salt intake or decreased sexual desire.

**HEMATOLOGIC/LYMPHATIC:** The patient denies anemia, bleeding tendency or clotting tendency.

**ALLERGIC/IMMUNOLOGIC:** As recorded in the History of Present Illness - Allergies section above.

**PHYSICAL EXAM**

**CENTRAL NERVOUS SYSTEM:** Patient is able to ambulate independently.

**MENTAL STATUS:** The patient is oriented to person, place, problem, and time.

**MOOD:**  She appeared to be frustrated during the interview.



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

**SPEECH:** Word-finding difficulties were noted at times during the history and exam.

### Migraine Disability Assessment Tool (MIDAS)

| | |
|---|---|
| On how many days in the last 3 months did you miss work and/or school because of your headaches?<br><br>(You were completely unable to go) | 0 days; this does not apply to me. |
| How many days in the last 3 months was your productivity at work and/or school by half or more because of your headaches?<br><br>(You were able to go, but unable to perform your best; do not include missed days) | 1-3 days |
| On how many days in the last 3 months did you not do household work (cleaning, shopping, child/relative care, cooking, repairs, yard work, etc.) because of your headaches?<br><br>(You were completely unable to perform the task) | 0 days; this does not apply to me. |
| On how many days in the past 3 months was your productivity in household work reduced by half or more because of your headaches?<br><br>(You were able to perform the tasks, but unable to perform at your best; do not include missed days) | 0 days; this does not apply to me. |
| On how many days in the past 3 months did you miss family, social and/or leisure activities because of your headaches? | 0 days; this does not apply to me. |
| **TOTAL** | 0-5 = MIDAS Grade I |



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

**MIDAS Scale**

| MIDAS Grade | Definition | MIDAS Score |
|---|---|---|
| I | **Little or No Disability =** Unlikely to affect daily activities and/or independence. | **0-5** |
| II | **Mild Disability =** Some activities and/or areas of independence are being affected. | **6-10** |
| III | **Moderate Disability =** More activities and/or areas of independence are being affected significantly. | **11-20** |
| VI | **Severe Disability =** Activities and/or areas of independence are profoundly affected. | **21+** |

Used to record acute disability from headaches, the Migraines Disability Assessment or MIDAS tool was completed today with Mrs. Haysbert. Based upon Her answers as provided in the table above, she is classed as having a MIDAS Grade of I which equates to little or no disability due to headaches.

**DIAGNOSIS AND TREATMENT PLAN:**

○ **POST-TRAUMATIC HEADACHE**

A post-traumatic headache is defined as one that develops or onsets within the seven days following injury or after regaining consciousness (2; Defrin, 2014). Since the incident on (date), Mrs. Haysbert has suffered from headaches of 7 or 8/10 intensity minimum twice a week. There is a temporal relationship between the incident and the onset of headaches. Headaches are the most frequent complaint following a traumatic brain injury, with a prevalence rate up to 95%. Even at twelve months post-incident, the



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

cumulative incidence rate remains above 70%. The majority of those suffering experience daily or weekly onset, with the temple, forehead, neck, back of head, eyes, and vertex the most cited locations of pain (1; International Headache Society).

I recommend the following treatment strategies for Mrs. Haysbert:

- **Vitamin and Herbal Supplementation:** Use of the following as directed to naturally prevent and/or treat headaches/migraines.
    - **Riboflavin (Vitamin B12) 25-400 mg daily –** Helps to reduce frequency after one month of use with continued reduction over following two months. Increases energy and may cause a flushed or warm feeling which passes. Urine may be bright yellow. Costs for this vitamin supplement range from $13.00 – $30.00 per month.
    - **Coenzyme Q10 (CoQ10 or ubiquinol) 150-200 mg twice daily –** Reduces frequency by more than 50% in some people by increasing cell energy in the brain. Commonly used to improve memory and cognition. May increase energy levels. Costs for this supplement range from $27.00 - $55.00 per month.
    - **Magnesium oil topical spray 400-600 md daily/4-5 sprays –** Stimulates blood flow and eases the nervous system for relief from pain. Use close to bedtime as it induces calm and restfulness. Apply to areas where skin is thin, such as the tops of feet to aid in rapid absorption. May cause skin irritation at site resolved after 10-15 minutes. Avoid oral formulation to avoid gastrointestinal side-effects. Taking a bath with Epsom salt may also be of benefit for pain relief throughout the body. Costs for this supplement range from $15.00 – $21.00 per bottle, with one bottle lasting 2-3 months with prescribed use.
    - **Butterbur root extract/ Blatterdock (Petasites hybridus) 50 mg 2-3 times daily –** Works to alleviate spasms and decrease swelling from inflammation in the brain to prevent onset of pain. Do not take when pregnant or attempting to conceive due to the risk of birth defects and liver damage. May cause indigestion, burping and some mild gastrointestinal issues that often ease with continued use. Costs for this herbal supplement range from $19.99 – $41.50 per month; using inferior brands is advised against.

- **PRN Therapy:** Mrs. Haysbert is advised to use Tylenol 500 MG twice a week. The treatment will be evaluated during the follow up.

    ○ **MILD TRAUMATIC BRAIN INJURY WITH NEUROCOGNITIVE DEFICITS**



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

Since the incident, Mrs. Haysbert is suffering from neurocognitive deficits. The following areas are affected based on history:

- Memory
- Learning
- Visual/Spatial analysis
- Judgement
- Executive Functions

I am initiating neurorehabilitative exercises, listed below, to improve Her neurocognitive deficits. Mrs. Haysbert is advised to do these neurorehabilitative exercises on a daily basis for a minimum of thirty minutes. She is also advised to keep a log of progress and the number of hours spent engaged in these exercises and bring it with her to each subsequent encounter.

Patient compliance is expected and anticipated.

- ○ **ENVIRONMENTAL ENRICHMENT**

Brain stimulation via physical and social surroundings is known to increase psychological and physiological well-being. When provided with a richer, more stimulating environment, higher rates of synaptogenesis and more complex dendrite arbors are actualized as brain plasticity increases. Essentially, the brain's network grows and strengthens, creating new and/or rebuilding damaged pathways. Environmental enrichment therapies inclusive of physical, cognitive, and social stimulation, have been proven to improve both functional and histological outcomes in those who have suffered from a traumatic brain injury. Mrs. Haysbert has suffered a traumatic brain injury; she would benefit from an enriched environment to aid in the recovery process and overall well-being. Costs to implement these therapeutic changes vary, but an average of $1,500.00 - $5,000.00 annually is appropriate. The following should be implemented in Mrs. Haysbert's home environment to bolster Her recovery and work towards regaining Her cognitive capacity:

- Mirrors, pictures, photographs, books, and interesting things to look at.
- Varied lighting from lava lamps or colored bulbs or neon signs. Christmas lights or those meant for outdoor use will work.
- Items of comfort for relaxing such as rugs, large pillow, bean bags, and/or blankets.
- Chairs and seating of varied types such as rocking chairs, hammocks, etc.
- Calming music or sounds such as those like the ocean or rain. Classical or instrumental music will work well.



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

- Pleasant scents; lavender, clary sage, and peppermint have calming or attentional properties.
- Textures of all varieties. Include varied materials from wood to fuzzy pillows.
- Opportunities to exercise, as able. Treadmills, stationary bikes, rowing machines, yoga mats, etc.
- Aesthetically interesting with height variations and surface changes throughout. Ensure that the environment is pleasing and provides opportunity for inquiry and contemplation.
- Opportunities for socializing in a limited or controlled capacity such as volunteering, coffee 'dates', library outings, and mall-walking.
- Creative outlets and the supplies needed for painting, coloring, journaling and the like.
- Cognitively challenging tasks or materials; word-finds or crosswords, newspapers, documentaries, or even local classes will serve well.

○ **NEUROREHABILITATIVE EXERCISES**

The following websites and apps may partially restore and/or improve diminished brain functions:

---

**BrainHQ**:  www.brainhq.com

**Happy Neuron:**  http://www.happy-neuron.com/

**Lumosity:**  https://www.lumosity.com/

**Tactus Therapy:**  https://tactustherapy.com/therappy/

**Web Sudoku:**  https://www.websudoku.com

**Lumosity:** a free app version of the full site with mobile compatibility. Tailored goal format allows for working on specific areas of concern, including memory, attention, problem solving, processing speed, and cognitive flexibility.

**Eidetic:** Utilizes spaced repetition to improve memory recall and recognition. Different from many training apps as it utilizes contextual knowledge, thus bolstering the same.

**Elevate:** After an initial quiz to assess baseline, daily tasks are set for personal goals to improve in areas of weakness. Brief but thorough games exhibit progress via visual maps.

---



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

> **Fit Brains Trainer:** Increasingly complex and challenging tasks build upon each other to expand brain prowess.
>
> **Personal Zen:** Focuses on anxiety reduction and emotional stability.
>
> **Brain Trainer Special:** Varied levels for several concepts such as sequencing, calculations and numerical capacity, and memory.
>
> **Brain Fitness:** Series of memory training exercises to increase focus, problem-solving skills, attention, memory, and overall cognitive capacity. Please note, there is both a free and a paid version.

○ **STRESS MANAGEMENT**

General stress management techniques including meditation, yoga, and massage therapy may be helpful.

Compensatory strategies that may be useful for Mrs. Haysbert to implement in Her daily living are as follows:

- Allowing more time to complete tasks to avoid time pressures.
- Utilizing a day planner/calendar to record appointments and important future tasks.
- Writing down and organize information to be remembered by carrying a small notebook and pen.
- Breaking up longer tasks into multiple, shorter tasks and avoid multitasking.
- Completing tasks in a quiet room, turning off televisions or other distracting sources.
- If becoming fatigued or losing focus, stop and take a break before returning to the task.

