# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

August 11, 2023 (Day 4)

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT: THE HONORABLE** Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Eubanks                Reporter: Jody Stewart, OCR

| Set: 10:30 a.m. | Started: 10:30 a.m. | Ended: 7:45 p.m. |
|---|---|---|

| 4:20cv121 | Joann Wright Haysbert<br>v.<br>Bloomin' Brands, Inc. and Outback Steakhouse of Florida, LLC |
|---|---|

David McKelvey and Nazareth Monoah Haysbert present with plaintiff, Joann Wright Haysbert.

John McGavin and Emily Blake present on behalf of defendants.

Matter came on for continuation of trial by jury.

All jurors (8) present.

Plaintiff resumed presentation of evidence.

Out of the presence of the jury, defendant moved for mistrial.

Jurors excused until 11:00 a.m. on August 14, 2023.

After jurors were excused, Defendant moved to quash subpoena for Marcus Wilson. Defendant also moved to revoke Nazareth Monoah Haysbert's Pro Hac Vice admission.

Court takes motions under advisement and gave counsel directions regarding briefing schedule for pending motions. Defendant's motion to strike Dr. Filler's testimony remains under advisement.

Counsel and parties excused until 10:00 a.m. on August 14, 2023.

Lunch: 1:35 p.m. - 2:30 p.m.