# UNITED STATES DISTRICT COURT
### *EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

August 14, 2023 (Day 5)

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT: THE HONORABLE** Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Eubanks          Reporter: Jody Stewart, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended: 5:20 p.m. |
|---|---|---|

| | |
|---|---|
| 4:20cv121 | Joann Wright Haysbert<br>v.<br>Bloomin' Brands, Inc. and Outback Steakhouse of Florida, LLC |

David McKelvey and Nazareth Monoah Haysbert present with plaintiff, Joann Wright Haysbert.

John McGavin and Emily Blake present on behalf of defendants.

Matter came on for continuation of trial by jury.

No appearance by jurors. Court excused jurors until 11:00 a.m. on August 15, 2023.

Argument of counsel heard regarding Defendant's Motion to Quash Subpoena Served on Marcus Wilson. For reasons stated on the record, the court GRANTED Defendant's Motion to Quash Subpoena Served on Marcus Wilson.

Argument of counsel heard regarding Defendant's Motion to Revoke Pro Hac Vice Status of Nazareth Monoah Haysbert. For reasons stated on the record, the court GRANTED Defendant's Motion to Revoke Pro Hac Vice Status of Nazareth Monoah Haysbert

Argument of counsel heard regarding Defendant's Motion for Mistrial. For the reasons stated on the record, the court GRANTED the Defendant's Motion for Mistrial.

The Court will issue a Memorandum Opinion and Order.

Jurors will be dismissed on August 15, 2023, at 11:00 a.m. Counsel excused from appearing.

Lunch: 2:50 p.m. – 3:35 p.m.