# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| **JOANN WRIGHT HAYSBERT**, | ) |
| Plaintiff, | ) Case No.: 4:20-cv-00121 |
| v. | ) |
| **BLOOMIN' BRANDS, INC.,** **et al.** | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF REQUEST FOR A NEW TRIAL

COMES NOW the plaintiff, by counsel, and gives notice that she requests a new trial be scheduled in this matter, pursuant to the Court's Opinion of August 23, 2023.

Respectfully submitted,

**CRANDALL & KATT**

By: /s/ D. Adam McKelvey, Esq.
D. Adam McKelvey, Esq. (75174)
CRANDALL & KATT
366 Elm Avenue, SW
Roanoke, VA 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527
dmckelvey@crandalllaw.com

*Attorney for Plaintiff JoAnn Wright Haysbert*

-2-

## CERTIFICATE

I certify that on 9/1/23, I filed a true copy of the foregoing, in the Court's electronic filing system, which caused a true copy of the same to be delivered to the following:

John McGavin, Esq.
9990 Fairfax Blvd, Ste 400
Fairfax, VA 22030
Counsel for Defendants

_____/s/D. Adam McKelvey_____