# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

|  |  |
|---|---|
| **JOANN WRIGHT HAYSBERT**, | ) |
|  | ) Case No.: 4:20-cv-0012 |
| Plaintiff, | ) |
| v. | ) |
| **BLOOMIN' BRANDS, INC.,** et al. | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW D. Adam McKelvey and Crandall & Katt, and move to withdraw as counsel for the plaintiff for the reasons stated in the attached Memorandum in Support.

WHEREFORE the plaintiff requests entry of the attached order.

Respectfully submitted,

**CRANDALL & KATT**

By: /s/ D. Adam McKelvey, Esq.
D. Adam McKelvey, Esq. (75174)
CRANDALL & KATT
366 Elm Avenue, SW
Roanoke, VA 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527
dmckelvey@crandalllaw.com

*Attorney for Plaintiff JoAnn Wright Haysbert*

CERTIFICATE

I certify that on 9/18/2023, I filed a true copy of the foregoing, with attachments, in the Court's electronic filing system, which caused a true copy of the same to be delivered to the following:

John McGavin, Esq.
9990 Fairfax Blvd, Ste 400
Fairfax, VA 22030
Counsel for Defendants

And mailed a copy to the following:

Joann Haysbert
244 William R. Harvey Way
Hampton, VA 23669

　　　　　　　　　　　　　　　　　　　　　　　____/s/D. Adam McKelvey____