UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **JOANN WRIGHT HAYSBERT**, | ) |
| | ) Case No.: 4:20-cv-0012 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **BLOOMIN' BRANDS, INC.,**  et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM IN SUPPORT OF THE MOTION TO WITHDRAW AS COUNSEL

COMES NOW D. Adam McKelvey and Crandall & Katt and in support of the Motion to Withdraw as Counsel, state as follows:

1. The plaintiff is in the process of retaining other counsel to represent her, and has verbally agreed to terminate the lawyer/client relationship between herself and D. Adam McKelvey and Crandall & Katt.

2. "[T]he decision to grant a motion for an attorney to withdraw "lies within the sound discretion of the trial judge.  Rule 1.16 of the Virginia Rules of Professional Conduct—which identifies circumstances in which an attorney may terminate representation of his client—guides the analysis of a motion to withdraw."  <u>Fifth Third Bank v. Metro Bus. Sys., LLC</u>, 2022 U.S. Dist. LEXIS 239569, *2-3 (internal citations omitted).

3. Rule 1.16 states in pertinent parts that a lawyer "shall withdraw from representation of a client if…the lawyer is discharged." But, "in any court proceeding, counsel of record shall not withdraw except by leave of court…".

4. Given that this matter has not been rescheduled for trial, and the plaintiff is seeking other counsel to represent her, there will be no material adverse effects on the plaintiff.

WHEREFORE the D. Adam McKelvey and Crandall & Katt request the court grant their motion to withdraw.

    Respectfully submitted,

    **CRANDALL & KATT**

    By: /s/ D. Adam McKelvey, Esq.
    D. Adam McKelvey, Esq. (75174)
    CRANDALL & KATT
    366 Elm Avenue, SW
    Roanoke, VA 24016
    Telephone: (540) 342-2000
    Facsimile: (540) 345-3527
    dmckelvey@crandalllaw.com

*Attorney for Plaintiff JoAnn Wright Haysbert*

CERTIFICATE

I certify that on 9/18/2023, I filed a true copy of the foregoing, with attachments, in the Court's electronic filing system, which caused a true copy of the same to be delivered to the following:

John McGavin, Esq.
9990 Fairfax Blvd, Ste 400
Fairfax, VA 22030
Counsel for Defendants

And mailed a copy to the following:

Joann Haysbert
244 William R. Harvey Way
Hampton, VA 23669

                                                    ____/s/D. Adam McKelvey____