IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JOANN WRIGHT HAYSBERT ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | |
| BLOOMIN' BRANDS, INC., et al. ) | Case No.: 4:20-cv-00121-RBS-RJK |
| ) | |
|     Defendants. ) | |

## DEFENDANTS' MOTION FOR SANCTIONS AGAINST ATTORNEYS HAYSBERT AND MCKELVEY

COMES NOW, the Defendants, Bloomin' Brands, Inc. and Outback Steakhouse of Florida, LLC, by counsel, and, pursuant to 28 U.S.C. § 1927 and the inherent power of the Court, or, in the alternative, Federal Rule of Civil Procedure 11, hereby submit this Motion for Sanctions against both Plaintiff's counsel. Defendants rely upon the attached Memorandum of Law in support. Defendants will submit a supplemental Affidavit for Attorney's Fees and Costs.

WHEREFORE, for the foregoing reasons, as well as any additional argument to be raised during oral argument, Defendants respectfully request that this Honorable Court grant their motion and award Defendants their costs and attorneys' fees starting from August 6, 2023 through August 14, 2023, including the costs of filing this motion. The Court should not set this case for a new trial until the costs and fees are paid. In addition, if Counsel for Plaintiff seeks to withdraw from further representation, this case should not be set for trial again unless new counsel is in place.

                                              **BLOOMIN' BRANDS, INC.**
                                              **and OUTBACK STEAKHOUSE**
                                              **OF FLORIDA, LLC**
                                              By Counsel

McGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone:     (703) 385-1000
Facsimile:       (703) 385-1555


  /s/ *John D. McGavin*
John D. McGavin (VSB 21794)
Emily K. Blake (VSB 90562)
jmcgavin@mbbtklaw.com
eblake@mbbtklaw.com
*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2023, a true and accurate copy of the foregoing was sent via the CM/ECF system to:

David A. McKelvey, Esq.
Crandall & Katt
366 Elm Ave, SW
Roanoke, Virginia 24016
dmckelvey@crandalllaw.com

Nazareth M. Haysbert, Esquire
James L. Moultrie, III, Esquire
4640 Admiralty Way, Suite 500
Marina Del Ray, CA 90292
nazareth@hmlaw.la

*Counsel for Plaintiff*

/s/ *John D. McGavin*
John D. McGavin (VSB 21794)