UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT,

      Plaintiff,                                     Case No. 4:20cv121

      v.

BLOOMIN' BRANDS, INC., and
OUTBACK STEAKHOUSE OF
FLORIDA, LLC,

      Defendants.

## MOTION FOR EXTENSION OF TIME

COMES NOW Attorney David A. McKelvey ("McKelvey"), by counsel, pursuant to FRCP 6(b)(1)(A), and moves the Court for an extension of time within which to respond to the defendants Bloomin' Brands, Inc.'s, and Outback Steakhouse of Florida, LLC's, Motion for Sanctions, otherwise due on October 2, 2023.

1. McKelvey recently retained counsel Jeremiah A. Denton III ("Denton"), who is backlogged with preexisting time demands and needs additional time to respond properly to Defendants' Motion for Sanctions, which although nominally focused only on events at the trial, implicates the entire history of the litigation, with which Denton is of yet only minimally familiar.

2. Denton was retained on September 12, 2023 and entered an appearance on September 20, 2023, solely to represent McKelvey on the instant sanctions motion. Denton requires adequate time to review the file, including the entire

1

        1017 page trial transcript received September 19, 2023, to become familiar with the facts underlying the allegations in the sanctions motion, and discuss the issues with McKelvey, before he can begin drafting the opposing brief.

3.     For these reasons, McKelvey respectfully moves this Court to extend the due date from October 2, 2023 to December 4, 2023 for the brief responding to Defendants' Motion for Sanctions.

4.     The extension should occasion no prejudice to any party.

The foregoing circumstances constitute good cause for the extension of time requested in this case; the request is not submitted solely for purposes of delay; and it is in the interests of justice and judicial economy that this motion be granted.

This certifies that counsel have conferred and counsel for the defendants is not willing to agree to an extension of the length being requested.

                                              Respectfully submitted,

                                              **DAVID A. McKELVEY**

                                              By:  /s/ Jeremiah A. Denton III
                                                        Of Counsel

Jeremiah A. Denton III, Esq., VSB #19191
JEREMIAH A. DENTON III, P.C.
3300 South Building, Suite 208
397 Little Neck Road
Virginia Beach, VA 23452
Tel: 757/340-3232
Fax: 757/340-4505
jerry@jeremiahdenton.com
*Counsel for David A. McKelvey*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2023, a true copy of this Motion for Extension of Time was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing ("NEF") to all counsel of record:

David A. McKelvey, Esq.
Crandall & Katt
366 Elm Ave, SW
Roanoke, Virginia 24016
dmckelvey@crandalllaw.com

Nazareth M. Haysbert, Esq.
James L. Moultrie, III, Esq.
4640 Admiralty Way, Suite 500
Marina Del Ray, CA 90292
nazareth@hmlaw.la

John D. McGavin, Esq., VSB 21794
Emily K. Blake, Esq., VSB 90562
McGAVIN, BOYCE, BARDOT,
THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
jmcgavin@mbbtlaw.com
eblake@mbbtklaw.com

    /s/ Jeremiah A. Denton III
Jeremiah A. Denton III, Esq.
JEREMIAH A. DENTON III, P.C.
3300 South Building, Suite 208
397 Little Neck Road
Virginia Beach, VA 23452
Tel: 757/340-3232
Fax: 757/340-4505
jerry@jeremiahdenton.com