IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JOANN WRIGHT HAYSBERT<br>    Plaintiff,<br>v.<br><br>BLOOMIN' BRANDS, INC.,<br>and<br>OUTBACK STEAKHOUSE OF<br>FLORIDA, LLC,<br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 4:20-cv-00121-RBS-DEM<br>)<br>)<br>)<br>) |

### BRIEF IN OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL BY DAVID ADAM MCKELVEY

COMES NOW the defendant, Outback Steakhouse, and hereby submits its Brief in Opposition to the Motion to Withdraw submitted by Attorney David Adam McKelvey and in support thereof, states as follows:

### I. INTRODUCTION

This case was tried in this court and resulted in a mistrial and revocation of the pro hac vice admission of Attorney Nazareth Haysbert. The court's Memorandum Opinion outlines extensive misconduct by Mr. Haysbert and identifies that local counsel was not prepared to try or actively participate in the trial. Now, local counsel seeks leave to withdraw from representation in this matter. The defendant has filed a Motion for Attorney's Fees and Sanctions. The defendant opposes this Motion to Withdraw with these pending proceedings.

This case was scheduled to begin trial on August 8, 2023 and ended in a mistrial on August 14, 2023. The grounds for the mistrial were related to misconduct by counsel. Due to the serious misconduct by counsel, the court also revoke the pro hac vice admission of Attorney Nazareth

1

Haysbert. Plaintiff has granted twenty-one (21) days to notify the court if a new trial was sought. Mr. McKelvey has submitted formal written request to set a new trial. Subsequent to seeking a new trial, Mr. McKelvey has filed a Motion to Withdraw as counsel. No new attorney has been identified.

In the Motion to Withdraw, Mr. McKelvey identifies no good cause for him to seek this relief.

The defendant has filed a Motion for Attorney's Fees and Costs and Sanctions against both Mr. Haysbert and Mr. McKelvey. The defense has incurred in excess of $50,000 in attorney's fees, costs and expert fees related to the discreet trial time and pretrial proceedings of August 1-14. A Fee Affidavit will be submitted shortly.

## II. DISCUSSION OF THE LAW

Under Local Rule of court 83.1(G), local attorneys are "accountable" for the case. Specifically, the provision states:

> any counsel who joins in a pleading, motion, or other paper filed with the court will be held accountable for the case by the court.

Further, under 83.1(E)(3) all pleadings are to be signed by the attorney admitted to practice under 83.1C and 83.1(D). In this case, multiple requests for subpoenas and other pleadings were filed without a signature by Mr. McKelvey and only by foreign attorney, Mr. Haysbert.

Throughout the proceedings of the trial in this case, Judge Smith repeatedly advised Mr. McKelvey of his responsibility to be capable of taking over the trial of this matter and Mr. McKelvey demonstrated that he was not in a position to undertake that effort.

In this matter, there is no new counsel for Ms. Haysbert, a pending Motion to Sanctions

against Mr. McKelvey, a request to select a new trial date submitted by Mr. McKelvey and no explanation of good cause of why he must withdraw, and finally, no affirmation by Ms. Haysbert that she no longer wishes to retain Mr. McKelvey.

WHEREFORE, the foregoing considered, the defendant, Outback Steakhouse, moves this court to deny the Motion to Withdraw submitted by Mr. McKelvey.

BLOOMIN' BRANDS, INC.<br>
and OUTBACK STEAKHOUSE<br>
OF FLORIDA, LLC<br>
By Counsel

/s/ John D. McGavin
John D. McGavin, VSB 21794
MCGAVIN, BOYCE, BARDOT, THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:   (703) 385-1555
jmcgavin@mbbtklaw.com
Counsel for Bloomin' Brands Inc.
and Outback Steakhouse of Florida, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2023 the following was efiled and emailed to:

David A. McKelvey, Esq.
Crandall & Katt
366 Elm Ave, SW
Roanoke, Virginia 24016

Nazareth M. Haysbert, Esquire
James L. Moultrie, III, Esquire
4640 Admiralty Way, Suite 500
Marina Del Ray, CA 90292

                                                  /s/ John D. McGavin
                                                  John D. McGavin, VSB 21794