IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT,

    Plaintiff,

v.                                                                              Civil Action No. 4:20-cv-121

BLOOMIN' BRANDS, INC., *et al.*,

    Defendant.

**ORDER**

This matter is before the Court on Plaintiff's Motion to Withdraw as Counsel, ECF No. 324, and Interested Party McKelvey's Motion for Extension of Time, ECF No. 329. For the reasons stated below, the Court GRANTS the Motion to Withdraw and the Motion for Extension. ECF Nos. 324, 329.

At the status conference on September 26, 2023, the Court addressed Plaintiff's Motion to Withdraw as Counsel. In the Motion to Withdraw as Counsel, counsel McKelvey moved to withdraw, as Plaintiff is seeking other counsel to represent her and has verbally agreed to terminate the lawyer-client relationship. Mem. Supp. Mot. Withdraw Counsel at 1, ECF No. 325. Defendants oppose the Motion. Br. Opp'n Mot. Withdraw Counsel, ECF No. 331. The Court finds that given the circumstances of this case, as well as the fact that the matter has not been set for trial, good cause exists to GRANT the Motion to Withdraw. ECF No. 324. Counsel McKelvey and Crandall & Katt are deemed withdrawn as counsel in this matter. At the status conference, the Court also addressed Plaintiff's stated interest of retaining new counsel. The Court granted Plaintiff fourteen (14) calendar days to retain new counsel. That deadline having passed, and having granted the Motion to Withdraw, Plaintiff Joann Wright Haysbert shall proceed *pro se* going forward in this

matter. Plaintiff Haysbert and counsel for Defendants are ORDERED to contact the Court within seven (7) calendar days to schedule a status conference for purposes of setting trial in this matter. The parties are advised that the Court anticipates setting this matter for trial no later than February 2024.

Also pending before the Court is Defendants' Motion for Sanctions. ECF No. 326. Both Mr. McKelvey and Nazareth Monoah Haysbert remain interested parties pending resolution of the Motion for Sanctions. Counsel for Mr. Haysbert noted her appearance yesterday, October 10, 2023. ECF No. 332. Counsel for Mr. McKelvey has moved for an extension of time to respond to Defendants' Motion for Sanctions. Mot. Extension Time at 1–2, ECF No. 329. Counsel for Mr. McKelvey explains that he requires additional time to review the extensive history of the case, including the 1,017-page trial transcript. *Id.* For good cause shown, and given the recent addition of counsel for Mr. Haysbert, the Court GRANTS the Motion and extends the deadline for response to the Motion for Sanctions for both Mr. McKelvey and Mr. Haysbert to December 4, 2023. Further motions for extension will be disfavored.

Counsel McKelvey is INSTRUCTED to provide Plaintiff Haysbert a copy of this Order within three (3) calendar days. Counsel McKelvey is also INSTRUCTED to provide the Clerk with the appropriate contact information for Plaintiff Haysbert to note in the Court's online filing system within three (3) calendar days of this Order. The Clerk is directed to send a copy of this Order to all counsel of record and to mail a copy of this Order to *pro se* Plaintiff Haysbert at her address of record once it is provided by Counsel McKelvey.

It is SO ORDERED.

_____ /s/
Elizabeth W. Hanes
United States District Judge

Date: October 12, 2023