IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JOANN WRIGHT HAYSBERT )<br>      Plaintiff, )<br>v. )<br>   )<br>BLOOMIN' BRANDS, INC., et al. )<br>   )<br>      Defendants. ) | Case No.: 4:20-cv-00121-EWH-RJK |

## AFFIDAVIT OF JOHN D. MCGAVIN

1. I am over the age of eighteen (18) and have personal knowledge of the facts set forth herein. I am a member of good standing in the Virginia State Bar since 1982 and with the United States District Court for the Eastern District of Virginia and have been since 1983.

2. I am a shareholder with the law firm of McGavin, Boyce, Bardot, Thorsen & Katz, P.C. which was retained to represent the Defendants Bloomin' Brands and Outback Steakhouse of Florida, LLC in the above captioned matter.

3. Emily K. Blake, Esq., a partner with McGavin, Boyce, Bardot, Thorsen & Katz, P.C. has assisted me on this case. Ms. Blake is a member of good standing in the Virginia State Bar since 2016 and with the United States District Court for the Eastern District of Virginia since 2017.

4. Defendants were billed for legal services from our firm on an hourly basis of $225.00.

5. The attached billing records demonstrate the hours expended by myself and Ms. Blake on this matter, as well as the expenses and costs incurred. *See* Exhibit A. As of the date of this affidavit, the fees and costs claimed as described in Defendants' Motion for Sanctions Against Attorneys Haysbert and McKelvey total $59,799.95. Thus, Defendants request to be reimbursed

for the amounts already incurred, totaling $59,799.95, as well as the cost for their attorneys to prepare for and appear for the any hearing on Defendants' Motions for Sanctions.

I hereby affirm under penalty of perjury that the foregoing statements are true and correct to the best of my information, knowledge and belief.

Date: 10-13-23

John D. McGavin, Esq.

STATE OF VIRGINIA;

CITY/COUNTY OF FAIRFAX; to-wit:

SUBSCRIBED and SWORN TO before me, the undersigned Notary Public, in the aforesaid city/county and state, by *John D. McGavin*, in person and with proof of true identity, on this 13th day of October, 2023.

Notary Public

My Commission Expires: 4-30-27

Registration Number: 7506244