

**McGavin
Boyce
Bardot
Thorsen &
Katz, PC**

9990 Fairfax Blvd.
Suite 400
Fairfax, Virginia 22030
Ph: 703-385-1000
Fax: 703-385-1555
Tax ID: 54-1351955

**John White**
CorVel Corporation
5401 W Kennedy Blvd.
Suite 535
Tampa, FL 33609

8/30/2023

**File #:**    041620

**Inv #:**    11166

**RE:** INSURED: Outback Steakhouse of Flordia, LLC CLAIMANT: Joann Wright Haysbert CLIENT FILE:
1319-GL-18-0056167-001 DOL: 05/23/18 OTHER PARTIES: Bloomin' Brands, Inc.

**Professional Services**

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
|------|-------------|-------|------|--------|--------|

**EXHIBIT A**

Aug-06-23   REVIEW/ANALYZE STIPULATION DRAFTED          0.10    $225.00        $22.50 EKB
            BY PLAINTIFF REGARDING FRANCHISEE
            AGREEMENT.

| Date | Description | Hours | Rate | Amount | |
|------|-------------|-------|------|--------|--|
| Aug-06-23 | REVIEW/ANALYZE JUROR LIST AND RESEARCH POTENTIAL JURORS. | 0.30 | $225.00 | $67.50 | EKB |
| Aug-06-23 | PLAN AND PREPARE FOR CROSS EXAM OF DR. HAIDER | 2.00 | $225.00 | $450.00 | JDM |
| Aug-06-23 | REVIEW/ANALYZE CROSS EXAM OF PLAINTIFF, JOANN HAYSBERT | 2.00 | $225.00 | $450.00 | JDM |
| Aug-06-23 | APPEAR/ATTEND TRIAL; TRAVEL TO NORFOLK, VIRGINIA FOR TRIAL | 3.50 | $225.00 | $787.50 | JDM |
| Aug-06-23 | PLAN AND PREPARE FOR TRIAL BY REVIEWING COURT ORDERS AND PLAITNIFF'S PROPOSED EXHIBITS | 1.70 | $225.00 | $382.50 | JDM |
| Aug-07-23 | REVIEW/ANALYZE MOTION FOR REMOTE TESTIMONY OF DR. HAIDER AND AFFIDAVIT AND ANALYZE CASE LAW | 1.20 | $225.00 | $270.00 | JDM |
| Aug-07-23 | REVIEW/ANALYZE REVISED JURY INSTRUCTIONS FROM PLAINTIFF | 1.40 | $225.00 | $315.00 | JDM |
| Aug-07-23 | DRAFT/REVISE REVISED JURY INSTRUCTIONS REGARDING FRANCHISE STANDARD OF CARE | 1.10 | $225.00 | $247.50 | JDM |
| Aug-07-23 | TELEPHONE CONFERENCE WITH NICK SEIFERT REGARDING SUBPOENA FOR TRIAL | 0.30 | $225.00 | $67.50 | JDM |
| Aug-07-23 | REVIEW/ANALYZE FEDERAL COURT CASE LAW REGARDING SUBPOENAS, RULES FOR TIMELINESS | 1.10 | $225.00 | $247.50 | JDM |
| Aug-07-23 | DRAFT/REVISE MOTION TO QUASH SUPBOENA TO NICK SEIFERT | 0.70 | $225.00 | $157.50 | JDM |
| Aug-07-23 | COMMUNICATE (WITH CLIENT) TELEPHONE CONFERENCES WITH PAUL BRANDT, MIKE BELLEMO | 0.50 | $225.00 | $112.50 | JDM |
| Aug-07-23 | PLAN AND PREPARE FOR TRIAL; REVIEW/ANALYZE JURY LIST; REVIEW/ANALYZE LAW REGARDING 41 DISMISSAL OR MOTION TO DISMISS FOR LACK OF JURISDICTION | 2.50 | $225.00 | $562.50 | JDM |
| Aug-07-23 | DRAFT/REVISE MEMO OF LAW IN OPPOSITION TO MOTION FOR REMOTE LIVE TESTIMONY | 0.70 | $225.00 | $157.50 | JDM |
| Aug-07-23 | APPEAR FOR/ATTEND TRAVEL TIME TO TRIAL. | 3.60 | $225.00 | $810.00 | EKB |
| Aug-07-23 | REVIEW/ANALYZE JURY RESEARCH IN PREPARATION FOR VOIR DIRE. | 0.50 | $225.00 | $112.50 | EKB |
| Aug-07-23 | REVIEW/ANALYZE PLAINTIFF'S MOTION TO HAVE DR. HAIDER APPEAR REMOTELY IN PREPARATION TO DRAFT OPPOSITION AND ALL CASE LAW CITED THEREIN. | 0.60 | $225.00 | $135.00 | EKB |
| Aug-07-23 | DRAFT/REVISE JURY INSTRUCTION REGARDING LIABILITY FOR THE FRANCHISOR FOR ANY NEGLIGENCE OF THE FRANCHISEE | 0.30 | $225.00 | $67.50 | JDM |

