# UNITED STATES DISTRICT COURT
# CIVIL MOTION/STATUS MINUTES

Date: **10/30/2023**                           Judge:            Elizabeth W. Hanes
Time Set: **3:00**                             Reporter:         Jill Trail
Time**: 3:10 – 3:54**                          Deputy Clerk:  Katie Galluzzo

Case Number: **4:20cv121**

### JOAN WRIGHT HAYSBERT

vs.

### BLOOMIN' BRANDS, INC. et al

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| **Pro Se** | **John McGavin** |

PROCEEDINGS:

Case on for pretrial conference to set a trial date.

The Court directed the Plaintiff to refer to EDVA pro se handbook, the local rules of civil procedure and the federal rules of civil procedure.

For the reasons stated on the record, Plaintiff's oral motion for continuance to find new counsel is DENIED. However, the Court advised the Plaintiff she may retain counsel.

Final pretrial conference set for January 17, 2024 at 10:00 am. Jury Trial set for February 5, 2024 (approx. 5 days).

Plaintiff to send in letter by Wednesday, November 1, 2023 if the FPTC date/time does not work for her schedule.

The Court directed the parties to meet and confer regarding stipulations, exhibits, witnesses, etc. Motions in Limine to be filed by December 18, 2023. Final pretrial order to be filed by December 18, 2023. Expert reports (and/or other exhibits) to be emailed to Judge Hanes's law clerk by December 18, 2023.

Order to follow.