IN THE UNITED STATES DISTRICT Court
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**JOANN WRIGHT HAYSBERT,**

    **Plaintiff,**

    v.                                          CIVIL ACTION NO. 4:20-CV-121

**BLOOMIN' BRANDS, INC., et al.,**

    **Defendants.**

**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)**

Counsel for Defendant David A. McKelvey, Esq., gives notice and suggests upon the record, pursuant to Fed. R. Civ. P. Rule 25(a)(1), that David A. McKelvey, Esq. died unexpectedly on November 5, 2023.

                                          Respectfully submitted,

                                          DAVID A. McKELVEY

                                          By:    /s/ Jeremiah A. Denton III
                                                   Of Counsel

Jeremiah A. Denton III, Esq., VSB #19191
JEREMIAH A. DENTON III, P.C.
3300 South Building, Suite 208
397 Little Neck Road
Virginia Beach, VA 23452
Tel: 757/340-3232
Fax: 757/340-4505
jerry@jeremiahdenton.com
:csm
*Counsel for Interested Party David McKelvey*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2023, a true copy of this Suggestion of Death upon the Record under Rule 25(a)(1) was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing ("NEF") to all counsel of record:

Joann Haysbert
244 William R. Harvey Way
Hampton, VA 23669
Tel: 757-727-5201
joannhaysbert@yahoo.com
*Pro se Plaintiff*

John D. McGavin, Esq., VSB # 21794
Emily K. Blake, Esq., VSB # 90562
Anna Grace Gillespie Zick, Esq., VSB # 86057
McGAVIN, BOYCE, BARDOT,
THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
(703) 385-1000
(703) 385-1555 (fax)
jmcgavin@mbbtlaw.com
eblake@mbbtklaw.com
azick@mbbtklaw.com
*Counsel for Defendants*

Mary T. Morgan, Esq., VSB #44955
INFINITY LAW GROUP, P.L.C.
4646 Princess Anne Road, Unit 104
Virginia Beach, Virginia 23462
Tel: (757) 609-2702
Fax: (866) 212-1310
mary@infinitylawva.com
*Counsel for Interested Party Nazareth M. Haysbert, Esq.*

                                                /s/ Jeremiah A. Denton III
                                      Jeremiah A. Denton III, (VSB No. 19191)
                                      DENTON & DENTON
                                      3300 South Building, Suite 208

397 Little Neck Road<br>
Virginia Beach, VA 23452-7356<br>
Phone: (757) 340-3232<br>
Fax: (757) 340-4505<br>
jerry@jeremiahdenton.com<br>
*Counsel for Plaintiff*