IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT,

      **Plaintiff,**

v.                                             Civil Case No.:  4:20-cv-00121

BLOOMIN' BRANDS, INC., et al,

      **Defendants.**

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SANCTIONS AND FOR LEAVE TO FILE BRIEF IN OPPOSITION IN EXCESS OF TWENTY (20) PAGES

COMES NOW, Nazareth M. Haysbert ("Mr. Haysbert"), an interested party, by and through the undersigned counsel, and moves this honorable Court for an extension of time in which to file his Opposition to Defendants' Motion for Sanctions and for leave to file a Brief in Opposition to the Motion for Sanctions filed by Defendants that exceeds the twenty-page limit imposed by Local Rule 7(F)(3).  In support of this Motion, Mr. Haysbert files the accompanying Memorandum in Support.

WHEREFORE, Nazareth M. Haysbert, by and through the undersigned counsel, hereby requests an extension of time to file his Opposition to Defendants' Motion for Sanctions and for leave to file a Brief in Opposition to Defendants' Motion for Sanctions that exceeds the twenty-page limit in Local Rule 7(F)(3).

                                                  Respectfully submitted,

Date: November 20, 2023           By:   _____/s/_____
                                                  Mary T. Morgan, Esq.
                                                  Virginia State Bar No. 44955
                                                  *Counsel for Interested Party,*
                                                  *Nazareth M. Haysbert, Esq.*

                                                    INFINITY LAW GROUP, P.L.C.  
                                                    4646 Princess Anne Road, Unit 104  
                                                    Virginia Beach, Virginia 23462  
                                                    Telephone: (757) 609-2702  
                                                    Facsimile: (866) 212-1310  
                                                    Email: mary@infinitylawva.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November 2023, I will electronically file the foregoing with the Clerk of Court using the CM/EMF system, which will send a notification of such filing (NEF) to all counsel of record, including:

John D. McGavin, Esq.
MCGAVIN, BOYCE, BARDOT,
THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
jmcgavin@mbbtklaw.com
*Counsel for Defendants*

Jeremiah A. Denton, III, Esq.
JEREMIAH A. DENTON III, P.C.
3300 South Building, Suite 208
397 Little Neck Road
Virginia Beach, VA 23452
jerry@jeremiahdenton.com
*Counsel for Interested Party, David McKelvey*[1]

I FURTHER CERTIFY that I will send the document by electronic mail and U.S. Mail to the following non-filing user:

Joann Haysbert
244 William R. Harvey Way
Hampton, Virginia 23669
Email: joannhaysbert@yahoo.com
*Plaintiff*

                                                 _____/s/_____
                                                 Mary T. Morgan, Esq.
                                                 Virginia State Bar No. 44955
                                                 *Counsel for Interested Party,*
                                                 *Nazareth M. Haysbert, Esq.*
                                                 INFINITY LAW GROUP, P.L.C.
                                                 4646 Princess Anne Road, Unit 104
                                                 Virginia Beach, Virginia 23462
                                                 Telephone: (757) 609-2702
                                                 Facsimile: (866) 212-1310
                                                 Email: mary@infinitylawva.com

---

[1] On November 9, 2023, counsel for Mr. McKelvey filed a Suggestion of Death Upon the Record Under Rule 25(a)(1) advising the Court that David A. McKelvey, Esq. died unexpectedly on November 5, 2023. (ECF No.: 341).