IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT    )
    Plaintiff,    )
v.    )
    )
BLOOMIN' BRANDS, INC., et al.    )    Case No.: 4:20-cv-00121-RBS-RJK
    )
    Defendants.    )

## NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS AGAINST ATTORNEY MCKELVEY

PLEASE TAKE NOTICE, that the defendants, Outback Steakhouse of Florida, LLC and Bloomin' Brands, Inc., by counsel, hereby withdraw their Motion for Sanctions against Attorney David A. McKelvey, following his death. The defendants continue in their request for an award of sanctions against Attorney Nazareth Haysbert.

                              **BLOOMIN' BRANDS, INC.**
                              and **OUTBACK STEAKHOUSE**
                              **OF FLORIDA, LLC**
                              By Counsel

McGAVIN, BOYCE, BARDOT,
  THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone:   (703) 385-1000
Facsimile:   (703) 385-1555

 */s/ John D. McGavin*
John D. McGavin (VSB 21794)
Emily K. Blake (VSB 90562)
jmcgavin@mbbtklaw.com
eblake@mbbtklaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2023, a true and accurate copy of the foregoing was sent via the CM/ECF system to:

Joann Haysbert
244 William R. Harvey Way
Hampton, VA 23669
joannhaysbert@yahoo.com
Plaintiff, Pro Se
(Served via email and U.S. Mail to non-filing user)

Mary T. Morgan, Esq.
Infinity Law Group, P.L.C.
4646 Princess Anne Road, Unit 104
Virginia Beach, VA 23462
mary@infinitylawva.com
Counsel for Interested Party,
 Nazareth M. Haysbert, Esq.

Jeremiah A. Denton, III, Esq.
Jeremiah A. Denton, III, P.C.
3300 Sough Building, Suite 208
397 Little Neck Road
Virginia Beach, VA 23452
Counsel for Interested Party,
 David A. McKelvey, Esq. [1]

/s/ *John D. McGavin*
John D. McGavin (VSB 21794)

---

[1] On November 9, 2023, counsel for Mr. McKelvey filed a Suggestion of Death Upon the Record Under Rule 25(a)(1) advising the Court that David A. McKelvey, Esq. died unexpectedly on November 5, 2023. (ECF No.: 341).