UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| JOANN WRIGHT HAYSBERT, | ) <br> ) <br> ) |
| Plaintiff, | ) Case No.: 4:20-cv-00121 <br> ) |
| v. | ) <br> ) |
| BLOOMIN' BRANDS, INC., et al. | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(2) OR, ALTERNATIVELY, FOR A CONTINUANCE

Plaintiff JoAnn Wright Haysbert hereby moves this Court for an order voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). In the alternative, Plaintiff moves for a six-month continuance. Plaintiff's Memorandum of Points and Authorities in support of this Motion setting forth a concise statement of the facts and supporting reasons, along with a citation of the authorities upon which Plaintiff relies, is attached.

For the reasons set out in the aforementioned Memorandum, Plaintiff respectfully requests this Honorable Court to grant her Motion and dismiss this action without prejudice or, alternatively, continue these proceedings for six months.

DATED: December 18, 2023

JOANN WRIGHT HAYSBERT
*Plaintiff* pro se
244 William R. Harvey Way
Hampton, VA 23669
Tel: (757) 913-9114

## CERTIFICATE OF SERVICE

*Haysbert v. Bloomin' Brands et al.*
*No. 4:20-cv-00121*

I hereby certify that on December 18, 2023, a true and accurate copy of the foregoing was sent via email, and first-class mail to:

John D. McGavin, VSB No. 21794
jmcgavin@bmhjlaw.com

Bancroft, McGavin, Horvath & Judgkins, P.C.
9990 Fairfax Blvd., Suite 400
Fax: (703) 385-1000
Tel: (703) 385-1555
Fairfax, Virginia 22030
*Counsel for Defendants*

DATED:     December 18, 2023

JoAnn Wright Haysbert
244 William R. Harvey Way
Hampton, VA 23669
Tel: (757) 913-9114

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News DIVISION

JoAnn Wright Haysbert

Plaintiff(s),

v.

Civil Action Number: 4:20-cv-00121

Bloomin' Brands, Inc. et. al.,

Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** _____.
(Title of Document)

JoAnn Wright Haysbert
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: December 18, 2023   (Date)

OR

**The following attorney(s) prepared or assisted me in preparation of** Plaintiff's Motion for Voluntary Dismissal Pursuant to FRCP 41(a)(2).
(Title of Document)

Mary T. Morgan
(Name of Attorney)

4646 Princess Anne Road, Unit 104, Virginia Beach, VA 23462
(Address of Attorney)

(757) 609-2702
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

JoAnn Wright Haysbert
(Name of *Pro Se* Party (Print or Type)

*/s/ JoAnn Haysbert*
Signature of *Pro Se* Party

Executed on: December 18, 2023   (Date)