# EXHIBIT B

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                   Newport News Division


- - - - - - - - - - - - - - - - - - -
                                     )
   JOANN WRIGHT HAYSBERT,             )
                                     )
          Plaintiff,                  )
                                     )     CIVIL ACTION NO.
   v.                                 )     4:20cv121
                                     )
   BLOOMIN' BRANDS, INC., AND         )
   OUTBACK STEAKHOUSE OF FLORIDA,     )
   LLC,                               )
                                     )
          Defendants.                 )
- - - - - - - - - - - - - - - - - - -



                  EXCERPT OF PROCEEDINGS

              (Testimony of Aaron Filler, Ph.D.)

                          DAY 3

                      Norfolk, Virginia

                      August 10, 2021



   BEFORE:  THE HONORABLE REBECCA BEACH SMITH, and a Jury
            United States District Judge




   APPEARANCES:

            CRANDALL & KATT
            By:  David A. McKelvey
                    And
            HAYSBERT & MOULTRIE LLP
            By:  Nazareth M. Haysbert
                 Counsel for the Plaintiff
```

```
 1
 2    APPEARANCES CONT'D:
 3
            McGAVIN, BOYCE, BARDOT, THORSEN & KATZ, P.C.
 4          By:  John D. McGavin
                 Emily Blake
 5               Counsel for the Defendants
 6
 7
                          I N D E X
 8
      PLAINTIFF'S
 9    WITNESSES              DIRECT    CROSS    REDIRECT    RECROSS

10    AARON FILLER, PH.D.    3         27
      AARON FILLER, PH.D     40        81       105
11
```

1   BY MR. HAYSBERT:
2   Q.  Okay.  So, Dr. Filler, if I can just ask you to tell me
3   what you specifically did in this case to formulate your
4   opinions.  What did you do?
5   A.  So, yeah, I reviewed -- well, I mean, I reviewed the
6   indications for the study, that is, why another doctor
7   ordered it, and then examined the brain images and made my
8   report of what I found as given context by the indications,
9   which is the section of my report that says why did some
10  doctor order the test.
11  Q.  And the brain images that you scanned and reviewed can be
12  animated into a demonstrative, correct?
13  A.  Yes.
14          MR. HAYSBERT:  Your Honor, permission to publish
15  the brain map for the jury so they can follow along?
16          THE COURT:  Go ahead.
17  BY MR. HAYSBERT:
18  Q.  As the demonstrative is playing, if you wouldn't mind
19  sharing with us what is going on, as if we were in a class.
20          THE COURT:  Is this imaging of the plaintiff's
21  brain or just your methodology?
22          THE WITNESS:  Well, I have -- there is the
23  PowerPoint, right, that's all -- includes some of the
24  patient's images, and I think they use some of those images
25  in this report as well.

1    MR. HAYSBERT:  Would you prefer to use the images?
2    THE COURT:  Let's start with the one you were doing
3  the animation.  I just want it to be clear, you need to
4  clarify whether the images are all or any of Ms. Haysbert's.
5  You said you had an imaging that you looked at, or are these
6  just explaining to the jury your methodology for doing these
7  things?
8    THE WITNESS:  Right.  And I didn't prepare this
9  video.  I prepared the PowerPoint.
10   MR. HAYSBERT:  Understood.
11 BY MR. HAYSBERT:
12 Q.  So the animation is based on the brain scans that you
13 provided --
14   MR. McGAVIN:  Objection, Your Honor.
15   THE COURT:  Let's go to what he prepared.
16 BY MR. HAYSBERT:
17 Q.  What you prepared.  We can go to the image that you
18 prepared.  Do you see what's on the screen, Doctor?
19 A.  Yes.  I want to go through this because I think it's
20 going to be helpful to help understand what it is I do and
21 what we are looking at, comparing their -- actually, the
22 first -- the DTI images I did in 1992, the very first one,
23 and then a more modern DTI image that shows the internal
24 connections and tracts of the brain.
25   See the next.

1            And this is making this point about neurologists and
2    neuroradiologists and neurosurgeons, as we discussed earlier.
3            We can move on.
4            And this is comparing a regular MRI, their routine
5    MRI, which doesn't show all these individual internal tracts
6    in the brain versus a DTI tractogram where you can see
7    hundreds and thousands of individual strands that are all
8    merged together into a mass in the regular brain MRI.
9            THE COURT:  Just so that we don't have to interrupt
10   you, when you show these images, if any of them are of
11   Ms. Haysbert's imaging, you need to let us know.  Otherwise,
12   we are going to assume that these are ones that you have and
13   you're showing your methodology.
14           THE WITNESS:  Yes.  I will make that clear, Your
15   Honor.
16           THE COURT:  Thank you.
17           THE WITNESS:  So this shows a paper from one of my
18   colleagues from 1799 --
19           MR. McGAVIN:  Objection, Your Honor.
20           THE COURT:  Wait just a minute.
21           MR. McGAVIN:  We never did go through this
22   PowerPoint, but it's filled with things.
23           THE COURT:  You didn't indicate in your report that
24   you relied on this in forming your opinions.
25           THE WITNESS:  Well, it's an explanation of -- well,

1  some of it just shows images to the brain, which we can just
2  skip to those. This is just explaining some background
3  about what I do and the terminology. For instance, this
4  slide says, "Concussion is an old term that goes back 200
5  years."
6          THE COURT: Just move on to the next slides.
7          MR. HAYSBERT: Okay.
8          THE COURT: I understand your objection, but we are
9  going to move it along, Mr. McGavin.
10         MR. McGAVIN: Thank you, Your Honor.
11         THE WITNESS: This is just explaining that I did
12 this research -- there I am -- and doing some of the imaging
13 and joining the College of Surgeons in England.
14         Going forward, next slide.
15         And that this DTI is not something that's just
16 personal that I use. It has been in wide use around the
17 world. It's used to guide brain surgery and saves tens of
18 thousands of lives every year. It's a real highly precise
19 life-and-death technology used in every single hospital in
20 the world where neurosurgery is done.
21         Next. And next.
22         This compares for a patient a head CT, a brain MRI,
23 and the brain DTI. You can see subtle things, like the
24 arrows pointing to the green structure at the top of the
25 right there, you can see the right and left one is a little