# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| Date: **1/8/2024** | Judge:  Elizabeth W. Hanes |
| Time Set: **2:00** | Reporter:  Jill Trail |
| Time**: 2:02 – 3:02** | Deputy Clerk:  Katie Galluzzo |

Case Number: **4:20cv121**

**JOAN WRIGHT HAYSBERT**

vs.

**BLOOMIN' BRANDS, INC. et al**

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| **Pro se** | **John McGavin** |

PROCEEDINGS:

Matter on for hearing in re Plaintiff's Motion for Voluntary Dismissal Pursuant to FRCP 41(A)(2) or, Alternatively, for a Continuance (ECF no. 349) via zoom.

The Court advised the parties that the proceeding cannot be recorded or transmitted.

Arguments of the parties heard.

Comments of the Court.

For the reasons stated on the record, the Motion for Voluntary Dismissal (ECF no. 349) is GRANTED with conditions. The Plaintiff accepts the conditions. The Court to enter an order.

The Court directs the Defendant is to file an affidavit within 21 days regarding Interested Party: Nazareth Haysbert's involvement in case since the time his PHV was revoked.