**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| **JOANN WRIGHT HAYSBERT,** ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:20-cv-00121 |
| ) | |
| v. ) | |
| ) | |
| **BLOOMIN' BRANDS, INC., et al.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S MOTION FOR CLARIFICATION AND RECONSIDERATION OF THE COURT'S VOLUNTARY DISMISSAL ORDER

Plaintiff JoAnn Wright Haysbert hereby moves this Court, pursuant to the Court's

inherent powers and Fed. Rs. Civ. P. 59(e) or 60(b) to clarify and reconsider its order granting in

part Plaintiff's motion for voluntary dismissal [ECF 375], as follows:

- Clarify whether the Court's statement that "Plaintiff is CAUTIONED that the statute

  of limitations continues to run" is intended to modify or displace the operation of Va.

  Code § 8.01-229(E)(3) concerning the statute of limitations for recommencing an

  action after a voluntary nonsuit; and, if yes, to reconsider this aspect of the Court's

  order;

- Clarify whether the condition that "[i]f the case is refiled, all existing pretrial

  determinations will be maintained" is intended to preclude the parties from filing

  additional motions *in limine* or seeking additional determinations concerning issues

  that have arisen since August 8. 2023, as contemplated in the Court's Pretrial and

Scheduling Order of November 1, 2023; and, if yes, to reconsider this aspect of the Court's order; and

- Reconsider the condition that any previously disclosed but withdrawn expert witness remains withdrawn.

Plaintiff's Memorandum of Points and Authorities in support of this Motion, setting forth a concise statement of the facts and supporting reasons, along with a citation of the authorities upon which Plaintiff relies, is attached.

For the reasons set out in the aforementioned Memorandum, Plaintiff respectfully requests this Honorable Court to grant her Motion.

DATED:     February 1, 2024

JOANN WRIGHT HAYSBERT
*Plaintiff* pro se
244 William R. Harvey Way
Hampton, VA 23669
Tel: (757) 913-9114

## CERTIFICATE OF SERVICE

*Haysbert v. Bloomin' Brands et al.*
*No. 4:20-cv-00121*

I hereby certify that on February 1, 2024, a true and accurate copy of the foregoing was

sent via email, and first-class mail to:

John D. McGavin, VSB No. 21794
jmcgavin@bmhjlaw.com

Bancroft, McGavin, Horvath & Judgkins, P.C.
9990 Fairfax Blvd., Suite 400
Fax: (703) 385-1000
Tel: (703) 385-1555
Fairfax, Virginia 22030
*Counsel for Defendants*

DATED:          February 1, 2024

JoAnn Wright Haysbert
244 William R. Harvey Way
Hampton, VA 23669
Tel: (757) 913-9114

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
Newport News   **DIVISION**

JoAnn Wright Haysbert
_____
              Plaintiff(s),

v.

                                          Civil Action Number: 4:20-cv-00121

Bloomin' Brands, Inc. et. al.,
_____
              Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of**_____.
                                          **(Title of Document)**

_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

                              **OR**

**The following attorney(s) prepared or assisted me in preparation of**

Mary T. Morgan
_____
(Name of Attorney)

4646 Princess Anne Road, Unit 104, Virginia Beach, VA 23462
_____
(Address of Attorney)

(757) 609-2702
_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

JoAnn Wright Haysbert
_____
(Name of *Pro Se* Party (Print or Type)

[signature]
_____
Signature of *Pro Se* Party

Executed on: February 1, 2024 _____ (Date)

PLAINTIFF'S MOTION FOR
CLARIFICATION AND
RECONSIDERATION OF THE
COURT'S VOLUNTARY DISMISSAL
ORDER_____.
                    **(Title of Document)**