**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

**JOANNE WRIGHT HAYSBERT,**

      **Plaintiff,**

v.                                                                    Civil Case No.:  4:20-cv-00121

**BLOOMIN' BRANDS, INC., et al,**

      **Defendants.**

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF IN
OPPOSITION IN EXCESS OF TWENTY (20) PAGES**

COMES NOW, Nazareth M. Haysbert ("Mr. Haysbert"), an interested party, by and through the undersigned counsel, and files this Memorandum in Support of his Motion for leave to file a Brief in Opposition that exceeds the twenty-page limit imposed by Local Rule 7(F)(3), stating as follows:

**I.     INTRODUCTION**

On August 23, 2023, Defendants filed a Motion for Sanctions and Memorandum in Support against Mr. Haysbert and Mr. McKelvey. ECF Nos.: 326-327.  The Motion for Sanctions asks this Court to award Defendants their costs and attorneys' fees from August 6, 2023 through August 14, 2023, which total $59,799.95. ECF No.: 336.

On May 15, 2024, the Court conducted a hearing via Zoom on the Motion for Sanctions which encompassed nearly two and a half hours of argument and questions from the Court. Towards the conclusion of the hearing, the Court requested that Defendants and Mr. Haysbert brief on the standard of proof and to file any supplemental positions by May 29, 2024. On May 29, 2024, Mr. Haysbert filed a five-page Supplemental Memorandum in Opposition to the Motion for Sanctions. ECF No.: 368.  On May 29, 2024, Defendants also filed their

Supplemental Motion for Sanctions, which was twenty-six (26) pages in length. ECF No.: 369. In response to Defendants' Supplemental Motion for Sanctions, Mr. Haysbert filed a Motion to Strike, or in the Alternative, for Leave to File a Response to Defendants' Supplemental Motion for Sanctions. ECF No.: 370.  By Order of this Court dated June 12, 2024, this Court found it "appropriate to provide Haysbert an opportunity to respond to Defendants' Supplemental Brief." ECF No.: 371.

## II.  ARGUMENT

Mr. Haysbert will diligently attempt to condense his Second Supplemental Brief in Opposition to Defendants' Motion for Sanctions into the twenty-page limit.  However, in order to adequately outline the legal issues, address all of the factual issues, and properly respond to the allegations identified by Defendants, additional pages are requested, especially since Defendants Supplemental Motion for Sanctions is 26 pages in length.  The additional pages will allow Mr. Haysbert to thoroughly address the complex issues raised in the Motion for Sanctions. Mr. Haysbert anticipates that no more than fifteen (15) additional pages will be needed.

WHEREFORE, Nazareth M. Haysbert, by and through the undersigned counsel, hereby respectfully request that this Court grant him leave to file a Brief in Opposition that exceeds the twenty-page limit imposed by Local Rule 7(F)(3), and for such further relief as the Court determines necessary.

Respectfully submitted,

Date: June 27, 2024           By:     _____/s/_____
                                      Mary T. Morgan, Esq.
                                      Virginia State Bar No. 44955
                                      *Counsel for Interested Party,*
                                      *Nazareth M. Haysbert, Esq.*
                                      INFINITY LAW GROUP, P.L.C.
                                      4646 Princess Anne Road, Unit 104
                                      Virginia Beach, Virginia 23462

Telephone: (757) 609-2702
Facsimile: (866) 212-1310
Email: mary@infinitylawva.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June 2024, I will electronically file the foregoing with the Clerk of Court using the CM/EMF system, which will send a notification of such filing (NEF) to all counsel of record, including:

John D. McGavin, Esq.
MCGAVIN, BOYCE, BARDOT,
THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
jmcgavin@mbbtklaw.com
*Counsel for Defendants*

I FURTHER CERTIFY that I will send the document by electronic mail and U.S. Mail to the following non-filing user:

Joann Haysbert
244 William R. Harvey Way
Hampton, VA 23669
Email: joannhaysbert@yahoo.com
*Plaintiff*

_____/s/_____
Mary T. Morgan, Esq.
Virginia State Bar No. 44955
*Counsel for Interested Party,*
*Nazareth M. Haysbert, Esq.*
INFINITY LAW GROUP, P.L.C.
4646 Princess Anne Road, Unit 104
Virginia Beach, Virginia 23462
Telephone: (757) 609-2702
Facsimile: (866) 212-1310
Email: mary@infinitylawva.com

4