IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT,

    Plaintiff,

v.                                                    Civil Action No. 4:20-cv-121

BLOOMIN' BRANDS, INC., *et al.*,

    Defendant.

## ORDER

This matter is before the Court on Interested Party Nazareth M. Haysbert's Motion for Leave to File Brief in Opposition in Excess of Twenty (20) Pages, ECF No. 372. Mr. Haysbert requests leave to file a brief longer than twenty pages, consistent with Local Civil Rule 7(F)(3), and represents that he "anticipates that no more than fifteen (15) additional pages will be needed." *Id.* at 2. For good cause shown, the Court GRANTS Plaintiff's Motion. Mr. Haysbert's brief shall not exceed thirty-five (35) pages, exclusive of affidavits and supporting documentation.

    It is SO ORDERED.

                                                                      _____/s/_____

                                                                        Elizabeth W. Hanes

Date: June 28, 2024                                     United States District Judge
Newport News, Virginia