IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT )
    Plaintiff, )
v. )
     )
BLOOMIN' BRANDS, INC., )    Case No.: 4:20-cv-00121-RBS-DEM
and )
OUTBACK STEAKHOUSE OF )
FLORIDA, LLC, )
    Defendants. )

## BRIEF IN RESPONSE TO MOTION FOR LEAVE TO FILE IN EXCESS OF TWENTY (20) PAGES

COMES NOW, the Defendants, Bloomin Brands, Inc. and Outback Steakhouse of Florida, LLC, by counsel, and for their Brief in Response to plaintiff's Motion for Leave to File in Excess of Twenty Pages, states as follows:

Defendants do not object to the relief requested and will defer to the Court's ruling on this matter. We take no position on how long the briefs will be in regard to this matter.

BLOOMIN' BRANDS, INC.
and OUTBACK STEAKHOUSE
OF FLORIDA, LLC
By Counsel

McGAVIN, BOYCE, BARDOT,
  THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone:    (703) 385-1000
Facsimile:    (703) 385-1555


  /s/ John D. McGavin       .
John D. McGavin (VSB 21794)
jmcgavin@mbbtklaw.com
Counsel for Bloomin' Brands Inc.
and Outback Steakhouse of Florida, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing is being served via the CM/ECF system, on this 1st day of July, 2024, to:

Joann Haysbert
244 William R. Harvey Way
Hampton, VA 23669
joannhaysbert@yahoo.com
Plaintiff
(by email and U.S. Mail)

Mary T. Morgan, Esq. (VSB 44955)
Infinity Law Group, P.L.C.
4646 Princess Anne Road, Unit 104
Virginia Beach, VA 23462
mary@infinitylawva.com
Counsel for Interested Party,
Nazareth M. Haysbert, Esq.


      /s/ John D. McGavin       .
      John D. McGavin, VSB 21794   .