# Exhibit 2



# Travel history

| SORT BY DATE/TIME | | TIME ZONE |
|---|---|---|
| Ascending |  | Local Scan Time |

| Saturday, 8/5/23 | 4:01 PM | **In FedEx possession**<br>Package received after final location pickup has occurred. Scheduled for pickup next business day. | NORFOLK, VA |
| | 4:01 PM | **Picked up**<br>Tendered at FedEx Office | NORFOLK, VA |
| | 3:01 PM | **Shipment information sent to FedEx** | |
| | 4:02 PM | **Shipment arriving On-Time** | NORFOLK, VA |
| Monday, 8/7/23 | 4:30 PM | **Picked up** | NORFOLK, VA |
| | 4:41 PM | **Shipment arriving On-Time** | NORFOLK, VA |
| | 7:55 PM | **Left FedEx origin facility** | NORFOLK, VA |
| | 10:36 PM | **Arrived at FedEx hub** | MEMPHIS, TN |
| Tuesday, 8/8/23 | 2:44 AM | **Departed FedEx hub** | MEMPHIS, TN |
| | 5:19 AM | **At destination sort facility** | DULLES, VA |
| | 6:22 AM | **At local FedEx facility** | HERNDON, VA |
| | 6:46 AM | **On FedEx vehicle for delivery** | HERNDON, VA |
| | 6:46 AM | **At local FedEx facility** | HERNDON, VA |
| | 7:28 AM | **Delivered** | Fairfax, VA |