IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOANN WRIGHT HAYSBERT          )
    Plaintiff,          )
v.          )
              )
BLOOMIN' BRANDS, INC.,          )          Case No.: 4:20-cv-00121-RBS-DEM
and          )
OUTBACK STEAKHOUSE OF          )
FLORIDA, LLC,          )
    Defendants.          )

## BRIEF IN RESPONSE TO MOTION FOR RECONSIDERATION

COMES NOW, the Defendants, Bloomin Brands, Inc. and Outback Steakhouse of Florida, LLC, by counsel, and for and for their response to Mr. Haysbert's Motion for Reconsideration of this Court's previous ruling, state as follows:

The defendants note that this trial occurred in excess of a year ago. There have been extensive briefs, a full and complete copy of the transcript has been made available and defendants oppose the Motion for Reconsideration. In that regard defendants incorporates by reference their extensive briefs, oral argument and the facts of the proceedings before the trial court in August of 2023. Therefore defendants are not prepared to offer any further briefing or oral argument and will rely upon the Court to address these matters. Simply stated, Mr. Haysbert's conduct was unprofessional, untruthful and deserves to be sanctioned.

BLOOMIN' BRANDS, INC.
and OUTBACK STEAKHOUSE
OF FLORIDA, LLC
By Counsel

**McGavin, Boyce, Bardot, Thorsen & Katz, PC**
9990 Fairfax Boulevard, Suite 400 | Fairfax, VA 22030 | Tel: 703.385.1000 | Fax: 703.385.1555

McGAVIN, BOYCE, BARDOT,
  THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone:     (703) 385-1000
Facsimile:     (703) 385-1555


   /s/ John D. McGavin                .
John D. McGavin (VSB 21794)
jmcgavin@mbbtklaw.com
Counsel for Bloomin' Brands Inc.
and Outback Steakhouse of Florida, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing is being served via the CM/ECF system, on this 16th day of August, 2024, to:

Joann Haysbert
244 William R. Harvey Way
Hampton, VA 23669
joannhaysbert@yahoo.com
Plaintiff
(by email and U.S. Mail)

Mary T. Morgan, Esq. (VSB 44955)
Infinity Law Group, P.L.C.
4646 Princess Anne Road, Unit 104
Virginia Beach, VA 23462
mary@infinitylawva.com
Counsel for Interested Party,
Nazareth M. Haysbert, Esq.


                                        /s/ John D. McGavin                .
                                        John D. McGavin, VSB 21794