○ **DIFFUSION TENSOR IMAGING**

I am ordering Diffusion Tensor Imaging of Her brain. This test is warranted to evaluate the extent of damage to the white matter tracts following head injury. DTI will allow more precise discovery into the areas damaged, at a level unable to be viewed with traditional MRI or CT; these techniques are not sensitive to detecting diffuse/traumatic axonal injuries (DAI/TAI) - the major brain injuries observed in mTBI (6; Shenton et al, 2012). Symptoms in this patient group are the result of alterations undetectable by traditional CT and/or MRI machinery, thus giving the appearance of a 'normal' brain. While structural knowledge is important for Mrs. Haysbert's care, information garnered from



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

DTI reveals microscopic damage and is very helpful for the targeted neurocognitive rehabilitation and prognostication. Costs for this sophisticated imaging, absent insurance, range from $12,500.00 - $35,000.00, depending on facility and interpreter expertise.

○ **NEUROPSYCHOLOGICAL ASSESSMENT BATTERY**

A Neuropsychological Assessment Battery is a comprehensive test or assessment of the patient's brain functions: attention, processing speed, learning, memory, intelligence, language, sensory acuity, calculation, visuospatial ability, problem solving, judgement, abstract thinking, mood, and temperament. After brain injury, many or all of these cognitive domains may be impaired or affected. Simple screenings, while appropriate for a high-level overview or diagnostically challenging cases, cannot ascertain the depth or breadth of a comprehensive series, specifically in a complex presentation wherein multiple domains appear impacted (7; Kosaka, 2006). This test is warranted and of benefit for Mrs. Haysbert as the information obtained from this testing will be helpful in clinical decision making as well as ongoing and future neurocognitive rehabilitation. Costs for this intensive battery vary by provider expertise and level of credential, with a range of $8,500.00 - $22,000.00 typical for those without insurance.

○ **NEUROCOGNITIVE RECOVERY SUPPLEMENTS**

In addition to a diet filled with antioxidant foods, such as berries, carrots, tea, nuts, and a variety of vegetables, and as part of a low saturated fat and reduced refined sugar diet, the following have been shown to be of benefit to those recovering from traumatic brain injury:

- **Vitamin D 3000 IU daily with food** - supports the growth of new brain cells.
- **Fish Oil / Omega 3 Supplements 2-3 grams with food daily** - may improve brain function.
- **Probiotics** - improves gut health and, via the vagus nerve and production of neurotransmitters, brain health, too.
- **Magnesium L Threonate 1-2 grams daily** - boosts brain levels of magnesium and associated benefits for sleep, anxiety, and cognition.
- **Vitamin B12 1000 micrograms daily** - may prevent brain atrophy.
- **Coenzyme Q10 100 mg daily** - protects brain cells from oxidative damage.
- **N-Acetyl Cysteine 150 mg daily -** regulates glutathione and glutamate levels to improve brain health.
- **Zinc 20 mg daily** - aids in brain signal transmission and cell growth.



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

- **Alpha Lipoic Acid (ALA) 100 mg daily -** fights free radicals, reduces inflammation, and offers protective benefits.
- **Phosphatidylserine (PS) 100 mg daily -** protects the brain and aids in messaging between cells.
- **Glucoraphanin 15 mg daily -** prevents damage, even delayed, and aids in cognitive restoration.
- **Curcumin (Turmeric) 2 gm daily -** reduces oxidative stress and protects the brain; reduces the overall effects of concussive injury on cognition.

Monthly cost for these supplements varies by quality and retailer. Allotting $100.00 - $300.00 monthly, or $1,200.00 - $3,600.00 annually, should provide for their acquisition.

○ **SPEECH ABNORMALITIES**

Brain damage, such as that imparted by trauma, is a major cause of adult-onset communication disorders, specifically aphasia, apraxia, and dysarthria. Diffuse brain injury is known to cause difficulties in comprehension and expression. Damage to the left hemisphere often manifests as aphasiac conditions and dysarthria, while right hemisphere damage accounts for confrontational naming, word fluency, reading, writing and related impairments (8; Bobba et al, 2019). Mrs. Haysbert has been suffering from slurred speech, dysnomia, and word-finding difficulties.

To address this newly onset communication concern, instruction to practice deep breathing exercises, talk slowly to prevent distortions of speech, and slow down the pace of life in general was given. An educational handout on speech dysfunctions after Traumatic Brain Injury, and a handout of speech exercises to help improve speech at home were provided.

Professional intervention for those suffering with communication impairments following brain injury has been proven effective for the majority of patients. With tailored treatment plans, studies show that between 67% - 82.5% of patients showed improvement in language-based capabilities (9; Coelho et al, 1996). To ensure optimal rehabilitative care, I will order an evaluation by a Speech-Language Pathologist and formal speech therapy if the symptoms do not improve with provided home speech exercises. Individualized treatment plans vary in intensity and duration dependent upon patient need. Costs for each treatment session range from $95.00 - $500.00, absent insurance. For a 24-session plan, this equates to $2,280.00 - $12,000.00.

○ **ANXIETY DISORDER**

Since the incident, Mrs. Haysbert has been experiencing irritability, fatigability, and anxiety.



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

---

**Helpful apps for Mrs. Haysbert:**

**Happify:** Emotional intelligence and training for behavior adaptation; beneficial for adjusting to life after traumatic brain injury.

**Positive Activity Jackpot:** For those with Post-traumatic Stress Disorder or depression; coping skills and behavioral therapy via apps and a reward system.

**ReliefLink:** an app created by Dr. Kaslow for those suffering with depression to track and monitor symptoms, response, etc. and find assistance near-by.

**CBT Thought Diary:** Utilizing the principles behind cognitive behavioral therapy, this app encourages the user to record and monitor feelings, symptoms, and actions. In doing so, reflection can be made to exhibit patterns and aid in behavioral adjustment.

---

○ **POST-TRAUMATIC VERTIGO AND BALANCE DISORDER**

Vestibular dysfunction has been shown to adversely affect processes of attention, and increased demands of attention can worsen the postural sway associated with vestibular disorders. Dysfunction may occur centrally, due to damage to the vestibular nuclei in the brainstem after a head injury, or peripherally, due to damage in the inner ear, such as with Benign Paroxysmal Positional Vertigo (BPPV). After brain injury, vestibular dysfunction ranges from 15%-30% in mild or blast-related TBI, to 100% in those who sustain temporal bone impact or fracture. Presentation includes dizziness, balance deficits, vertigo, visual impairments, and auditory changes (14; AAM PR, 2013).

Mrs. Haysbert endorsed and/or displayed signs/symptoms of vestibular dysfunction during examination. Treatment initiated today includes the following:

- Meditation, omega 3 supplementation, and substituting TV or cell phone watching with stable visual activities, such as reading.
- Vestibular exercises at home (shown below and in handout provided) to improve upon dizziness and imbalance.
- Videonystagmography (VNG) for the diagnosis and rehabilitation of imbalance and dizziness as reported and/or exhibited during examination. Cost for this testing ranges from $350.00 - $1,500.00, absent insurance.

---

**Additional information for balance improvement:**

---



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

Increasing strength and flexibility, specifically in the ankle and hip muscles. Activities such as mini-squats, toe-raises, and/or standing leg lifts, when physical functioning allows, are beneficial.

Many practitioners are utilizing Wii and other physically interactive gaming systems to aid in vestibular rehabilitation. This can be a fun, simple way to build and restore damaged systems.

Single leg balancing while maintaining proper posture, initially for thirty seconds can be done first with the eyes open, and then with the eyes closed with improvement. This can be done anywhere where safety is not a concern and when fall risk is minimal. Waiting in line, while cooking, etc.

Practicing standing or walking in different conditions, when capable, will build physical ability and confidence, while giving the visual system a workout, as well.

---

**Online resources available to aid/educate in recovery:**

**aVOR -** A free app tool, useful for those with vestibular ocular reflex system disorders. Benign Positional Paroxysmal Vertigo education is provided.

**BalanceandMobility.com -** Education regarding causation and treatments available.

**Vestibular Rehabilitation Therapy for Patients -** Created by Physiotherapist Dr. Jordan Tucker, this video discourses vestibular rehabilitation. https://www.youtube.com/watch?v=pkA75_RWHYA. (Googling his name also works).

**VertiGo Exercise** - A comprehensive app that provides video instruction of exercises to improve balance. Progress and time spent are built-in for ease of use.

**Vertigo Exercises -** Visual renderings of causation, along with video demonstrations of relieving exercises, are free in this app.

---

○ **VISUAL DISTURBANCES**

Vision is the most important source of sensory information. Consisting of a sophisticated complex of subsystems, the visual process involves the flow and processing of information to the brain. The visual system is really a relationship of sensory-motor functions, which are controlled and organized in the brain. After TBI, there is frequently a shifting of the visual midline, vitreous hemorrhaging, and macular or retinal



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

abnormalities. Common visual changes following injury include blurred vision, double vision, and decreased peripheral vision. Others suffer photophobia, accommodation, eye movement, convergence, pupillary function, and/or visual fields impairments or changes. Studies indicate that up to 60% of TBI patients suffer from some visual dysfunction in at least one eye (15; Armstrong, 2018).

Mrs. Haysbert reports seeing white spots in her vision. She has seen an optometrist and her prescription has not changed, I recommend she follow up with her optometrist on a yearly basis.

Additionally, I have counseled her to wear polarized, rose-tinted glasses at all times for the next three months to aid in the alleviation of photophobia. Costs for these, as non-prescriptive lenses, range from $150.00 - $1,000.00 each.