| Date | Description | Hours | Rate | Amount | Initials |
|---|---|---|---|---|---|
| Aug-07-23 | DRAFT/REVISE OPPOSITION TO PLAINTIFF'S MOTION TO HAVE DR. HAIDER APPEAR REMOTELY FOR TRIAL. | 3.00 | $225.00 | $675.00 | EKB |
| Aug-07-23 | PLAN AND PREPARE FOR ORAL ARGUMENT TO EXCLUDE DEAJAH CLARK'S AFFIDAVIT BY DRAFTING OUTLINE OF ARGUMENT | 0.70 | $225.00 | $157.50 | EKB |
| Aug-07-23 | REVIEW/ANALYZE SOCIAL MEDIA INVESTIGATION OF THE 50 POTENTIAL JURORS IN THIS CASE PRIOR TO TRIAL. | 4.00 | $185.00 | $740.00 | GVH |
| Aug-08-23 | DRAFT/REVISE EMAIL TO RAY GRAHAM REGARDING NO ELECTRONIC DEVICES ALLOWED IN COURTHOUSE | 0.10 | $225.00 | $22.50 | JDM |
| Aug-08-23 | DRAFT/REVISE EMAIL TO LISA CROSBY REGARDING NO ELECTRONIC DEVICES ALLOWED IN COURTHOUSE | 0.10 | $225.00 | $22.50 | JDM |
| Aug-08-23 | DRAFT/REVISE EMAIL TO MARCUS WILSON REGARDING NO ELECTRONIC DEVICES ALLOWED IN COURTHOUSE | 0.10 | $225.00 | $22.50 | JDM |
| Aug-08-23 | DRAFT/REVISE EMAIL TO DR. HUANG REGARDING NO ELECTRONIC DEVICES ALLOWED IN COURTHOUSE | 0.10 | $225.00 | $22.50 | JDM |
| Aug-08-23 | DRAFT/REVISE EMAIL TO DR. PUGACH REGARDING NO ELECTRONIC DEVICES ALLOWED IN COURTHOUSE | 0.10 | $225.00 | $22.50 | JDM |
| Aug-08-23 | DRAFT/REVISE EMAIL TO NICK SEIFERT, OUTBACK, REGARDING Privileged ████ ████████ | 0.20 | $225.00 | $45.00 | JDM |
| Aug-08-23 | DRAFT/REVISE EMAIL TO CHRISTOPHER ROBINSON REGARDING NO ELECTRONIC DEVICES INCLUDING CELL PHONES PERMITTED IN FEDERAL COURTHOUSE | 0.20 | $225.00 | $45.00 | JDM |
| Aug-08-23 | APPEAR FOR/ATTEND DAY ONE OF TRIAL | 8.00 | $225.00 | $1,800.00 | EKB |
| Aug-08-23 | PLAN AND PREPARE FOR TRIAL BY PREPARING FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR DR. HAIDER TO APPEAR REMOTE, DEFENDANT'S MOTION TO QUASH, AND ANTICIPATED ARGUMENT ON DEAJAH CLARK'S AFFIDAVIT. | 1.20 | $225.00 | $270.00 | EKB |
| Aug-08-23 | DRAFT/REVISE TRIAL SUMMARY FOR CLIENT REVIEW OF DAY 1 OF TRIAL | 0.80 | $225.00 | $180.00 | EKB |
| Aug-08-23 | PLAN AND PREPARE FOR ADDITIONAL ORAL ARGUMENT ON DEJAH CLARK AFFIDAVIT BY REVIEWING LOCAL RULES AND FEDERAL RULES REGARDING PRO HAC VICE COUNSEL'S ABILITY TO SIGN A SUBPOENA (VERSUS LOCAL COUNSEL) | 1.00 | $225.00 | $225.00 | EKB |
| Aug-08-23 | REVIEW/ANALYZE SOCIAL MEDIA OF DEAJAH CLARK TO PREPARE FOR CROSS-EXAMINATION | 0.70 | $225.00 | $157.50 | EKB |

| Aug-08-23 | REVIEW/ANALYZE CASE LAW RELATED TO CAUSATION AND WHETHER IT CAN BE ESTABLISHED BY A DIAGNOSTIC STUDY, IN PREPARATION TO PREPARE RULE 50 ARGUMENT | 0.50 | $225.00 | $112.50 | EKB |
| Aug-08-23 | APPEAR FOR/ATTEND TRIAL | 10.50 | $225.00 | $2,362.50 | JDM |
| Aug-08-23 | PLAN AND PREPARE FOR DAY 2 OF TRIAL | 1.50 | $225.00 | $337.50 | JDM |

Not Claimed ███

**Disbursements**

| **DATE** | **DESCRIPTION** | | | **AMOUNT** |

Not Claimed ███

Not Claimed ███



**McGavin
Boyce
Bardot
Thorsen &
Katz, PC**

9990 Fairfax Blvd.
Suite 400
Fairfax, Virginia 22030
Ph: 703-385-1000
Fax: 703-385-1555
Tax ID: 54-1351955

# Pre-Bill

9/11/2023

**File #:**   041620

**Inv #:**   11309

**John White**
CorVel Corporation
5401 W Kennedy Blvd.
Suite 535
Tampa, FL 33609

**RE:** INSURED: Outback Steakhouse of Flordia, LLC CLAIMANT: Joann Wright Haysbert CLIENT FILE: 1319-GL-18-0056167-001 DOL: 05/23/18 OTHER PARTIES: Bloomin' Brands, Inc.