**Recommended retailers of rose-tinted glasses:**

- **Felix Gray -** Proprietary blue light filters embedded in polarized and anti-glare lenses. Costs span most budgets and styles are plentiful. Available in prescription and non.
- **Theraspecs** - Designed to aid in migraine and post-concussion relief, these glasses come in multiple styles and price points.

○ **HYPERACUSIS**

The efferent system of the ears provides for numerous functions; perhaps most significantly is noise protection and adaptation and frequency selectivity by modification of the outer hair cells. Traumatic brain injury has been shown to significantly reduce or replete the auditory efferent system in up to 87% of those suffering post TBI auditory-related complaints (17; Attias et al, 2005).

Sensitivity to sound and/or loud sounds is reported. I have counseled Mrs. Haysbert regarding avoidance of exposure to such when possible, as well as the use of ear plugs for mitigation of that which is unavoidable. Costs for noise-cancelling ear plugs range from $10.00 - $300.00 and can be purchased from numerous online retailers. Additionally, we have discussed coping mechanisms and tactics to enable her to deal with this concern as it arises.

○ **ONGOING/ LONG-TERM CARE NEEDS**

A Life Care Plan (LCP) is a document that outlines a comprehensive future plan for medical requirements for patients with long-term treatment needs. Mrs. Haysbert. is suffering from the concerns discoursed in this document which will likely require ongoing



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

and perhaps lifelong care. The checklist below was used to assist in this determination of need.

**Life Care Plan Questionnaire**

| | |
|---|---|
| Long-term physical therapy and/or pain management for neck pain? | |
| Neck surgery performed? | |
| Neck surgery required or likely so? | |
| Long-term physical therapy and/or pain management for back pain? | |
| Back surgery performed? | |
| Back surgery required or likely so? | |
| Long-term treatment for traumatic brain injury and related complications? | **Y** |
| Long-term physical therapy? | |
| Long-term occupational therapy? | |
| Long-term vocational therapy | |
| Long-term rehabilitation? | |
| Assistance with bathing, shopping, meal preparation, and/or money management or related tasks? | |
| Special equipment such as a wheelchair, back brace, and/or prosthesis? | |
| Long-term mental/behavioral health services for depression, anxiety, PTSD, etc.? | |
| Home/environmental modifications for safety/independence? | |

It is my medical opinion, based upon experience and education, that Mrs. Haysbert has likely suffered a traumatic brain injury secondary to the fall suffered as discoursed in the History of Present Illness section.

Mrs. Haysbert was given handouts on at-home vestibular exercises, neurorehabilitative exercises, speech therapies, stress management, rehabilitation supplements, medication education, and sleep hygiene where pertinent.



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

I will follow up with her in 6 months. She will need to complete the Neuropsychological Assessment Battery and diffusion tensor imaging.

Throughout this assessment and examination, supportive techniques inclusive of active listening, validation, and supportive counseling, were utilized to extend understanding, address distress, and encourage healthy coping mechanisms in regard to requisite post-incident adjustments. Communications were entered with the intent of empathetic listening, reflective comments, and to proffer encouragement. Mindfulness and self-awareness were supported, as were healthy choices. Mrs. Haysbert responded well to these interventions and left the office in a seemingly less distressed state.

Thank you for allowing me to participate in Mrs. Haysbert's care after her traumatic brain injury. If I can be of further assistance, please don't hesitate to contact me.

Huma Haider, MD
Medical Director, National Brain Injury Institute
Board Certified in Neurocritical Care through United Council for Neurologic Subspecialties
Certified Life Care Planner (CLCP)
Board Certified in Anesthesiology through American Board of Anesthesiology

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

**NATIONAL BRAIN INJURY INSTITUTE**

## ORDER FORM FOR ADDITIONAL DIAGNOSTIC STUDIES AND SERVICES

| | |
|---|---|
| **Patient Name:** Haysbert, JoAnn | **MR#:** HJ50647 |
| **Date of Birth:** 9/22/48 | **Date of Injury:** 5/23/18 |
| **Phone Number:** (310) 213-7142 | **Date of Service:** 9/18/20 |

**Please fax the results of all the imaging studies, testing and consultation reports
to NBII at 1-281-942-4504 as soon as they are available.**

| Diagnosis | ICD-10 Codes | CPT Codes | Recommendation |
|---|---|---|---|
| | | **Imaging** | |
| Traumatic Brain Injury | S06.2 | 70551 | ☐ MRI of the Brain and Brain Stem w/out contrast |
| | | 70552 | ☐ MRI of the Brain and Brain Stem with contrast |
| | | 70553 | ☐ MRI of the Brain and Brain Stem with + w/out contrast |
| | | 70540 | ☐ MRI of the Temporal Bone and Internal Auditory Canal w/out Contrast |
| | | 73221 | ☐ MRI of the Left/Right Shoulder w/out contrast |
| | | 73223 | ☐ MRI of the Left/Right Shoulder with and w/out contrast |
| | | 72141 | ☐ MRI of the Cervical Spine w/out contrast |
| | | 72156 | ☐ MRI of the Cervical Spine with and w/out contrast |
| | | 72146 | ☐ MRI of the Thoracic Spine w/out contrast |
| | | 72157 | ☐ MRI of the Thoracic Spine with and w/out contrast |
| | | 72148 | ☐ MRI of the Lumbar Spine w/out contrast |
| | | 72158 | ☐ MRI of the Lumbar Spine with and w/out contrast |
| | | 76498 | ■ Diffusion Tensor Imaging (DTI) of the Brain with measurement of Fractional Anisotropy (FA), Mean Diffusivity (MD), Radial Diffusivity (RD) and Axial Diffusivity (AD)<br><br>■ Areas of interest for tractography are: Head Injury, Cognitive Dysfunction, and Psychiatric |
| | | | ■ DTI of the Brain Imaging review by Specialist Neuroradiologist |
| | | 78607 | ☐ SPECT Scan of the Brain |
| Tremors/ seizure disorders | G40.909 | 95951 | ☐ Electroencephalogram - Routine (72 Hour VEEG with intermittent monitoring for detection of interictal epileptiform abnormalities AND subclinical seizure activity |

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

| | | | AND/OR clinical events suspected to be seizures) |
|---|---|---|---|
| **Neuralgia/ neuritis** | M79.2 | 95855, 95856 | ☐ Electromyogram Routine |
| **Syncopal Episodes** | R55 | 93880 | ☐ Bilateral carotid doppler |
| **Dysphagia** | R13.10 | 99205 | ☐ Gastroenterology/SLP evaluation |
| **Snoring, Insomnia** | R06. 83, G47.00 | 95811 | ☐ Polysomnography |
| **Diabetes Insipidus** | E23.2 | 80418 | ☐ Evocative/Suppression testing; Anterior Pituitary Gland Evaluation; complete hormone panel (GH, Prolactin, LH, FSH,TSH, and ACTH) |
| | | | ☐ Other: |
| **IV Infusion Therapy for Headache Management** | | | |
| **Post-traumatic Headaches (Intractable)** | G44.301 | 96374 & J1110 | ☐ IV Infusion Therapy with Dihydroergotamine (DHE) |
| | | 96374 & J3490 | ☐ IV Infusion Therapy with Valproic Acid |
| | | 96374 & J3490 | ☐ IV Infusion Therapy with Ketamine |
| **Posttraumatic Headache Procedures** | | | |
| **Post-traumatic Headaches (Intractable), Occipital Neuralgia** | G44.301, M54.81 | 64615 | ☐ 33 Points Botox Injection |
| | | 64450 & 77002 | ☐ Third Occipital Nerve Block under Fluoroscopic guidance |
| | | 64405 & 76942 | ☐ Greater Occipital Nerve Block under Ultrasound guidance |
| | | 64450 & 76942 | ☐ Lesser Occipital Nerve Block under Ultrasound guidance |
| **Other** | | | |
| **Dysphasia/Aphasia** | R47.0 | 92507 | ☐ Speech Therapy |
| **Benign Paroxysmal Positional Vertigo/ Disequilibrium** | H81.93, H81.10 | 97112<br><br>92547<br>92548 | ☐ Vestibular Therapy [Balance and Gait Rehab and Canalith Repositioning for BPPV]<br>■ Videonystagmography (VNG)<br>☐ Computerized Dynamic Posturography (CDP) |
| **Depression, Anxiety, PTSD** | F32.9, F41.9, F43.1 | 90837<br><br>90791 | ☐ Transcranial Magnetic Stimulation (TMS)<br>☐ Cognitive Behavioral Therapy (CBT)<br>☐ Psychiatric evaluation |
| **Traumatic Brain Injury w/ Neurocognitive Deficits** | G31.84 | 97127<br>96136, 96137 | ☐ Neurocognitive Rehabilitation (Outpatient)<br>☐ Neuropsychological Evaluation |
| **Bruxism** | G47.63, F45.8 | D9940 | ☐ Evaluation for Occlusal Guard by a Dental Professional |
| **Hearing Loss** | H91.90 | 92551, 92552 | ☐ Audiology |
| **Blurred/Impaired Vision** | H53.8, H54.7 | 92102 | ☐ Optometry/Neuro-Ophthalmology |

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

| Neck Pain, Lower Back Pain | M54.2, M54.5 | 97162, 97166 | ☐ Physical Therapy/ Occupational Therapy |
| Shoulder Muscle Tear | M75.102 | 99205 | ☐ Consultation with an Orthopedic Surgeon |
| Cervical Spine Disc Herniation, Thoracic Spine Disc Herniation | M50.10, M51.24 | 99205 | ☐ Consultation with Spine Surgeon |
| Pain, acute or chronic, due to trauma | G89.11, G89.21 | 99205 | ☐ Evaluation by Pain Management Specialist |