**Professional Services**

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
|------|-------------|-------|------|--------|--------|
| Aug-09-23 | DRAFT/REVISE OBJECTION AND MOTION TO QUASH SUBPOENA TO NICHOLAS SEIFERT | 0.40 | $225.00 | $90.00 | JDM |
| Aug-09-23 | COMMUNICATE (OTHER EXTERNAL) TELEPHONE CONFERENCE WITH DR. PUGACH REGARDING WHEN HE IS NEEDED AT TRIAL | 0.20 | $225.00 | $45.00 | JDM |
| Aug-09-23 | APPEAR FOR/ATTEND DAY 2 OF TRIAL | 8.40 | $225.00 | $1,890.00 | EKB |
| Aug-09-23 | DRAFT/REVISE TRIAL REPORT FOR DAY 2 OF TRIAL. | 1.20 | $225.00 | $270.00 | EKB |
| Aug-09-23 | REVIEW/ANALYZE CONTINUE TO REVIEW FEDERAL CASE LAW RELATED TO RULE 50 MOTION DUE TO PLAINTIFF'S FAILURE TO PROVE CAUSATION, IN SUPPORT OF ARGUMENTS THAT DR. FILLER SHOULD BE EXCLUDED AS WITNESS AND DRAFT OUTLINE FOR ORAL ARGUMENT REGARDING SAME. | 2.70 | $225.00 | $607.50 | EKB |
| Aug-09-23 | APPEAR FOR/ATTEND TRIAL | 10.50 | $225.00 | $2,362.50 | JDM |
| Aug-09-23 | PLAN AND PREPARE FOR DAY 3 OF TRIAL | 1.70 | $225.00 | $382.50 | JDM |
| Aug-10-23 | PLAN AND PREPARE FOR AND ATTEND TRIAL | 10.30 | $225.00 | $2,317.50 | JDM |

| Date | Description | Hours | Rate | Amount | Staff |
|---|---|---|---|---|---|
| Aug-10-23 | PLAN AND PREPARE FOR DAY 4 OF TRIAL BY CONTACTING WITNESSES DISCUSSING TESTIMONY | 1.50 | $225.00 | $337.50 | JDM |
| Aug-10-23 | APPEAR FOR/ATTEND DAY 3 OF TRIAL | 9.60 | $225.00 | $2,160.00 | EKB |
| Aug-10-23 | REVIEW/ANALYZE DAY 3 TRIAL SUMMARY. | 0.90 | $225.00 | $202.50 | EKB |
| Aug-11-23 | REVIEW/ANALYZE CASE LAW RELATED TO CONTRIBUTORY NEGLIGENCE AND ADMISSIBILITY OF MEDICAL RECORDS IN PREP FOR TRIAL. | 0.50 | $225.00 | $112.50 | EKB |
| Aug-11-23 | APPEAR FOR/ATTEND DAY 4 OF TRIAL | 11.00 | $225.00 | $2,475.00 | EKB |
| Aug-11-23 | APPEAR FOR/ATTEND TRAVEL TIME FROM NORFOLK TO FAIRFAX. | 3.00 | $225.00 | $675.00 | EKB |
| Aug-11-23 | APPEAR FOR/ATTEND TRIAL WHICH LASTED UNTIL 8 P.M. DUE TO IRREGULARITIES BY ATTORNEY HAYSBERT | 11.00 | $225.00 | $2,475.00 | JDM |
| Aug-11-23 | APPEAR FOR/ATTEND TRIAL; TRAVEL FROM NORFOLK, VIRGINIA TO HOME | 3.00 | $225.00 | $675.00 | JDM |
| Aug-12-23 | DRAFT/REVISE MOTIONS TO QUASH SUBPOEN TO MARCUS WILSON | 1.00 | $225.00 | $225.00 | JDM |
| Aug-12-23 | DRAFT/REVISE MOTION AND MEMO TO REVOKE PRO HAC VICE OF MR. HAYSBERT | 2.00 | $225.00 | $450.00 | JDM |
| Aug-12-23 | DRAFT/REVISE MOTION FOR MISTRIAL | 1.10 | $225.00 | $247.50 | JDM |
| Aug-12-23 | DRAFT/REVISE MOTION TO DISMISS PURSUANT TO FRCP 50, DIRECTED VERDICT | 1.80 | $225.00 | $405.00 | JDM |
| Aug-12-23 | PLAN AND PREPARE FOR TRIAL TESTIMONY, DAY 5 | 1.50 | $225.00 | $337.50 | JDM |
| Aug-12-23 | DRAFT/REVISE DAY 4 TRIAL SUMMARY | 1.70 | $225.00 | $382.50 | EKB |
| Aug-12-23 | DRAFT/REVISE TRIAL BRIEF RELATED TO MOTION FOR MISTRIAL, PURSUANT TO ORDER BY JUDGE SMITH. | 2.20 | $225.00 | $495.00 | EKB |
| Aug-13-23 | DRAFT/REVISE TRIAL BRIEF ON SUBSEQUENT REMEDIAL MEASURES, RELATED TO REPLACEMENT OF FLOOR, PURSUANT TO ORDER BY JUDGE SMITH | 2.40 | $225.00 | $540.00 | EKB |
| Aug-13-23 | DRAFT/REVISE CONTINUE TO DRAFT/REVISE TRIAL BRIEF ON MISTRIAL. | 0.70 | $225.00 | $157.50 | EKB |
| Aug-13-23 | DRAFT/REVISE AND FINALIZE MOTION TO QUASH ON MARCUS WILSON. | 0.20 | $225.00 | $45.00 | EKB |
| Aug-13-23 | DRAFT/REVISE AND FINALIZE TRIAL BRIEF RELATED TO DEFENDANTS' MOTION TO REVOKE PRO HAC VICE STATUS OF PLAINTIFF'S COUNSEL. | 0.10 | $225.00 | $22.50 | EKB |
| Aug-13-23 | DRAFT/REVISE AND FINALIZE MOTION TO REVOKE HAYSBERT'S PRO HAC VICE. | 1.00 | $225.00 | $225.00 | EKB |
| Aug-13-23 | REVIEW/ANALYZE PLAINTIFF'S OPPOSITION TO MOTION FOR MISTRIAL | 0.30 | $225.00 | $67.50 | EKB |
| Aug-13-23 | REVIEW/ANALYZE PLAINTIFF'S TRIAL BRIEF ON ADMISSIBILITY OF WORK ORDERS. | 0.50 | $225.00 | $112.50 | EKB |