Huma Haider, MD
Medical Director, National Brain Injury Institute
Board Certified in Neurocritical Care through United Council for Neurologic Subspecialties
Certified Life Care Planner (CLCP)
Board Certified in Anesthesiology through American Board of Anesthesiology



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

## Preferred Ancillary Service Providers - Los Angeles, CA

| Provider | PoC with whom to coordinate referral and arrange lien |
|---|---|
| National Brain Injury Institute<br>Services Offered<br>● Diffusion Tensor Imaging Scan of the Brain (DTI)<br>● Neuropsychological Assessment Battery (NAB)<br>● Computerized Dynamic Posturography (CDP)<br>● VIdeonystagmography (VNG)<br>● Certified Life Care Plans (CLCP) | Juan Hernandez<br>jhernandez@nationalbii.com<br>P:281-769-3906 |
| Med Trak VNG<br>Services Offered<br>● Videonystagmography (VNG) | Scott Auerbach<br>Scott@medtrakvng.com<br>P:347-742-4100 |
| Dilanchian & Associates Chiropractic<br>Locations<br>Services Offered<br>● Chiropractic Adjustments<br>● Electronic Muscle Stimulation<br>● Ultrasound<br>● Mechanical Massage<br>● Infrared Heat Therapy<br>● Paraffin Wax | Referral Form<br>Mel Dilanchian<br>mel@DrDilanchian.com<br>P:818-247-1331 |
| Interventional Pain Management Center, Stem Cell Regenerative Therapy<br>Services Offered<br>● Spinal Cord Stimulation<br>● Neck & Back Pain<br>● Radiofrequency Ablation<br>● Herniated Disc and Spinal Stenosis<br>● Platelet Rich Plasma (PRP)<br>● Stem Cell and Regenerative Cell Therapy | Jessica Ramirez<br>aurorapainclinic@gmail.com<br>P: 877-433-7246 |
| A Medical Expert Network<br>212 26th Street, Ste. #160 Santa Monica, CA 90402<br>Services Offered<br>● Videonystagmography (VNG) | info@amenexpert.com<br>P: 888-419-2775<br>Fax: 866-864-4566 |
| Rest Analysis<br>Services Offered<br>● EEG/ERP | Dr. Donna Meeks<br>drdonnameeks@gmail.com<br>P:661-209-2782 |
| Laser MD Pain Relief<br>Services Offered<br>● Laser pain management | Dr. Harold Kraft<br>help@lasermdpainrelief.com<br>P: 213-550-5600<br>Fax: 213-325-6425 |

**Initial Comprehensive Evaluation Via Phone for Haysbert, JoAnn | 24 of 27**
**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77081
**Dallas:** 7800 N. Stemmons Fwy, Ste. 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

| | |
|---|---|
| Andre Aboolian, MD, FACS Plastic & Reconstructive Surgery<br>120 S Spalding Drive #233, Beverly Hills, CA 90212<br>Services Offered<br>• Reconstructive Surgery | Ren Aghajani<br>marketing@andreaboolian.com<br>P: 310-888-8862 |
| Precise Imaging<br>Locations<br>Services Offered<br>• MRI<br>• X-Ray<br>• CT<br>• PET Scan | Referral Form<br>Mike Rashidi<br>mike@precisemri.com<br>P: 800-558-2223 ext. 102<br>Fax: 888-715-7001 |
| Los Angeles Brain Science Project<br>Locations<br>Services Offered<br>• General Neurological Care<br>• EDMS<br>• EEGS<br>• Refers MRIs to preferred facility | Sara Ricker<br>sricker@losangelesbrain.com<br>P: 818-617-9509<br>Fax: 310-957-2346 |
| AAT.L.C. HealthCare, Inc.<br>Services Offered<br>• Nurse<br>• Therapy<br>• Physical Therapy<br>• Homecare Givers | Carolene Bookman<br>carolene@aaatlc.com<br>Todd Adams, D.C.<br>todd@aaatlc.com<br>Margie M. Meza<br>margie@aaatlc.com<br>P: 310-271-1887 |
| MEDNET Medical Services, Inc.<br>Services Offered<br>• Sleep Study<br>• Psychotherapy<br>• Family Therapy<br>• Couple Therapy<br>• Med-Legal Evaluation | Michael Aghvami<br>maghvami@mednetcenters.com<br>P: 818-646-0118 |
| Studio City Spine Center<br>Services Offered<br>• Chiropractic Adjustments | Dr. Ruben G. Chlydran<br>Dr.Chldryan@gmail.com<br>P: 818-255-6526 |

Please forward any reports for services obtained to info@nationalbii.com so that we may incorporate them into our care of the patient.  Thank you.

-     The NBII Team

.

**Initial Comprehensive Evaluation Via Phone for Haysbert, JoAnn | 25 of 27**
**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77081
**Dallas:** 7800 N. Stemmons Fwy, Ste. 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

## REFERENCES

1. Defrin R. Chronic post-traumatic headache: clinical findings and possible mechanisms. *J Man Manip Ther*. 2014;22(1):36–44. doi:10.1179/2042618613Y.0000000053

2. The International Headache Society. https://www.ichd-3.org/other-primary-headache-disorders/4-10-new-daily-persistent-headache-ndph/

3. Zaremski JL, Herman DC, Clugston JR, Hurley RW, Ahn AH. Occipital neuralgia as a sequela of sports concussion: a case series and review of the literature. *Curr Sports Med Rep*. 2015;14(1):16–19. doi:10.1249/JSR.0000000000000121

4. Choi I, Jeon SR. Neuralgias of the Head: Occipital Neuralgia. *J Korean Med Sci*. 2016;31(4):479–488. doi:10.3346/jkms.2016.31.4.479

5. Inan N, Inan LE, Coşkun Ö, Tunç T, Ilhan M. Effectiveness of Greater Occipital Nerve Blocks in Migraine Prophylaxis. *Noro Psikiyatr Ars*. 2016;53(1):45–48. doi:10.5152/npa.2015.10003

6. Shenton ME, Hamoda HM, Schneiderman JS, et al. A review of magnetic resonance imaging and diffusion tensor imaging findings in mild traumatic brain injury. Brain Imaging and Behavior. 2012;6(2):137-192. doi:10.1007/s11682-012-9156-5.

7. Kosaka, PhD, RPsych B. Neuropsychological Assessment in Mild Traumatic Brain Injury: A Clinical Overview. BC Medical Journal. 2006;48(9):447-452. https://www.bcmj.org/articles/neuropsychological-assessment-mild-traumatic-brain-injury-clinical-overview. Accessed April 21, 2020.

8. Bobba U, Munivenkatappa A, Agrawal A. Speech and Language Dysfunctions in Patients with Cerebrocortical Disorders Admitted in a Neurosurgical Unit. Asian J Neurosurg. 2019;14(1):87–89. doi:10.4103/ajns.AJNS_240_17

9. Coelho CA, Deruyter F, Stein M. Treatment Efficacy. Journal of Speech, Language, and Hearing Research. 1996;39(5). doi:10.1044/jshr.3905.s5.

10. Silverberg ND, Panenka WJ. Antidepressants for depression after concussion and traumatic brain injury are still best practice. BMC Psychiatry. 2019;19(1). doi:10.1186/s12888-019-2076-9.

11. Depression After Traumatic Brain Injury. Depression After Traumatic Brain Injury | Model Systems Knowledge Translation Center (MSKTC). https://msktc.org/tbi/factsheets/depression-after-traumatic-brain-injury. Accessed April 21, 2020.

12. Viola-Saltzman M, Watson NF. Traumatic brain injury and sleep disorders. Neurol Clin. 2012;30(4):1299–1312. doi:10.1016/j.ncl.2012.08.008

13. Engelman W, Hammond FM, Malec JF. Diagnosing pseudobulbar affect in traumatic brain injury. Neuropsychiatr Dis Treat. 2014;10:1903–1910. Published 2014 Oct 7. doi:10.2147/NDT.S63304



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

14. Vestibular dysfunction (after brain injury). AAPMR KnowledgeNow. https://now.aapmr.org/vestibular-dysfunction-after-brain-injury/. Published June 7, 2013. Accessed April 21, 2020.

15. Armstrong RA. Visual problems associated with traumatic brain injury. Clinical and Experimental Optometry. 2018;101(6):716-726. doi:10.1111/cxo.12670

16. Kreuzer PM, Landgrebe M, Vielsmeier V, Kleinjung T, Ridder DD, Langguth B. Trauma-Associated Tinnitus. Journal of Head Trauma Rehabilitation. 2014;29(5):432-442. doi:10.1097/htr.0b013e31829d3129

17. Attias J, Zwecker-Lazar I, Nageris B, Keren O, Groswasser Z. Dysfunction of the Auditory Efferent System in Patients with Traumatic Brain Injuries with Tinnitus and Hyperacusis. Journal of Basic and Clinical Physiology and Pharmacology. 2005;16(2-3):117. doi:10.1515/jbcpp.2005.16.2-3.117.

18. Cohen M, Groswasser Z, Barchadski R, Appel A. Convergence insufficiency in brain-injured patients. Brain Injury. 1989;3(2):187-191. doi:10.3109/02699058909004551.

19. Krauss JK, Tränkle R, Kopp K-H. Posttraumatic movement disorders after moderate or mild head injury. Movement Disorders. 1997;12(3):428-431. doi:10.1002/mds.870120326.