| Date | Description | Hours | Rate | Amount | |
|------|-------------|-------|------|--------|---|
| Aug-13-23 | APPEAR FOR/ATTEND TRAVEL TIME TO NORFOLK FOR DAY 5 OF TRIAL | 3.10 | $225.00 | $697.50 | EKB |
| Aug-14-23 | PLAN AND PREPARE FOR ORAL ARGUMENT ON PENDING MOTIONS, INCLUDING PREPARING TO MAKE ORAL ARGUMENT FOR MOTION TO STRIKE PLAINTIFF'S EVIDENCE. | 1.10 | $225.00 | $247.50 | EKB |
| Aug-14-23 | APPEAR FOR/ATTEND DAY 5 OF TRIAL | 7.00 | $225.00 | $1,575.00 | EKB |
| Aug-14-23 | DRAFT/REVISE TRIAL SUMMARY FOR DAY 5 | 0.50 | $225.00 | $112.50 | EKB |
| Aug-14-23 | APPEAR FOR/ATTEND TRAVEL TIME FROM NORFOLK TO FAIRFAX | 3.20 | $225.00 | $720.00 | EKB |
| Aug-14-23 | APPEAR FOR/ATTENDA TRIAL PROCEEDINGS | 8.00 | $225.00 | $1,800.00 | JDM |
| Aug-14-23 | APPEAR FOR/ATTEND TRIAL PROCEEDINGS; TRAVEL FROM NORFOLK, VIRGINIA | 4.00 | $225.00 | $900.00 | JDM |
| Aug-14-23 | TELEPHONE CONFERENCES WITH WITNESSES REGARDING TRIAL CANCELLATION INCLUDING LISA CROSBY, NICK SEIFERT AND DR. PUGACH | 0.70 | $225.00 | $157.50 | JDM |
| **Not Claimed** | ███████████████████████ ████████████ ██████ | ██████ | ██████ | █████████ | |
| | ███████ ███████████████████████ ██████ | ██████ | ██████ | █████████ | |
| Aug-16-23 | REVIEW/ANALYZE CASE LAW RELATED TO SEEKING ATTORNEY'S FEES AND SANCTIONS FOR PLAINTIFF COUNSEL'S MISCONDUCT | 1.00 | $225.00 | $225.00 | EKB |
| **Not Claimed** | ██████████████████████████ | ██████ | ██████ | █████████ | |
| Aug-23-23 | REVIEW/ANALYZE MEMORANDUM OPINION REGARDING MISCONDUCT BY ATORNEY HAYSBERT | 0.30 | $225.00 | $67.50 | JDM |
| **Not Claimed** | ██████████████████████████ ██████ | ██████ | ██████ | █████████ | |
| Aug-29-23 | DRAFT/REVISE CONTINUE TO DRAFT MOTION FOR SANCTIONS FOR ATTORNEY'S FEES. | 0.90 | $225.00 | $202.50 | EKB |
| Aug-29-23 | REVIEW/ANALYZE OPINION FROM JUDGE BEACH RULING ON MOTION FOR MISTRIAL AND MOTION TO REVOKE PRO HAC VICE IN PREP TO CONTINUE DRAFTING MOTION FOR SANCTIONS. | 0.60 | $225.00 | $135.00 | EKB |
| Sep-01-23 | REVIEW/ANALYZE Motion to set new trial filed by plaintiff. | 0.20 | $225.00 | $45.00 | JDM |

| Sep-05-23 | COMMUNICATE (OTHER EXTERNAL) TELEPHONE CONFERENCE WITH ATTORNEY MCKELVEY REGARDING MOTION FOR SANCTIONS AND OPPOSITION TO NEW TRIAL DATE | 0.20 | $225.00 | $45.00 | JDM |
| Sep-06-23 | DRAFT/REVISE LETTER TO DAVID MCKELVEY REGARDING RECEIVING HIS NOTICE FOR NEW TRIAL AND OUR OFFICE WILL BE FILING A MOTION FOR SANCTIONS AGAINST HIS OFFICE AND MR. HAYSBERT. | | | | |