20. Bryant R. Post-traumatic stress disorder vs traumatic brain injury. Dialogues Clin Neurosci. 2011;13(3):251–262.

21. Chen JX, Lindeborg M, Herman SD, et al. Systematic review of hearing loss after traumatic brain injury without associated temporal bone fracture. American Journal of Otolaryngology. 2018;39(3):338-344. doi:10.1016/j.amjoto.2018.01.018.

22. Raji CA, Tarzwell R, Pavel D, et al. Clinical utility of SPECT neuroimaging in the diagnosis and treatment of traumatic brain injury: a systematic review. PLoS One. 2014;9(3):e91088. Published 2014 Mar 19. doi:10.1371/journal.pone.0091088.

23. Chow TW. Personality in frontal lobe disorders. Curr Psychiatry Rep. 2000;2(5):446–451. doi:10.1007/s11920-000-0031-5.



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



## DIFFUSION TENSOR IMAGING

**Patient Name: Haysbert, JoAnn**
**Date of Birth: 09/22/1948**
**MR#: HJ50647**
**Date of Injury: 05/23/2018**
**Date of Study: 09/18/2020**
**Requesting Physician:** Huma Haider, MD
**Site Name and Equipment:** Medical Imaging of Southern California, Beverly Hills, CA, 3T, Siemens MRI Scanner

**INDICATION:** This is a 71-year-old woman who on 05/23/2018 was at a restaurant and when she got up from the table, she slipped and fell on what was described as a slippery floor, impacting her head, with some loss of consciousness and the onset of neurologic symptoms, a number of which have persisted.

## STUDY: MRI OF THE BRAIN WITH DIFFUSION TENSOR IMAGING

**METHODS:** These images demonstrate the detailed anatomy of the brain with supplemental analysis through evaluation of fractional anisotropy and diffusion tensor imaging tractography.

The report is provided in three segments:

1) Tractography from diffusion tensor imaging (DTI)
2) Fractional Anisotropy analysis from diffusion tensor imaging (DTI)
3)    General brain imaging with Susceptibility Weighted Imaging (SWI).

Diffusion tensor imaging (DTI) was obtained in a 3-Tesla Siemens imager using thirty directions of diffusion. The fractional anisotropy and tractographic analysis were processed using FDA approved NORDIC Brain Ex clinical workstation software.

## DTI TRACTOGRAPHY REPORT AND ANALYSIS:

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

## TRACTOGRAPHIC REPORT:

TECHNICAL: These images were obtained with 30 directions of diffusion gradients on a **Siemens 3-Tesla imager**, there are no significant artifacts impairing image interpretation.

The tractographic analysis is carried out by adjusting the fractional anisotropy threshold as well as the degrees of angulation and tractographic segment length as inputs to the FACT tractographic algorithm for tract analysis in order to identify areas of tractographic deficits and continuities.

Loss of tractographic continuity does not demonstrate a complete loss of connections; rather it is the effect of a decrease of coherently directed fractional anisotropy along the course of a tract. Such a drop off halts the progress of the tractographic reconstruction process so that the remainder of the tract does not appear. These have clinical significance because they represent clinically relevant interference with transmission of neurological information from one part of the brain to another. The presence of such drop off point does not represent complete loss or obstruction, but rather detects the presence of a relative drop off that affects the normal function of a major tract.

**FINDINGS:** The tractographic analysis reveals losses bilaterally in the frontal lobe with expected effects of impairment of multistep planning, map-based planning and emotional control release functions. There are losses additionally appreciated bilaterally in the supra-callosal cingulum which would have the expected effects of increased anxiety and depression. Losses are appreciated in the left parietal lobe in the area of the angular gyrus and in this right-handed individual this would be expected to have the effects of impairment of word finding and some effects on calculation ability. Losses are seen bilaterally in the arcuate fasciculus. The right side arcuate fasciculus losses can affect the prosody or flow of speech and the left arcuate fasciculus losses can affect a variety of more complex speech functions. Note is additionally made of some losses in the mid-portion of the corpus callosum which can suggest some degree of diffuse axonal injury with general cognitive impairment. There are losses appreciated in the pillars of the fornix on the left side and the crus of the fornix on the right side which can have effects on impairing new memory formation. The right parietal lobe is generally normal in appearance. The temporal lobes are generally normal in appearance, right and left. The right and left occipital lobes are

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

generally normal in appearance. No abnormalities are appreciated in the area of the middle cerebellar peduncle, right or left side.

Three dimensional 360 degree rotations are provided in the DICOM data set for visualization of these findings.

**TRACTOGRAPHY IMPRESSION: Bilateral losses in the frontal lobes affecting particularly the area of the superior, middle and inferior frontal gyri with expected effects on multistep planning, map-based planning and emotional control release functions. There are losses on the left side in the parietal lobe extending into the area of the angular gyrus with expected effects of impairment of word finding and calculation ability. Losses are appreciated bilaterally in the arcuate fasciculus which would be expected to have effects on conversation such as impairment of prosody or flow of speech as to the right side and more complex variety of conversational speech impairments associated with the left side abnormality. There are losses in the area of the mid-portion of the corpus callosum which is indicative of diffuse axonal injury that may affect cognition more generally. There are losses bilaterally in the supra-callosal cingulum with expected effects of increased anxiety and depression. Losses appreciated in the right crus of the fornix and the left pillar of the fornix on detailed formal tractographic evaluation of the fornix and the limbic system reveal abnormalities which will have the expected effects of impairment of new memory formation. Overall, these findings demonstrate multiple abnormalities with expected effects on cognition, emotional behavior and neurologic functions as identified above. The degree of injury appreciated in the images would be expected to result in clinically significant symptoms. The locations and types of injury are consistent with the mechanics of the trauma as described.**

**FRACTIONAL ANISOTROPY (FA) REPORT AND ANALYSIS:**

These images demonstrate the analytical level information concerning brain structure. The fractional anisotropy measurements are objective assessments of brain regions either obtained for standardization measurements or comparing right and left structures. Data is obtained with 30 directions of diffusion in a 3Tesla **Siemens scanner.**

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

VOLUMES OF INTEREST (VOI's): In all cases the volumes of interest (VOI's) that were measured are selected areas, entirely in white matter, of the highest intensity for fractional anisotropy as visualized by a fractional anisotropy overlay method. This method results in measurements of highest levels of fractional anisotropy in an anatomically recognizable brain white matter structure in the regions assessed. Data is provided with the size in cubic millimeters of the VOI, as well as the mean, minimum and maximum of FA values in the VOI with standard deviation calculated. Histograms are provided for each VOI that can reveal any unwanted bimodal distribution. Image captures were obtained demonstrating the location and size of each VOI measured as shown in three imaging planes. Further, the histograms provided show the variability of anisotropy among the voxels measured within each VOI. Significant right/left asymmetries in fractional anisotropy are considered clinically relevant on a prima facie basis. For a given level of anisotropy, a smaller size of a VOI – that is otherwise bilaterally symmetric – will reveal a reduced volume of that tract and this size difference also has clinical significance in many situations.

CLINICAL BASIS (Scientific Model): This fractional anisotropy analysis is carried out according to the method and clinical concept of Brander et al: *Diffusion Tensor Imaging of the Brain in a Healthy Adult Population: Normative Values and Measurement Reproducibility at 3 T and 1.5 T*; Acta Radiologica (2010), Volume 7 pages 800-807, in which VOI's are measured for fractional anisotropy using the Splenium of the Corpus Callosum as a baseline measure to be compared with other individuals as well as an internal references to assess relative FA drop off in other brain regions. The data provided in articles such as the Brander study show expected relative fractional anisotropy measures using the Splenium of the Corpus Callosum as the standard, because this will tend to have the highest fractional anisotropy in the brain and can therefore provide a cross reference to other imaging subjects as well as provide a basis for assessing the degree of drop-off present to any given brain region associated in a relative to a comparative, standardized set of findings from large numbers of normal individuals.

There are more than 15,000 high quality peer reviewed publications showing the utility and clinical relevance of DTI and only one or two publications written by professional defense experts that attempt to formally raise concerns about utility (e.g. *Wintermark, et*



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

*al (2015), Imaging Evidence and Recommendations for Traumatic Brain Injury: Advanced Neuro- and Neurovascular Imaging Techniques* AJNR 36:E1-E11) mostly by pointing out that the vast majority of publications use groups of patients (usually required for all published studies) but that legal cases focus on individuals. However, Wintermark provided an unreliable biased assessment because he improperly omitted excellent studies showing high clinical and legal utility of DTI data for individuals such as *Yuh et al (2014): Diffusion Tensor Imaging for Outcome Prediction in Mild Traumatic Brain*

*Injury: A TRACK-TBI Study*, Journal of Neurotrauma 31:1457-1477; and *Mustafi et al: Acute White-Matter Abnormalities in Sports-Related Concussion: A Diffusion Tensor Imaging Study from the NCAA-DoD CARE Consortium*. Journal of Neurotrauma, ePub 2017.

CLINICAL BASIS (Report Methodology): By viewing an FA overlay on a high resolution, co-registered MP-RAGE three dimensional brain MRI acquisitions, asymmetries and drop-offs can be identified as to identified anatomical brain structures. For these VOI locations, the mean and standard deviation data can be used to assess the statistical significance of any different in overall FA for a VOI compared with either the FA of the Splenium or with the FA of a similar VOI on the opposite side. Only a single combined FA for right and left Fornix is obtained in some cases because of its small size if it is not possible to obtain usable measures for each side.