 **Not Claimed** ███

## Disbursements

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Aug-09-23 | Trial transcripts JODY STEWART CRR RMR - COPY OF TRANSCRIPT FROM COURT REPORTER | $128.40 |
| Aug-16-23 | Delivery services/messengers FEDEX TO RESIDENCE INN NORFOLK DOWNTOWN 8/8/23 | $102.57 |
| Aug-16-23 | Out-of-town travel ROUNDTRIP MILEAGE TO USDC EDVA-NORFOLK FOR PRETRIAL CONFERENCE 8/1/23 | $258.07 |
| Aug-16-23 | Out-of-town travel ROUNDTRIP MILEAGE TO USDC EDVA-NORFOLK FOR TRIAL 8/7-11/23 | $258.07 |
| Aug-16-23 | Out-of-town travel ROUNDTRIP MILEAGE TO USDC EDVA-NORFOLK FOR CONTINUED TRIAL 8/13-14/23 | $258.07 |
| **Not Claimed** ███ | ███ | ███ |
| **Not Claimed** ███ | ███ | ███ |
| Aug-16-23 | Out-of-town travel TOLLS - EZPASS ENTERING 95 EXPRESS LANES TO ATTEND TRIAL 8/7/23 | $45.55 |
| Aug-16-23 | Out-of-town travel TOLLS - EZPASS EXITING ELIZABETH RIVER CROSSINGS TO ATTEND TRIAL 8/7/23 | $2.77 |
| Aug-16-23 | Out-of-town travel HOTEL - FOUR NIGHTS AT RESIDENCE INN TO ATTEND TRIAL 8/7-10/23 | $957.88 |
| Aug-16-23 | Out-of-town travel HOTEL - ONE NIGHT AT GLASS LIGHT HOTEL TO ATTEND CONTINUED TRIAL 8/13-14/23 | $231.93 |
| Aug-16-23 | Out-of-town travel PARKING AT HOTEL FOR TRIAL 8/7-11/23 | $72.00 |

| Aug-16-23 | Out-of-town travel PARKING AT HOTEL FOR TRIAL 8/14/23 | $19.00 |
| Aug-16-23 | Out-of-town travel FOOD DURING TRIAL 8/7/23 | $73.35 |
| Aug-16-23 | Out-of-town travel LUNCH DURING TRIAL 8/14/23 | $21.63 |
| Aug-16-23 | Out-of-town travel PARKING FINE AT METER TO HAVE PHONE AVAILABLE DURING TRIAL 8/15/23 | $35.00 |
| Sep-05-23 | Out-of-town travel PARKING IN NORFOLK FOR TRIAL 7/31/23 | $2.88 |
| Sep-05-23 | Out-of-town travel PARKING IN NORFOLK FOR TRIAL 8/1/23 | $2.64 |
| Sep-05-23 | Out-of-town travel PARKING IN NORFOLK FOR TRIAL 8/8/23 | $26.00 |
| Sep-05-23 | Out-of-town travel PARKING IN NORFOLK FOR TRIAL 8/11/23 | $39.00 |
| Sep-05-23 | Out-of-town travel PARKING IN NORFOLK FOR TRIAL 8/14/23 | $0.72 |
| Sep-05-23 | Out-of-town travel PARKING IN NORFOLK FOR TRIAL 8/14/23 | $2.16 |
| Sep-05-23 | Out-of-town travel RESIDENCE INN NORFOLK FOR TRIAL 8/6/23 | $1,315.14 |
| Sep-05-23 | Out-of-town travel RESIDENCE INN NORFOLK FOR TRIAL 7/31/23 | $222.25 |



Not Claimed





**McGavin Boyce Bardot Thorsen & Katz, PC**

9990 Fairfax Blvd.
Suite 400
Fairfax, Virginia 22030
Ph: 703-385-1000
Fax: 703-385-1555
Tax ID: 54-1351955

# Pre-Bill

9/19/2023

**File #:**   041620

**Inv #:**   11515

**John White**
CorVel Corporation
5401 W Kennedy Blvd.
Suite 535
Tampa, FL 33609

**RE:** INSURED: Outback Steakhouse of Flordia, LLC CLAIMANT: Joann Wright Haysbert CLIENT FILE: 1319-GL-18-0056167-001 DOL: 05/23/18 OTHER PARTIES: Bloomin' Brands, Inc.