SCIENTIFIC BASIS: Fractional anisotropy is expressed as fraction between 0 and 1 and reflects the degree to which fibers within a given voxels or group of voxels measured and assessed in the volume of interest, tend to share a coherent single direction and high health with good quality within the measured volume. A loss of fractional anisotropy is correlated with a decrease of function or transmission to a given white matter tract area. When two different tracts pass through each other having different directions, incorrectly low FA levels can be obtained, but this is controlled for here by selecting well recognized white matter brain structures that have a coherent single direction. Additionally, matching the same structure right to left corrects for this



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

directional diversity issue. As for comparisons with the Splenium FA values, the data from the Brander et al article provides a useful well documented clinical framework that corrects for the directional diversity issue.

**RESULTS (STANDARDIZATION):** The splenium of the corpus callosum has a fractional anisotropy of 0.78, which is well within normal range, and this is used as a baseline for comparison with other individuals and for comparison with other structures for this individual's brain.

**RESULTS (FINDINGS):** The splenium is commented on above. The genu of the corpus callosum is at 0.81, also within the normal range. The right corona radiata, measured at the genu of the internal capsule is at 0.68, within the normal range, and left corona radiata measured at the level of the internal capsule is at 0.76, also within the normal range. The right to left difference is not statistically significant. On the right side at the stem of the white matter for the superior, middle and inferior frontal gyri, the fractional anisotropy is 0.22, which is quite low. The left side measures at 0.32. The right to left difference is not quite statistically significant. The overall level is quite low however and suggestive of problems which will result in impairment of multistep planning, map-based planning and emotional control release functions. The right parietal lobe measures at 0.46, just within the normal range. The left parietal lobe is at 0.34. The right to left difference is statistically significant and is essentially in the area of the angular gyrus, which in this right-handed individual would be expected to have effects of impairment of word finding and calculation ability. The right occipital lobe is at 0.52. The left occipital lobe measures at 0.36, which is low. The right to left difference here is statistically significant. This might be expected to result in some impairment of processing of visual information arising on the right side of the body. The right temporal lobe is at 0.48 and within normal range. The left temporal lobe is at 0.41, just within the normal range for someone of this age, despite the relatively good numbers for the splenium of the corpus callosum. The right uncinate fasciculus measures at 0.54 and the left uncinate fasciculus measures at 0.33. The right to left difference is not statistically significant because of variability of the left side. The right arcuate fasciculus is at 0.28 and the left arcuate fasciculus is at 0.28. These are both low numbers and would be consistent with problems with conversational speech affecting primarily prosody or flow of speech as to the right side and more general conversational speech functions as to the left side in this right-handed individual. The right hippocampal cingulum is at 0.32, and that is moderately low. The left hippocampal cingulum is at 0.29, which is also moderately low. The right to left difference is not statistically significant. Overall, these are moderately low numbers and may reflect problems with attention. The right fimbria of the fornix and stria terminalis is at 0.60, within the normal range. The left fimbria of the fornix and stria terminalis is at 0.49, within the normal range. The anterior fornix in the area of the pillars is at 0.37. The posterior fornix at the level of the crus is at 0.24. Particularly for the posterior



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

fornix this is a low number and the anterior to posterior difference is statistically significant and this would be expected to have effects of impairment of new memory formation. The right middle cerebellar peduncle measures at 0.60 and the left middle cerebellar peduncle is at 0.77. This is a low number for the right middle cerebellar peduncle and the right to left difference is statistically significant. Impairment for the right middle cerebellar peduncle would be expected to have the effects of some vertigo, problems with balance, sometimes some auditory processing and smooth pursuit motions problems. The right medial lemniscus is at 0.52. The left medial lemniscus is at 0.42. The right to left difference is not statistically significant. Overall, these are moderately low numbers. The medial lemniscus is a general sensory tract and may reflect impairment in the mid-brain area because of this location of abnormality. These would impact functions such as eye movement, convergence, and the underlying symptoms such as photophobia.

**FRACTIONAL ANISOTROPY IMPRESSION**: **Low numbers for the frontal lobe bilaterally, at the stem of the white matter base for the superior, middle and inferior frontal gyri with expected effects of impairment as to multistep planning, map-based planning and emotional control release functions. Low number for the left parietal lobe in the area of the angular gyrus with expected effects on this right-handed individual for problems with word finding and calculation ability. Losses in the left occipital lobe which impair processing of visual information arising on the right side of the body. Low numbers for the uncinate fasciculus and inferior frontal occipital fasciculus may reflect impairments such as flattening of affect and loss of emotional drive and impairment of some visual recognition phenomena. However, given the variability, it is not clearly statistically significant as to the contralateral side. The arcuate fasciculus bilaterally with low numbers which will affect aspects of conversational speech. Low numbers for the hippocampal cingulum which will have expected effects on attention. Low numbers for the posterior fornix with expected problems with new memory formation. Low number for the right middle cerebellar peduncle with expected effects such as vertigo, balance problems, impairment of smooth pursuit motions and some types of auditory processing. A somewhat low number for the left medial lemniscus which would expect to be associated with some midbrain function impairment such as problems with eye movement, pupillary accommodation, convergence and may be associated with symptoms such as photophobia. Overall, these findings demonstrate multiple appearance with effects on cognition, emotional behavior and neurologic functions. The degree of abnormality appreciated in the images would be consistent with clinically significant symptoms. The locations and types of injury are consistent with the mechanics of the trauma as described.**

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

**FA Measurements and Statistical Calculations:**

These images demonstrate data collection and analysis in addition to the measured VOI's for the medial lemniscus and the full data set. A full set of VOI measures appears in the image DICOM data file.

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

**Voi statistics**

| VOI | Series | Mean | StDev | Min | Max | Volume (mm^3) |
|---|---|---|---|---|---|---|
| Splenium C | Axial | 168.7 | 8.979 | 156 | 184 | 96.47 |
| Genu CC | Axial | 174 | 5.215 | 167 | 181 | 36.87 |
| R Corona r | Axial | 132.2 | 6.459 | 123 | 142 | 117.5 |
| L Corona ra | Axial | 122.4 | 2.066 | 118 | 124 | 72.6 |
| R Superior | Axial | 117.1 | 8.544 | 102 | 127 | 92.98 |
| L Superior | Axial | 109.3 | 11.96 | 94 | 131 | 129.9 |
| R Parietal L | Axial | 120.8 | 7.581 | 108 | 135 | 115 |
| L Parietal L | Axial | 113.1 | 5.154 | 102 | 121 | 166.2 |
| R Occipital | Axial | 144.6 | 5.457 | 137 | 152 | 71.39 |
| L Occipital | Axial | 124.3 | 16.5 | 108 | 160 | 81.62 |
| R Temporal | Axial | 142.6 | 7.648 | 129 | 150 | 110.1 |
| L Temporal | Axial | 111.4 | 11.57 | 95 | 129 | 81.62 |
| R Uncinate | Axial | 135.9 | 5.54 | 125 | 143 | 76.5 |
| L Uncinate | Axial | 109.7 | 8.062 | 98 | 122 | 101.4 |
| R Arcuate | Axial | 97.5 | 2.345 | 96 | 102 | 120.5 |
| L Arcuate F | Axial | 117 | 12.84 | 98 | 135 | 98.48 |
| R Hippocam | Axial | 112.9 | 6.342 | 103 | 126 | 144.7 |
| L Hippocam | Axial | 111.1 | 5.092 | 102 | 120 | 108.1 |
| R Fimbria F | Axial | 138 | 15.32 | 114 | 156 | 73.25 |
| L Fimbria Fr | Axial | 126.5 | 27.09 | 85 | 180 | 117.9 |
| Ant Fornix | Axial | 251.1 | 36.93 | 206 | 322 | 57.56 |
| Post Fornix | Axial | 282.3 | 59.58 | 200 | 363 | 82 |
| R Mid Cerel | Axial | 120 | 11.37 | 105 | 134 | 88.36 |
| L Mid Cerel | Axial | 131.6 | 6.762 | 125 | 143 | 78.16 |
| R Medial Ce | Axial | 166.5 | 12.7 | 145 | 184 | 117.2 |
| L Medial Ce | Axial | 189.7 | 20.12 | 142 | 210 | 1699 |

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

## Voi statistics

| VOI | Series | Mean | StDev | Min | Max | Volume (mm^3) |
|-----|--------|------|-------|-----|-----|---------------|
| Splenium Cl FA | | 0.7844 | 0.07784 | 0.664 | 0.923 | 96.47 |
| Genu CC FA | | 0.8063 | 0.02488 | 0.775 | 0.836 | 36.87 |
| R Corona ra FA | | 0.6756 | 0.08229 | 0.519 | 0.796 | 117.5 |
| L Corona ra FA | | 0.7593 | 0.02573 | 0.709 | 0.79 | 72.6 |
| R Superior FA | | 0.2178 | 0.02771 | 0.168 | 0.261 | 92.98 |
| L Superior I FA | | 0.3181 | 0.07297 | 0.147 | 0.397 | 129.9 |
| R Parietal L FA | | 0.4594 | 0.05188 | 0.353 | 0.52 | 115 |
| L Parietal L FA | | 0.3395 | 0.05547 | 0.232 | 0.41 | 166.2 |
| R Occipital FA | | 0.5223 | 0.04209 | 0.453 | 0.575 | 71.39 |
| L Occipital L FA | | 0.3576 | 0.06931 | 0.256 | 0.49 | 81.62 |
| R Temporal FA | | 0.477 | 0.01883 | 0.444 | 0.507 | 110.1 |
| L Temporal FA | | 0.414 | 0.148 | 0.213 | 0.599 | 81.62 |
| R Uncinate FA | | 0.5383 | 0.04432 | 0.471 | 0.618 | 76.5 |
| L Uncinate FA | | 0.3296 | 0.1252 | 0.14 | 0.477 | 101.4 |
| R Arcuate F FA | | 0.284 | 0.06804 | 0.185 | 0.365 | 120.5 |
| L Arcuate F FA | | 0.2761 | 0.03146 | 0.207 | 0.315 | 98.48 |
| R Hippocan FA | | 0.3214 | 0.0713 | 0.209 | 0.424 | 144.7 |
| L Hippocam FA | | 0.2888 | 0.072 | 0.148 | 0.394 | 108.1 |
| R Fimbria F FA | | 0.6039 | 0.04842 | 0.527 | 0.659 | 73.25 |
| L Fimbria Fr FA | | 0.4939 | 0.07688 | 0.35 | 0.595 | 117.9 |
| Ant Fornix FA | | 0.3707 | 0.07296 | 0.276 | 0.476 | 57.56 |
| Post Fornix FA | | 0.2384 | 0.04371 | 0.177 | 0.294 | 82 |
| R Mid Cerel FA | | 0.6042 | 0.05796 | 0.524 | 0.67 | 88.36 |
| L Mid Ceret FA | | 0.7738 | 0.03675 | 0.717 | 0.819 | 78.16 |
| R Medial Le FA | | 0.5238 | 0.07205 | 0.368 | 0.61 | 117.2 |
| L Medial Lei FA | | 0.4193 | 0.105 | 0.195 | 0.537 | 109.9 |