**Professional Services**

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT | LAWYER |
|------|-------------|-------|------|--------|--------|
| Sep-14-23 | DRAFT/REVISE CONTINUE TO DRAFT MOTION FOR SANCTIONS. | 5.20 | $225.00 | $1,170.00 | EKB |
| Sep-16-23 | DRAFT/REVISE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SANCTIONS | 1.50 | $225.00 | $337.50 | JDM |
| Sep-17-23 | REVIEW/ANALYZE JDM EDITS TO MOTION FOR SANTIONS AND CONTINUE TO REVISE SAME. | 0.80 | $225.00 | $180.00 | EKB |
| Sep-18-23 | REVIEW/ANALYZE BEGIN TO REVIEW BILLS AND INVOICES RELATED TO FEES AND COSTS CLAIMED WITH MOTION FOR SANCTIONS. | 0.30 | $225.00 | $67.50 | EKB |
| Sep-18-23 | REVIEW/ANALYZE EMAIL FROM CLIENT REGARDING MOTION FOR SANCTIONS AND RESPOND TO SAME, ANSWERING ALL QUESTIONS. | 0.10 | $225.00 | $22.50 | EKB |
| Sep-18-23 | DRAFT/REVISE EMAIL TO CLIENT REGARDING PLAINTIFF COUNSEL'S MOTION TO WITHDRAW. | 0.10 | $225.00 | $22.50 | EKB |
| Sep-18-23 | DRAFT/REVISE AND FINALIZE MOTION FOR SANCTIONS AND MEMORANDUM IN SUPPORT. | 0.20 | $225.00 | $45.00 | EKB |

| Emily Blake | $1,507.50 |
|-------------|-----------|
| John McGavin | $337.50 |

**Totals**  8.20  $1,845.00



Not Claimed

# INVOICE

**Mr. John McGavin**
McGavin, Boyce, Bardot, Thorsen &
Katz, P.C.9990 Fairfax Boulevard | Suite 400 |
Fairfax, Virginia 22030

Invoice Date:
August 14, 2023

Invoice Number:
INV-0149

Abbott Huang, MD
11208 Albermyrtle Road
Potomac, MD 20854

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Haysbert v. Outback Steakhouse case: Preparation for pretrial call and pretrial call 8/2/2023 | 2.25 | $600/hr | $1350 |
| Trial preparation: Review of Dr. Daugherty medical records, review of images, review of letters and medical records,  Google search and literature review of small vessel ischemic disease | 5.75 | $600/hr | $3450 |
| Overnight hotel, Amtrak, mileage to BWI Amtrak station to and from home ($0.555/ miles ),LYFT and UBER to and from Norfolk train station, toll (2.72), parking and 2 meals (receipts attached) | | | $612.37 |
| | | | |

**Due Date: Upon Receipt**

Please make checks payable to Abbott Huang, MD
Please remit to: 11208 Albermyrtle Road, Potomac, MD 20854-1448

**TOTAL** | **$5412.37**

8/13/23, 1:36 PM                                    Gmail - Amtrak: eTicket and Receipt for Your 08/11/2023 Trip...

Case 4:20-cv-00121-EWH-RJK   Document 336-1   Filed 10/18/23   Page 14 of 23 PageID# 11565

 **Gmail**                                                   Abbott Huang <abbottbhuang@gmail.com>

## Amtrak: eTicket and Receipt for Your 08/11/2023 Trip - ABBOTT HUANG
2 messages

**etickets@amtrak.com** <etickets@amtrak.com>                        Fri, Aug 11, 2023 at 2:12 PM
To: ABBOTTBHUANG@gmail.com

SALES RECEIPT

Purchased: 08/11/2023 11:12 AM PTThank you for your purchase.

    1. Retain this receipt for your records.
    2. Show the QR code on the attached eTicket to the conductor or use the Amtrak app.

1 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - C1C26ENorfolk, VA to BWI Marshall Airport, MD (One-Way)AUGUST 11, 2023
Billing Information
Apple Pay (Purchase)
Discover ending in 8332
Total $144.00
Purchase Summary - Ticket Number 2230672562858
BUS 6186: Norfolk, VA to Newport News, VA (One-Way)Depart 2:30 PM, Friday, August 11, 2023
1 THRUWAY SEAT
$144.00
Ticket Terms & ConditionsVLD ON DATE/TRAIN TKTD.REFUNDS/CHANGES PERMITTED, NO FEE.
Subtotal
$144.00
TRAIN 186: Newport News, VA to BWI Marshall Airport, MD (One-Way)Depart 3:45 PM, Friday, August 11, 2023
1 COACH SEAT
$0.00
Ticket Terms & ConditionsVLD ON DATE/TRAIN TKTD.REFUNDS/CHANGES PERMITTED, NO FEE.
Subtotal
$0.00
Total Charged by Amtrak
$144.00
Passengers
Abbott Huang
Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare. Refund and exchange restrictions and penalties for failure to
  cancel unwanted travel may apply. If your travel plans change, contact us before departure to change your
  reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a
  different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money
  paid for your prior reservation. For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions: Ticket valid for carriage or refund (subject to the refund rules of the fare
  purchased) for twelve months after day of issue unless otherwise specified. Amtrak tickets may only be sold or
  issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third
  party will be voided by Amtrak. This ticket is a contract of carriage which includes specific terms and conditions
  and a binding arbitration agreement between Amtrak and the ticket holder. The terms and conditions and
  arbitration agreement are available at Amtrak.com/terms-and-conditions.html. Tickets sold for non-Amtrak service
  are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text
  telephone (TTY) 1-800-523-6590.