Histogram — ADC

Intensity curves — AX DWI_30 (split)



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504





www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504





www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504



**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



**Routine Brain and SWI MRI FINDINGS:** These images demonstrate the brain anatomy at 3-Tesla and using a number of image sequences and image planes. The brain images are obtained in coronal, axial, and sagittal planes and include the following the coronal T2 MP GRE HEMO and or SWI (SWAN) sequence for micro bleeds, sagittal T2 FLAIR, axial T2 FLAIR, axial T2, axial T1 MP RAGE, coronal T2 FLAIR FS, as well as a variety of analytical evaluations including susceptibility-weighted imaging (SWI) and maximum intensity projection SWI in the coronal plane. Susceptibility weighted imaging accentuates the effect of elemental iron deposited in a brain location by bleeding or "micro-hemorrhages" in the past.

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

IMAGE FINDINGS:  The routine brain imaging shows generally normal gyral-to-sulcal proportions for age and just some very slight generalized atrophy.  The ventricles are generally normal in size, shape and position, with just some slight dilatation, particularly in the posterior occipital horn on the left side, which may reflect some tissue loss such as an atrophy process, perhaps possibly prior stroke or congenital right to left difference.   The cerebellar tonsils are normal in position.  The pineal region generally is normal. The FLAIR imaging demonstrates extensive FLAIR abnormalities which are expected for age.  These are of unclear clinical significance.  They are distributed bilaterally through posterior parietal lobe, occipital, and frontal lobes.  These may reflect microvascular abnormalities, infectious abnormalities, they can reflect trauma.  The general and diffuse distribution tends to suggest chronic, perhaps asymptomatic basis.  The clinical significance is unclear. The susceptibility-weighted imaging does not demonstrate any clear areas of microhemorrhage. There is no mass effect or midline shift. There are no extra axial collections of fluid or blood. The sella and parasellar regions are normal. The posterior fossa is normal. The mastoid cells are clear. The sinuses and orbits are normal.

**IMPRESSION and OVERALL IMPRESSION:  Overall impression is generally normal routine brain imaging with some expansion of the left occipital horn of the lateral ventricle which may reflect some prior volume loss.  Extensive FLAIR abnormalities of unclear clinical significance, not specifically related in location to the areas of fractional anisotropy losses.  The fractional anisotropy analysis and the tractographic analysis both demonstrate problems in the frontal lobe associated with the white matter stem of the superior, middle and inferior frontal gyri with expected effects of impairment of multistep planning, map-based planning and emotional control release functions.  Both demonstrate problems in the angular gyrus in the left parietal lobe which for this right-handed individual would be expected to have the effect of impairment of word finding and calculation ability.  Losses appreciated both in both evaluations with regard to the arcuate fasciculus which can affect prosody or flow of speech as well as the other aspects of speech processing.  There are losses in the fornix which would be expected to have the effect of impairment of new memory formation. The tractographic analysis additionally demonstrates problems bilaterally in the supra-callosal cingulum which would have the expected effects of increased anxiety and depression.  The fractional anisotropy analysis additionally demonstrates some low numbers for the occipital lobe on the left which may reflect impairment of processing of visual information arising on the right side of the body.  Some low numbers for the left uncinate fasciculus and inferior frontal occipital fasciculus, not quite statistically significant, but may reflect problems such as flattening of affect and loss of emotional drive and some types of visual recognition phenomena.  There are low numbers in the left hippocampal cingulum and to a lesser extent in the right hippocampal cingulum which may reflect problems with attention, and some low numbers on the medial lemniscus, particularly on the left side, which may reflect impairments associated with the midbrain such as difficulties with pupillary accommodation, eye movement, convergence, and possible associated with symptoms such as photophobia.  Overall, these findings demonstrate**

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

**multiple abnormalities which would be expected to have effects on cognition, emotional behavior and neurologic functions as detailed above. The severity of the abnormalities appreciated in the imaging would be expected to have clinically significant symptoms. The locations and types of injury are consistent with the mechanics of the trauma as described.**

Signed:



Aaron Filler, MD, PhD
Neurography Institute Medical Associates

Diplomate, American Board
of Neurological Surgery

Fellow of the Royal College of
Surgeons of England

Fellow of the Intercollegiate Board in
Surgical Neurology of England,
Ireland, Edinburgh & Glasgow

Fellowship in Complex Spinal Surgery
- UCLA

Fellowship in Peripheral Nerve
Surgery-
LSU

Director, Institute for Nerve

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223



www.nationalbii.com
info@nationalbii.com
Phone: 866-983-3167
Fax: 281-942-4504

Medicine, Santa Monica, CA


Director, Center for Advanced
Spinal Neurosurgery, Santa
Monica, CA

**Houston**: 6065 Hillcroft St, Ste 202, Houston, TX 77801
**Dallas**: 7800 N Stemmons Fwy, Ste 340, Dallas, TX 75247
**Los Angeles**: 3530 Wilshire Blvd, Ste 1180, Los Angeles, CA 90010
**San Antonio**: 8235 S New Braunfels Ave, Ste 101, San Antonio, TX 78223

## <u>CERTIFICATE OF SERVICE</u>

*JOANN WRIGHT HAYSBERT v. BLOOMIN' BRANDS, INC., et al.,* Case No.:
4:20-cv-00121-RBS-DEM

       I hereby certify that on this 23rd day of June, 2021, a true and accurate copy of the foregoing was sent via email:

I served this document on the persons below:

John D. McGavin, VSB No. 21794
jmcgavin@bmhjlaw.com
BANCROFT, McGAVIN, HORVATH & JUDGKINS, P.C.
9990 Fairfax Blvd., Suite 400
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
*Counsel for Defendant*


DATED:    June 23, 2021    **CRANDALL & KATT**
       By: /s/ D. Adam McKelvey, Esq.
       D. Adam McKelvey, Esq. (75174)
       366 Elm Avenue, SW
       Roanoke, VA 24016
       Telephone: (540) 342-2000
       Facsimile: (540) 345-3527
       dmckelvey@crandalllaw.com

       *Attorneys for Plaintiff JoAnn Wright Haysbert*

DATED:    June 23, 2021    NAZARETH M. HAYSBERT, ESQ. [CA
       SBN 294431] (admitted *pro hac vice*)
       *nazareth@hmlaw.la*
       **HAYSBERT | MOULTRIE, LLP**
       4640 Admiralty Way, Suite 500
       Marina Del Rey, California 90292
       Tel:    (310) 496-5796
       Fax:    (310) 760-4083

       *Attorneys for Plaintiff JoAnn Wright Haysbert*

# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
 2                    Newport News Division

 3

 4   - - - - - - - - - - - - - - - - - -
                                       )
 5   JOANN WRIGHT HAYSBERT,            )
                                       )
 6          Plaintiff,                 )
                                       )   CIVIL ACTION NO.
 7   v.                                )   4:20cv121
                                       )
 8   BLOOMIN' BRANDS, INC., AND        )
     OUTBACK STEAKHOUSE OF FLORIDA,    )
 9   LLC,                              )
                                       )
10          Defendants.                )
     - - - - - - - - - - - - - - - - - -
11

12

13                  EXCERPT OF PROCEEDINGS

14           (Testimony of Aaron Filler, Ph.D.)