M Gmail

Abbott Huang <abbottbhuang@gmail.com>

---

## Amtrak: eTicket and Receipt for Your 08/11/2023 Trip - ABBOTT HUANG
2 messages

---

etickets@amtrak.com <etickets@amtrak.com>
To: ABBOTTBHUANG@gmail.com

Fri, Aug 11, 2023 at 2:12 PM

SALES RECEIPT

Purchased: 08/11/2023 11:12 AM PTThank you for your purchase.

    1. Retain this receipt for your records.
    2. Show the QR code on the attached eTicket to the conductor or use the Amtrak app.

1 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number – C1C26ENorfolk, VA to BWI Marshall Airport, MD (One-Way)AUGUST 11, 2023
Billing Information
Apple Pay (Purchase)
Discover ending in 8332 ·
Total $144.00
Purchase Summary - Ticket Number 2230672562858
BUS 6186: Norfolk, VA to Newport News, VA (One-Way)Depart 2:30 PM, Friday, August 11, 2023
1 THRUWAY SEAT
$144.00
Ticket Terms & ConditionsVLD ON DATE/TRAIN TKTD.REFUNDS/CHANGES PERMITTED, NO FEE.
Subtotal
$144.00
TRAIN 186: Newport News, VA to BWI Marshall Airport, MD (One-Way)Depart 3:45 PM, Friday, August 11, 2023
1 COACH SEAT
$0.00
Ticket Terms & ConditionsVLD ON DATE/TRAIN TKTD.REFUNDS/CHANGES PERMITTED, NO FEE.
Subtotal
$0.00
Total Charged by Amtrak
$144.00
Passengers
Abbott Huang
Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare. Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, contact us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder. The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

8/13/23, 1:28 PM

11208 Albermyrtle Rd to BWI Thurgood Marshall - Google Maps

## Google Maps

Home (11208 Albermyrtle Rd) to BWI Thurgood
Marshall, Amtrak/MARC Station, 7 Amtrak Way, BWI Airport, MD 21240

Drive 44.4 miles, 55 min



Map data ©2023 Google     2 mi ⊢————┤

🚗 **via MD-200 E and I-95 N**          **55 min**
Fastest route now due to traffic          **44.4 miles**
conditions
⚠ This route has tolls.

🚗 **via I-95 N**          **57 min**
                **44.1 miles**

🚗 **via MD-200 E**          **56 min**
                **45.7 miles**

## Explore nearby BWI Thurgood Marshall

Restaurants     Hotels     Gas stations     Parking Lots     More

Glass Light Hotel & Gallery, Autograph C
201 Granby Street
Norfolk, VA 23510

Tel: 757-222-3033 Fax: 757-390-2627

ABBOTT HUANG

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 107672 |
| Folio ID | : | A |
| Arrive Date | : | 10-AUG-23 | 22:54 |
| Depart Date | : | 11-AUG-23 | 16:27 |
| No. Of Guest | : | 1 |
| Room Number | : | 919 |
| Marriott Bonvoy Number : | | 3575 |

Glass Light ORFAV  AUG-11-2023  16:30  JSEAR414

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 10-AUG-23 | DEPOSIT | Deposit-AX-2003 | | -208.85 |
| 10-AUG-23 | RT919 | Room Revenue | 10.74 | |
| 10-AUG-23 | RT919 | Rm Chrg - AAA | 179.00 | |
| 10-AUG-23 | RT919 | Room Tax 9% | 16.11 | |
| 10-AUG-23 | RT919 | Occupancy Tax $3.00 | 3.00 | |
| | | ** Total | 208.85 | -208.85 |
| | | *** Balance | 0.00 | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room Rev | Food & Bev | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 08-10-2023 | 179.00 | 0.00 | 0.00 | -179.00 | 0.00 | 0.00 |

Continued on the next page

**Glass Light Hotel & Gallery, Autograph C**
201 Granby Street
Norfolk, VA  23510

Tel: 757-222-3033 Fax: 757-390-2627

ABBOTT HUANG

| Page Number | : | 2 | |
|---|---|---|---|
| Guest Number | : | 107672 | |
| Folio ID | : | A | |
| Arrive Date | : | 10-AUG-23 | 22:54 |
| Depart Date | : | 11-AUG-23 | 16:27 |
| No. Of Guest | : | 1 | |
| Room Number | : | 919 | |
| Marriott Bonvoy Number | : | 3575 | |

| Total | 179.00 | 0.00 | 0.00 | -179.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

.

Enjoy your Stay? Please review us on TripAdvisor at tripadvisor.com.