15                        DAY 3

16                   Norfolk, Virginia

17                   August 10, 2021


18
     BEFORE:  THE HONORABLE REBECCA BEACH SMITH, and a Jury
19            United States District Judge

20


21
     APPEARANCES:
22
             CRANDALL & KATT
23           By:  David A. McKelvey
                      And
24           HAYSBERT & MOULTRIE LLP
             By:  Nazareth M. Haysbert
25                Counsel for the Plaintiff
```

Filler, A. - Direct                                                21

1    Dr. Filler?

2         THE WITNESS:  Right.  So the line is 12, "Losses

3    appreciated," the last two words in that line.  It says,

4    "Losses appreciated in the right crus of the fornix and the

5    left pillar of the fornix on detailed formal tractographic

6    evaluation of the fornix, and the limbic system reveal

7    abnormalities which will have the expected effects of

8    impairment of new memory formation.  Overall, these findings

9    demonstrate multiple abnormalities with expected effects on

10   cognition, emotional behavior, and neurologic functions are

11   as identified above."

12        So and, "The degree of injury appreciated would be

13   expected to result in clinically significant symptoms.  And

14   the locations and types of injury are consistent with the

15   mechanics of the trauma as described."

16        So in particular, though, with regard to the fornix

17   injury, I say it will have the expected effects of

18   impairment of the memory formation.  And in -- the way I

19   would write in different formats, that medically is as

20   strong or stronger than saying reasonable degree of medical

21   probability, not an extreme degree of medical probability or

22   absolute, but that's my use of words.

23        MR. HAYSBERT:  Certainty, not probability.

24        THE WITNESS:  Yes.

25        THE COURT:  So what is it?  With a reasonable

Filler, A. - Direct                                                     22

1    degree of probability, with a reasonable degree of medical

2    certainty?

3              THE WITNESS:  Certainty.  Expected effects.

4    BY MR. HAYSBERT:

5    Q.  And you found those effects in Dr. Haysbert, correct?

6    A.  Right.  I'm saying these injuries, just like you see a

7    femur fracture, expected effect would be pain and difficulty

8    walking.  Calcaneal fracture, same thing.  But here you have,

9    I'm saying with this image finding, and it's pretty striking

10   when you see the image, the disruption, in my view, it would

11   have the expected effect of impairing new memory formation,

12   which, again, I agree that the weakness in it is only what if

13   she they developed memory failure before, but it's a

14   particular type of memory.

15             So people get global memory loss, like in

16   Alzheimer's disease.  This is not that.  It's this new memory

17   formation issue, which is not absolute; it is relative.  It's

18   part of the fornix is still intact, and so that is typical of

19   trauma, particularly with much of the rest of the brain

20   intact.

21             And as I testified earlier, I rely on the fact of

22   the type of work she was doing before and that I don't think

23   this would be compatible with her having reached her level of

24   responsibility and a skill in her field with that impairment,

25   and she complains of it affecting her ability to work

Filler, A. - Direct                                                    25

1    Q.  Is it your opinion, to a reasonable degree of medical
2    certainty that Dr. Haysbert suffered a traumatic brain injury
3    in  this case?
4    A.  Yes.
5    Q.  Is it also your opinion that Dr. Haysbert suffered this
6    traumatic brain injury from a sudden impact consistent with
7    the fall?
8    A.  Yes.  As I said, the type of fornix injury she has, if
9    you look at the picture, you may form the same opinion, but
10   you're not used to looking at these, is what I call, as I
11   said before, pathognomonic, meaning this comes from a lateral
12   impact trauma, and there is nothing else that will cause
13   exactly that, why that spot.
14   Q.  So it couldn't come from old age?
15   A.  It did not come from old age.
16   Q.  And it couldn't have come from some type of just gradual
17   process over time?
18   A.  No, because it's so focal, and the fornix looks great on
19   either side of it.
20   Q.  So it was like a shearing process, like something --
21   A.  Abrupt lateral movement of the fornix in the ventricle so
22   that it causes this traumatic bruising injury at the point
23   where it's, fixated by the whole mass of the brain, so right
24   at that transition point.
25   Q.  You said you reviewed Dr. Haider's report, correct?

Filler, A. - Direct                                          69

1   that has that image complains of problem with new memory

2   formation.

3          MR. McGAVIN:  Objection, Your Honor, foundation.

4          THE COURT:  Go ahead.

5   BY MR. HAYSBERT:

6   Q.  Going back to the fornix, you said on both sides it

7   appears to be stable.  Is that what you --

8   A.  Yeah.  Coming into that area of breach and going out of

9   it, it seems okay, but right at the point of transition, it's

10  got this breach in it there that we're pointing out with the

11  arrow.

12  Q.  Let me ask you specific questions about this breach

13  that's pointing out at the arrow.  Is this kind of breach

14  something that someone would have because of old age?

15  A.  No.

16  Q.  Is this kind of breach someone would have because they

17  have dizziness?

18  A.  No.

19  Q.  Vertigo?

20  A.  No.

21  Q.  Headaches?

22  A.  No.

23  Q.  This type of injury is a physical injury to the brain,

24  correct?

25  A.  Yes.

Filler, A. - Direct                                           70

1    Q.  So it's actually there; it's real?

2    A.  Yes.

3    Q.  Can you see it from the outside?

4    A.  No.

5    Q.  But it's real?

6    A.  Yes.

7    Q.  And what you're saying is, Doctor, that this kind of

8    image can only happen if there is a sudden traumatic event,

9    correct?

10   A.  Yes.

11   Q.  And could that sudden traumatic event be a fall?

12   A.  Yes.

13           THE COURT:  Could it be a car accident?

14           THE WITNESS:  Yes.

15           THE COURT:  Could it be a bicycle accident?

16           THE WITNESS:  Yes.

17           THE COURT:  So it could be any number of things.

18   It could be any type of injury that could occur from a fall

19   or a hit or something like that?

20           THE WITNESS:  Yes.

21   BY MR. HAYSBERT:

22   Q.  Do you recall when you completed these images and

23   examined Dr. Haysbert's brain?

24   A.  So this image is dated September 18, 2020.

25   Q.  Okay.

JODY A. STEWART, Official Court Reporter

Filler, A. - Direct                                                77

```
 1    that indication, I'm going to say, well, I think, as I say
 2    in there --
 3    BY MR. HAYSBERT:
 4    Q.  Can we state to a reasonable degree of medical
 5    certainty --
 6              THE COURT:  Let him finish his answer, please.
 7              MR. HAYSBERT:  Sure.
 8              THE WITNESS:  -- that it would -- this would cause
 9    a typical concussive symptom, impairment of new memory
10    formation, and would be consistent with the history given,
11    "Patient with symptoms after a fall," how all imaging is
12    done.
13              Patient comes to the emergency room, has a symptom.
14    We order a test for that symptom.  The imaging doctor says,
15    oh, patient complaining of this, I did the test, here's my
16    finding, yeah, we all agree this explains the symptom in the
17    light of what happened.
18    BY MR. HAYSBERT:
19    Q.  What we can also understand from this image is we can
20    rule some things out, Doctor.  You are a neurosurgeon,
21    correct?
22    A.  Yes.
23    Q.  You can rule out vertigo from this image?
24    A.  This doesn't show vertigo.  It doesn't show a brain
25    hemorrhage.  There is no emergency surgery needed.  I can
```

Filler, A. - Direct                                                    78

1    tell what's likely to happen, maybe what medicines might

2    help, what treatments we now have, and also say it looks

3    traumatic, that it doesn't look like someone is getting

4    memory problems or diffuse brain problems from old age.

5           This looks like trauma, and if this started with

6    that fall, and the indication for which this test was

7    ordered, then it's my opinion that this indication that

8    caused this concussive syndrome to get an MRI matches this

9    image finding.  And that's how doctors will do.  That's how

10   we do it.

11   Q.  Do you make that opinion to a reasonable degree of

12   medical certainty?

13          MR. McGAVIN:  Objection, Your Honor.

14   BY MR. HAYSBERT:

15   Q.  You can make that opinion to a reasonable degree of

16   medical certainty.  You're a doctor, right?  I'm sorry?

17          THE COURT:  Go ahead and ask it.  I'll let you

18   cross-examine on the report.

19          MR. HAYSBERT:  Thank you.

20   BY MR. HAYSBERT:

21   Q.  Do you make that opinion to a reasonable degree of

22   medical certainty in this case?

23   A.  Yes.  In my experience and training, which I should rely

24   on, is that with that history given to me by the doctor who

25   ordered the test, this finding that, to a reasonable degree

Filler, A. - Direct                                              79

1   of medical certainty, that fall caused the image or

2   concussion, is the cause of this damage, and this will

3   explain the concussive symptom.

4   Q.  This is objective evidence of damage, correct?

5   A.  Yes.  It's an objective finding that links history to

6   symptom and the image finding.

7   Q.  And this type of evidence is something that may not ever

8   be picked up on a CT scan or MRI scan, correct?

9   A.  Right.  And it is how doctors do.  You don't send a

10  patient down to the radiologist saying, I'm not going to tell

11  you what's wrong with him, image the whole body and see what

12  you find.  We don't do that because it won't result in useful

13  information.

14  Q.  And you can tell by the exact physical injury that you

15  see in that brain, that you cannot detect with the visible

16  eye, you can tell that that exact physical impairment goes

17  directly to memory loss, correct?

18  A.  Yes.  And just like putting on glasses might help me --

19          MR. McGAVIN:  I object.

20          THE COURT:  Mr. Haysbert --

21          MR. HAYSBERT:  No further questions.

22          THE COURT:  Mr. Haysbert, I'm going to put on the

23  record your conduct.  You just took a piece of paper and

24  slammed it down hard on a table so that it crackled in the

25  courtroom and then yelled "no further questions."  That

```
 1   and you can't discuss it with any other witness or any other

 2   parties until the case is over.  I don't think you will be

 3   called back, but if you were needed further, we would let

 4   you know, and that would come through Mr. Haysbert.

 5            I think you might be able to make it.  What time is

 6   your plane?

 7            THE WITNESS:  Might just make it.

 8            THE COURT:  You might.  Airport is not far.  We are

 9   not L.A., so I wish you well, and thank you again for

10   testifying.

11            THE WITNESS:  Okay.  Thank you, Your Honor.

12            (Witness excused.)

13                 *     *     *     *     *

14                      CERTIFICATION

15

16      I certify that the foregoing is a correct transcript

17   from the record of proceedings in the above-entitled matter.

18

19

20       X_____/s/_____x

21                  Jody A. Stewart

22                  X_____8-12-2023 _____x

23                      Date

24

25
```