DELICIOUSNESS, RECEIVED

14925 Shady Grove
Rockville, MD 20850
301-838-9222

Host: Angela                    08/11/2023
ORDER #630                        9:52 PM
                                   10548


Chicken Bowl                        8.65
  Guacamole                         2.65


How're we doing? Let us know at
ChipotleFeedback.com
Unique Code:

512 008 100 010 120 983 04


Subtotal                           11.30
Tax                                 0.68

TAKE OUT Total                     11.98
CP Card                            11.98
  Authorizing...
Balance Due                        11.98

Love Chipotle? Join Our Team

Get great benefits like:
Free Chipotle
Debt-free college degrees
Bonus eligibility
Rapid career growth
And more!
Visit jobs.chipotle.com
Text "CHIPJOBS" to 97211

## Lamia's Crêpes

401 Granby Street, Suite B      Aug 11, 2023
Norfolk, VA 23510                11:16 AM
(757) 961-1181
lamiascrepes.com

Ticket: #09
Authorization: 06721D
Receipt: 1QvK

CHASE VISA
AID A0 G0 00 00 03 10 10

FOR HERE

Poulet × 1                        $14.99

Subtotal                          $14.99
Sales Tax                          $1.87
Tip                                $2.25

Total                             $19.11
Visa 4306 (Contactless)           $19.11
Visa Cardholder

 Gmail

Abbott Huang <abbottbhuang@gmail.com>

---

**Your ride with Cassandra on August 10**
1 message

---

**Lyft Receipts** <no-reply@lyftmail.com>
To: abbottbhuang@gmail.com

Fri, Aug 11, 2023 at 1:59 PM



**AUGUST 10, 2023 AT 10:44 PM**

# Thanks for riding with Cassandra!

100% of tips go to drivers. Add a tip

Lyft fare (1.53mi, 8m 32s)                                    $8.85

---

VISA    Visa *4306                                        **$8.85**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on August 10, 2023. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.

 Gmail

Abbott Huang <abbottbhuang@gmail.com>

---

**[Abbott] Your Friday afternoon trip with Uber**

---

Uber Receipts <noreply@uber.com>
To: abbottbhuang@gmail.com

Fri, Aug 11, 2023 at 2:33 PM

## Uber

Total $8.58
August 11, 2023

# Thanks for tipping, abbott

Here's your updated Friday
afternoon ride receipt.



# Total                    $8.58

| | |
|---|---|
| Trip fare | $6.20 |
| Subtotal | $6.20 |
| Booking Fee 🌐 | $1.38 |
| Tips | $1.00 |

**Payments**

| | |
|---|---|
| **Uber Cash**<br>8/11/23 2:09 PM | $0.41 |

**Customized Cash Rewards World Mastercard Card - 1249**

**Balance Summary: 08/13/2023**

**Account Summary**

| | |
|---|---|
| Current balance: | $183.35 |
| Total credit available: | $15,816.65 |
| Cash credit line available: | |
| | $6,400.00 |

**Rewards**

Total Cash Rewards: **$0.00 Cash Rewards**
3% choice: **Travel**

**Card Details**

| | |
|---|---|
| Total credit line: | $16,000.00 |
| Cash credit line: | $6,400.00 |
| Amount over total credit line: | $0.00 |
| Next closing date: | 08/27/2023 |
| Last payment date: | 07/24/2023 |
| Last payment: | $676.91 |

**Pay This Card**

| | |
|---|---|
| Statement balance: | $75.00 |
| Payment due date: | 08/24/2023 |
| Total minimum payment due: | $25.00 |

* Available Credit includes purchases that have been authorized but have not yet posted to your account.

**Important Payment Posting Information**
Payments may take up to two business days to post to your account and will be applied on the date they're received.

Go to: | Current transactions ▾ |

| Posting Date ↓ | Description | Amount | Balance |
|---|---|---|---|
| 08/12/2023 | LAZ PARKING 270125-WC LITHICUM MD | $15.00 | $183.35 |
| 08/12/2023 | UBER TRIP 8005928996 CA | $8.17 | $168.35 |
| 08/09/2023 | CASH REWARDS STATEMENT CREDIT | -$9.82 | $160.18 |
| 08/08/2023 | DRIVEEZMD REBILL 5555555555 MD | $95.00 | $170.00 |
| | **Beginning balance as of 07/28/2023** | | $75.00 |

Go to: | Current transactions ▾ |

Neil Pugach, M.D.
921 First Colonial Road, Suite 1715
Virginia Beach, VA 23454
757-226-0603
Fax: 226-0605
bimojoigres@tutanota.com

Tax ID# 27-0684539

INVOICE

August 17, 2023

John D. McGavin, Esq.
~~Bancroft, McGavin, Horvath & Judkins~~ McGavin, Boyce, Bardot, Thorsen & Katz. P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030

Re: *Joann Wright Haysbert v. Bloomin' Brands, Inc. and Outback Steakhouse of Florida, LLC*
US District Court, Eastern District of VA
Case No: 4:20-cv-00121-RBS-DEM

| | |
|---|---|
| 7/20/23 – 8/4/23- trial prep: | 2.00 hours |
| 8/3/23- pre-trial phone conf c Mr. McGavin: | 0.75 hours |

2.75 hours @ $500/hour = $1375

| | |
|---|---|
| 8/11/23- came to court (didn't testify): | $3500 |
| 8/14/23- came to court (didn't testify): | $3500 |
| Total: | $8375 |

Thank you